Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Victoria A. Newmark (CA Bar No. 183581)
Jason H. Rosell (CA Bar No. 269126)
PACHULSKI STANG ZIEHL & JONES LLP
10100 N. Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760
E-mail:    ikharasch@pszjlaw.com
           jlucas@pszjlaw.com
           vnewmark@pszjlaw.com
           jrosell@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>HYTERA COMMUNICATIONS AMERICA (WEST), INC., *et al.*<br><br>Debtors and Debtors in Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ HYTERA COMMUNICATIONS AMERICA (WEST), INC., ONLY<br><br>☐ HYTERA AMERICA INCORPORATED, ONLY<br><br>☐ HYT NORTH AMERICA, INC., ONLY | Case No.  8:20-bk-11507-ES<br><br>Chapter 11<br><br>Jointly Administered With Case Nos.:<br>8:20-bk-11508-ES and 8:20-bk-11509-ES<br><br>**PROOF OF SERVICE**<br><br>**(Relates to Docket Nos. 2, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17 and 18)**<br><br>Date:      June 2, 2020<br>Time:      2:00 p.m.<br>Place:     Courtroom 5A<br>           411 West Fourth Street<br>           Santa Ana, CA  92701 |

DOCS_LA:329722.1 38393/001

I am employed at Pachulski Stang Ziehl Jones LLP, located at 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92701. On May 26, 2020, I served the foregoing document(s) described as:

1. *Debtors' Emergency Motion for Order Directing Joint Administration of Related Cases Pursuant to Fendera Rule of Bankruptcy Procedure 1015(b) and Local Bankruptcy Rule 9013-(q) ("*<u>Joint Administration</u>*")* [Docket No. 2];

2. [Entered] *Order Granting Motion To Approve Joint Administration Of Cases* ("<u>Joint Administration Order</u>") [Docket No. 5];

3. *Motion of Debtors for an Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee, Benefits, and Other Compensation; (II) Remit Withholding Obligations; and (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations* ("<u>Wage</u>") [Docket No. 6]*;*

4. *Motion of Debtors for an Order Authorizing (A) Maintenance of Existing Bank Accounts, (B) Continuance of Existing Cash Management System, Bank Accounts, Checks, and (C) Related Relief* ("<u>Cash Management</u>") [Docket No. 7]*;*

5. *Motion Pursuant to Sections 105, 363, 1107 and 1108 of the Bankruptcy Code for an Order Authorizing Debtors to Maintain and Administer Dealer Incentive Programs, Honor Prepetition Obligations to their Dealers, and Related Relief* ("<u>Customer Programs</u>") [Docket No. 8]*;*

6. *Motion of Debtors for an Order Pursuant to 11 U.S.C. §§ 105(a) and 366: (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, (II) Determining Adequate Assurance of Payment for Future Utility Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment* ("<u>Utilities</u>") Docket No. 9]*;*

7. *Motion for Authority to Pay in the Ordinary Course of Business Prepetition Claims Related to Shipping and Warehousing Charges and Related Relief* ("<u>Shipping and Warehousing</u>") [Docket No.10];

8. *Emergency Motion for the Entry of an Order Authorizing Hytera America Incorporated to Assume the Amended and Restated Independent Director Service Agreement* ("<u>Independent Director</u>") [Docket No. 11];

9. *First Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Executory Contracts, (B) Reject Non-Residential Real Property Leases, and (C) Abandon any Personal Property Located at Such Premises, and (II) Fixing a Bar Date for Claims of Counterparties* ("Lease") [Docket No. 12];

10. *Debtors Motion (I) Limiting Scope of Notice; and (II) Implementing Other Case Management Procedures* ("Limit Notice") [Docket No. 14];

11. *Debtors Motion (A) Approving the Debtors Filing a Consolidated List of Thirty Largest General Unsecured Creditors for All Cases; and (B) Approving the Debtors Filing of a Consolidated Master Mailing Matrix for All Cases* ("Consolidate Matrix") [Docket No. 15];

12. *Motion of Debtors for an Order Extending Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs* ("Extend Time") [Docket No. 16]; and

13. *Declaration of Ni Huang, President and Chief Financial Officer of Hytera Communications America (West), Inc., and Hytera America Incorporated, in Support of chapter 11 Filing and First day Motions* ("First Day Declaration") [Docket No. 17].

