SQUIRE PATTON BOGGS (US) LLP
Karol K. Denniston
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-954-0200
Facsimile: 415-393-9887
Email: karol.denniston@squirepb.com

*Counsel to Finnegan, Henderson, Farabow, Garrett & Dunner LLP*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:20-bk-11507-ES |
| HYTERA COMMUNICATIONS AMERICA (WEST), INC., *et al.* | Chapter 11 |
| Debtors and Debtors-in-Possession. | Jointly Administered With Case Nos.: 8:20-bk-11508-ES and 8:20-bk-11509-ES |
| | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS PURSUANT TO §§ 102(1) AND 342 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 9010 WITH RESPECT TO FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTORS AND THEIR ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Squire Patton Boggs (US) LLP hereby appears in the above-captioned case (the "Chapter 11 Case") pursuant to 11 U.S.C. §§ 102(1) and 342 and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for and on behalf of Finnegan, Henderson, Farabow, Garrett & Dunner LLP ("Finnegan"), and hereby

requests, pursuant to Bankruptcy Rules 2002, 3017(a), 4001, 6006(c), 9007, 9010 and 9013, and 11 U.S.C.§§ 102(1) and 342, that all notices given or required to be given in the Chapter 11 Case and copies of all papers or pleadings served or required to be served in the Chapter 11 Case be given to and served upon the undersigned at the following addresses:

> Karol K. Denniston
> Squire Patton Boggs (US) LLP
> 275 Battery Street, Suite 2600
> San Francisco, CA 94111
> Telephone: 415-954-0200
> Facsimile: 415-393-9887
> Email:  karol.denniston@squirepb.com

> Christopher J. Giaimo, Esq.
> Squire Patton Boggs (US) LLP
> 2550 M Street, NW
> Washington, DC 20037
> Telephone: (202) 457-6000
> Facsimile: (202) 457-6315
> Email:  christopher.giaimo@squirepb.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules and the Local Bankruptcy Rules for this District, but also includes, without limitation, orders, and notices of any application, motion, petition, pleading, schedule, plan, disclosure statement, request, complaint, demand, answer, reply, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, facsimile, hand delivery, electronic mail, overnight courier, telephone, telegraphs, telex or otherwise, that affect the above-captioned debtors (the "Debtors") or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed a waiver of Finnegan's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, (iii) to have the District Court withdraw the reference in any matter subject to the mandatory or discretionary withdrawal, or (iv) to any other rights, claims, action, defenses

setoffs or recoupments, under agreements, in law or in equity, or otherwise, to which Finnegan is or may be entitled, all of which rights, claims, actions, defenses, setoffs and recoupments Finnegan expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers does not constitute an agreement to accept service of initial process under Rule 4 of the Federal Rules of Civil Procedure or Bankruptcy Rule 7004, nor shall it result in the undersigned counsel being deemed the agent of Finnegan for such purpose.

Dated:  June 23, 2020                SQUIRE PATTON BOGGS (US) LLP

*/s/ Karol K. Denniston*
Karol K. Denniston
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-954-0200
Facsimile: 415-393-9887
Email:  karol.denniston@squirepb.com

*Counsel to Finnegan, Henderson, Farabow, Garrett & Dunner LLP*

- 3 -

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES
CASE NO. 8:20-bk-11507-ES / CHAPTER 11

010-9088-2386/1/AMERICAS