1
2  Michael De Vries (State Bar No. 211001)
   Christopher Lawless (State Bar No. 268952)
3  KIRKLAND & ELLIS LLP
   555 South Flower Street
   Los Angeles, CA 90071
4  Telephone: (213) 680-8400
   Facsimile: (213) 680 8500
5  Email: michael.devries@kirkland.com
          clawless@kirkland.com
6
   Mark McKane, P.C. (State Bar No. 230552)
7  Adam R. Alper (State Bar No. 196834)
   Brandon H. Brown (State Bar No. 266347)
8  KIRKLAND & ELLIS LLP
   555 California Street
9  San Francisco, CA  94104
   Telephone: (415) 439-1400
10 Facsimile: (415) 439-1500
   Email: MMcKane@kirkland.com
11        aalper@kirkland.com
          bhbrown@kirkland.com
12
   Attorneys for MOTOROLA SOLUTIONS, INC.
13

Chad J. Husnick (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: CHusnick@kirkland.com

**FILED & ENTERED**

**AUG 14 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY steinber   DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

14
15
16 In re:
17 HYTERA COMMUNICATIONS AMERICA
   (WEST), INC., *et al.*,
18
        Debtors and Debtors-in
19      Possession.
20 Affects:
21 ☒  All Debtors
22 ☐  HYTERA COMMUNICATIONS AMERICA
23 (WEST), INC., ONLY
24 ☐  HYTERA AMERICA INCORPORATED,
25 ONLY
26 ☐  HYT NORTH AMERICA, INC.,  ONLY
27
28

CASE NO. 8:20-11507-ES

Chapter 11

Jointly Administered with Case Nos.:
11508-ES and 11509-ES

**ORDER APPROVING STIPULATION
BETWEEN DEBTORS AND
MOTOROLA SOLUTIONS
EXTENDING DEADLINES TO REPLY
TO MOTION TO DISMISS AND
RESPOND TO MOTION TO APPROVE
SALE OF ASSETS**

**Hearing**: Motion to Dismiss
Date:  August 20, 2020
Time:  2:00 PM
Place: 411 West Fourth Street, Courtroom
5A, Santa Ana, CA 92701

**Hearing**: Motion to Approve Sale
Date:  August 27, 2020
Time:  10:00 AM
Place: 411 West Fourth Street, Courtroom
5A, Santa Ana, CA 92701

1    The  Court having read and considered the August 13, 2020 stipulation (the "Stipulation")

2    [Dkt. 182] between and among Motorola Solutions, Inc. ("Motorola") on the one hand, and Hytera

3    Communications America (West), Inc.; Hytera America Incorporated; and HYT North America, Inc.

4    (collectively, the "Debtors"), on the other hand, good cause appearing, it is hereby ORDERED as

5    follows:

6        1.    Any terms not defined herein have the meanings attributed to them in the Stipulation;

7        2.    The Stipulation is hereby approved;

8        3.    The deadline for Motorola to file replies to the Dismissal and Stay Motions is extended

9    to noon Pacific on Monday, August 17, 2020.

10        4.    The deadline for Motorola to respond to the Sale Motion is extended to noon Pacific

11    on Monday, August 17, 2020.

12        5.    The deadline for Debtors to reply on the Sale Motion is extended to noon Pacific on

13    Monday, August 24, 2020.

14

15                                                    # # #

16

17

18

19

20

21

22

23
     Date: August 14, 2020
24                                                    Erithe Smith
                                                      United States Bankruptcy Judge
25

26

27

28