14. *Notice of Filing and Hearing to Consider Emergency Motions and Deadline to Submit Opposition Regarding Same* ("Notice of Hearing") [Docket No. 18];

15. *Notice of Setting/Increasing Insider Compensation of Insider Ni Huang for Hytera Communications America (West), Inc., and Hytera America Incorporated* (the "Huang Request")[1]; and

16. *Notice of Setting/Increasing Insider Compensation of Insider Craig A. Barbarosh Hytera America Incorporated* (the "Barbarosh Request")[2].

---

[1] The Huang Request was served by overnight mail, but not filed with the Court.
[2] The Barbarosh Request was served by overnight mail, but not filed with the Court.

1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR the foregoing documents(s) will be served by the Court via NEF and hyperlink to the document.  On **5/28/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses state below:

☒ **Service information continued on attached page**

2.  SERVED BY UNITED STATES MAIL:

On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.**  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION. EMAIL OR TELEPHONE:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **5/28/2020**, I served the following persons and/or entities by personal delivery, by overnight mail service, facsimile transmission, email and/or telephone as seen in attached **Exhibit "A"**, **Exhibit "B"**, **Exhibit "C", Exhibit "D" and Exhibit "E".**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 5/29/2020                             By: */s/ Nancy Lockwood*_____
                                                              Nancy Lockwood

4

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

# EXHIBIT "A"

SERVED VIA OVERNIGHT MAIL:

- Joint Administration
- Joint Administration Order
- Wage
- Cash Management
- Customer Programs
- Utilities
- Shipping and Warehousing
- Independent Director
- Lease
- Limit Notice
- Consolidate Matrix
- Extend Time
- First Day Declaration
- Huang Request
- Barbarosh Request
- Notice of Hearing

See attached service list.
- Debtors
- Office of the United States Trustee
- Consolidated 30 Largest Unsecured Creditors
- Special Notice

| | | |
|---|---|---|
| **In re Hytera Communications America (West), Inc.,** *et al.*<br>**Chapter 11 Case No.:**<br>**Consolidated Mailing List** | Hytera Communications America (West), Inc.<br>8 Whatney, Unit 200<br>Irvine, CA  92618 | Hytera America Incorporated<br>HYT North America, Inc.<br>3315 Commerce Parkway<br>Miramar, FL  33025 |
| Office of the U.S. Trustee – SA<br>Office of the United States Trustee<br>411 West Fourth Street, Suite 7160<br>Santa Ana, CA  92701 | | |

**Request for Special Notice Pursuant to 2002**

**30 (Consolidated) Largest Unsecured Creditors**

| | | |
|---|---|---|
| Motorola Solutions, Inc.<br>500 West Monroe Street<br>Chicago, IL  60661 | Motorola Solutions Malaysia SDN.BHD<br>Plot 2 Medan Bayan Lepas,<br>Technoplex 1900 Bayan<br>Lepas Penang | Motorola Solutions, Inc.<br>c/o Kirkland & Ellis<br>Brandon Hugh Brown<br>555 California St., Suite 2700<br>San Francisco, CA  94104 |
| Motorola Solutions Malaysia SDN.BHD<br>c/o Kirkland & Ellis<br>Brandon Hugh Brown<br>555 California St., Suite 2700<br>San Francisco, CA  94104 | SAF Tehnika JSC<br>Attn. Vladimir Rojas<br>24A, Ganibu Dambis Riga<br>LV-1005 Latvia | TeleExpress Inc.<br>Attn. Craig Weekley<br>406 Interstate Drive<br>High Point, NC 27263 |
| Exhibivent LLC<br>Attn. Richard Prioletti<br>1121 Palmer Court<br>Crystal Lake, IL 60014 | CommScope Technologies LLC<br>Attn. Sonia Adams<br>PO Box 9687<br>Chicago, IL 60693 | Times Microwave<br>Attn: Linda Parks<br>PO Box 8500-4475<br>Philadelphia, PA 19178-4475 |
| Service Communications<br>Attn. Rachel Romero<br>100 Henderson Road<br>Lafayette, LA 70508 | CDW Direct<br>Accounting<br>200 North Milwaukee Avenue<br>Vernon Hills, IL 60061 | Panorama Antennas<br>Attn.  Jose Fontanillas<br>1551 Heritage Parkway<br>Suite 101<br>Manfield, TX 76063 |
| Samlex America, Inc.<br>Attn. Jason Eckert<br>103-4268 Lozells Avenue<br>Burnaby, BC V5A 0C6 CA | Tyco Integrated Security LLC<br>Accounting<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | Seminole Wire & Cable Co., Inc.<br>Attn: Sue<br>7861 Airport Highway<br>Pennsauken, NJ 08109 |

DOCS_LA:329791.1 38393/001

| | | |
|---|---|---|
| Fiplex Communications, Inc.<br>Attn. Ricardo De Govoechea<br>Drawer 2346, PO BOX 5935<br>Troy, MI 48007-5935 | Tessco<br>Accounting<br>11126 McCormick Road<br>Hunt Valley, MD 21031 | Rapicom Communications, Inc.<br>Attn. Patricia Prias<br>3830 W. 11 Avenue<br>Hialeah, FL 33012 |
| Brunal Air Cargo<br>Attn. Mark Scanlon<br>Paramount House<br>Suite 117, Delta Way<br>Egham, Surrey<br>TW20 8RX, UK | PCM Link<br>Joseph Cronin<br>11999 San Vicente Blvd.<br>Los Angeles, CA 90049 | United Parcel Service<br>Accounting<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 |
| Adcom Worldwide, Inc.<br>Gaby Cavallo<br>PO Box 844722<br>Dallas, TX 75284 | DLS Worldwide<br>Accounting<br>PO Box 932721 RR Donnelley<br>Cleveland, OH 44193 | Expeditors Intl-LA<br>Kathleen M. Vogel<br>12200 S. Wilkie Avenue<br>Suite 100<br>Hawthorne, CA 90250 |
| Pinacle<br>Accounting<br>The Tower at PNC Plaza<br>300 Fifth Avenue<br>Pittsburgh, PA 15222 | K12 Prospects<br>Accounting<br>3941 Doral Drive<br>Tampa, FL 33634 | Echo Global Logistics Inc.<br>Accounting<br>22168 Network Place<br>Chicago, IL 60673-1221 |
| Insight Direct USA, Inc.<br>Attn. Ken Lamneck<br>910 W. Carver Road<br>Suite 110<br>Tempe, AZ 85284 | 3E Tech<br>Attn. Feng Xiao<br>2800 Glades Circle<br>Suite 109<br>Weston, FL 33327 | Pandeta<br>Accounting<br>7108 S. Alton Way<br>Building H<br>Centennial, CO 80112-2123 |
| Phoenix AC & Heating Inc.<br>Mike Van Deren<br>23192 Verdugo Drive<br>Suite B<br>Laguna Hills, CA 92653 | Advertising Edge Inc.<br>Attn. Chad Jochens<br>9840 Prospect Avenue<br>Santee, CA 92071 | Tyco Integrated Security, LLC<br>Attn.: Andrew Krzanik<br>2020 Swift Drive<br>Oak Brook, IL 60523 |

EXHBIT "B"

SERVED VIA EMAIL/TELEPHONE OR FAX (before 4:30 p.m.):

| Party | Manner of Service | Contact Name |
|---|---|---|
| MOTOROLA SOLUTIONS, INC. | Email: brandon.brown@kirkland.com | Brandon Hugh Brown, Counsel, Kirkland & Ellis LLP |
| MOTOROLA SOLUTIONS MALAYSIA SDN.BHD | Email: brandon.brown@kirkland.com | Brandon Hugh Brown, Counsel Kirkland & Ellis LLP |
| SAF TEHNIKA JSC | Email: Vladimir.Rojas@saftehnika.com | Vladimir Rojas |
| TELEEXPRESS INC | Email: craigw@telexpressinc.com | Craig Weekley |
| EXHIBIVENT LLC | Email: info@exhibivent.com | Richard Prioletti |
| COMMSCOPE TECHNOLOGIES LLC | Email: Soina.Adams@commscope.com | Soina Adams |
| TIMES MICROWAVE | Email: Linda.Parks@timesmicro.com | Linda Parks |
| SERVICE COMMUNICATIONS | Email: Sales@Servicecommla.com | Rachel Romero |
| CDW DIRECT | Email: CustomerRelations@web.cdw.com | Not known |
| PANORAMA ANTENNAS | Email: jason@samlexamerica.com | José Fontanillas |
| SAMLEX AMERICA, INC | Email: | Jason Eckert |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

|  | jason@samlexamerica.com |  |
|---|---|---|
| TYCO INTEGRATED SECURITY LLC | Email:  CO-AMERICAS-JCI-AR@jci.com | Andrew Krzanik |
| SEMINOLE WIRE & CABLE CO., INC. | Email: customer.service@seminolewire.com | Sue |
| FIPLEX COMMUNICATIONS, INC. | Email: elizabeth@fiplex.com | Ricardo De Goycoechea |
| TESSCO | Email: support@tessco.com | Unknown contact |
| RAPICOM COMMUNICATIONS, INC | Email: rapicom@comcast.net | Patricia Prias |
| BRUNAL AIR CARGO | Email: mscanlon@brunalaircargo.co.uk | Mark Scanlon |
| PCM LINK | Left voicemail in voice mailbox Telephone:  (310) 472-4031 | Joseph Cronin |
| UNITED PARCEL SERVICE | Left voicemail in general mailbox Telephone:  (630) 628-4486 | Unknown contact |
| ADCOM WORLDWIDE, INC | Email: gcavallo@adcomworldwide.com | Gaby Cavallo |
| DLS WORLDWIDE | Left voicemail in general mailbox Telephone:  (877) 744-3838 | Unknown contact |
| EXPEDITORS INTL-LA | Email: kathleen.vogel@expeditors.com | Kathleen M. Vogel |
| PINACLE | Left voicemail in general mailbox | Unknown contact |

|  | Telephone: (800) 843-2206 |  |
|---|---|---|
| K12 PROSPECTS | Email: sales@k12Prospects.com | Unknown contact |
| ECHO GLOBAL LOGISTICS INC | Email: James.Brill@echo.com | James Brill |
| INSIGHT DIRECT USA, INC | Email: barbara.ross@insight.com | Barbara Ross |
| 3E TECH | Email: Feng@DragonLingua.Com | Feng Xiao |
| PANDETA | Fax: (303) 792-2390 | Unknown contact |
| PHOENIX AC & HEATING INC. | Email: vanessa@phoenixairca.com | Vanessa |
| ADVERTISING EDGE INC. | Email: sales@advedge.com | Chad Jochens |

# EXHBIT "C"

<u>SERVED VIA OVERNIGHT MAIL</u>:

- Utilities
- Notice of Hearing
- First Day Declaration

| | | |
|---|---|---|
| SOUTHERN CALIFORNIA EDISON<br>PO BOX 300<br>ROSEMEAD, CA 91772-0001 | IRVINE RANCH WATER DISTRICT<br>PO BOX 51403<br>LOS ANGELES, CA 90051-5703 | AMERIGAS<br>PO BOX 7155<br>PASADENA, CA 91109 |
| FLORIDA POWER & LIGHT<br>GENERAL MAIL FACILITY<br>MIAMI, FL 33188-0001 | AT&T<br>PO BOX 5014<br>CAROL STREAM, IL 60197-5014 | WASTE MANAGEMENT<br>PO BOX 541065<br>LOS ANGELES, CA 90054 |
| WASTE PRO – 0117<br>2101 WEST STATE ROAD 434 SUITE 305<br>LONGWOOD, FL 32779-5053 | COMCAST<br>1585 WAUKEGAN RD<br>WAUKEGAN, IL 60085-6727 | REPUBLIC SERVICE<br>PO BOX 9001099<br>LOUISVILLE, KY 40290 |
| CRYSTAL SPRING/ DS Services<br>200 EAGLES LANDING BOULEVARD<br>LAKELAND, FLORIDA 33810 | | |

# EXHIBIT "D"

<u>SERVED VIA OVERNIGHT MAIL</u>:

- Cash Management
- Notice of Hearing
- First Day Declaration

City National Bank
Attn.:  Franklin Del Val, Manager
NMLS#: 670604\
20 Pacifica, Suite 100
Irvine, CA  92618

Bank of America
Adriana DelPrete
Assistant VP; Relationship Manager
FL6-812-09-01, 401 E. Las Olas Blvd,
Fort Lauderdale, FL 33301

Banco de Reservas de la
Republica Domincana
Av. Pedro Henriquez Ureña, Distrito
Nacional, Santo Domingo 10205

EXHIBIT "E"

SERVED VIA OVERNIGHT MAIL AND EMAIL:

- Lease
- Notice of Hearing
- First Day Declaration

Tyco Integrated Sercurity LLC
Attn: Andrew Krzanik
2010 Swift Drive
Oak Brook, IL 65023-1545
Email:  Andrew Krzanik
CO-AMERICAS-JCI-AR@jci.com

Clarity Ventures, Inc.
Attn: Ben Swindle
6805 Capital of Texas Highway
Suite 312
Austin, TX 78759
Email:  ben.swindle@claritymis.com

Dianique Management
Attn: DianE Bernardi
1916 Wright Blvd
Schaumburg, IL  60193
Diane Bernardi
Email:  envee2@sbcglobal.net