Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760
E-mail:   ikharasch@pszjlaw.com
              jlucas@pszjlaw.com
              jrosell@pszjlaw.com
              vnewmark@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>HYTERA COMMUNICATIONS AMERICA (WEST), INC., *et al.*<br><br>Debtors and Debtors-in Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ HYTERA COMMUNICATIONS AMERICA (WEST), INC., ONLY<br><br>☐ HYTERA AMERICA INCORPORATED, ONLY<br><br>☐ HYT NORTH AMERICA, INC., ONLY | Case No.  8:20-bk-11507-ES<br><br>Chapter 11<br><br>Jointly Administered With Case Nos.: 8:20-bk-11508-ES and 8:20-bk-11509-ES<br><br>**NOTICE OF PROFESSIONAL FEE STATEMENT NUMBER 3 OF PACHULSKI STANG ZIEHL & JONES LLP, GENERAL BANKRUPTCY COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION**<br><br>[No Hearing Required Unless Requested] |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** on September 22, 2020, the Pachulski Stang Ziehl & Jones LLP ("PSZJ") filed a Professional Fee Statement (a "PFS") pursuant to which PSZJ seeks

1

DOCS_LA:332007.1 38393/002

interim payment of 80% of the fees for services rendered and 100% of the costs incurred during the Reporting Period.[1]

| Professional | Role | Reporting Period | 100% Fees | 100% Expenses | 80% Fees | 100% Expenses | Total Sought to be Paid | Hold Back (20% of Fees) |
|---|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | General Bankruptcy Counsel to Debtor | 8/1/2020 through 8/31/2020 | $194,769.00 | $1,770.70 | $155,815.20 | $1,770.70 | $157,585.90 | $38,953.80 |

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the *Order Approving Motion for Order Establishing Monthly Fee and Expense Reimbursement Procedures* entered on July 13, 2020, [Docket No. 104] (the "Fee Procedures Order"), unless an objection is filed with the clerk of the Court and served on the applicable Professional within ten days of the service of the PFS, the PFS shall be deemed approved on an interim basis and the Debtor may pay the Professional 80% of the fees for services rendered and 100% of the costs incurred during the Reporting Period (the "Approved Amount"), and the Professional is authorized to draw the Approved Amount from any Retainer without the Court holding a hearing or entering any further order thereon. If an objection is timely filed and served, the Professional will not draw down or be paid the disputed amount until the objection has been resolved.

**PLEASE TAKE FURTHER NOTICE THAT** PSZJ served a copy of the PFS on the Debtor, the Official Committee of Unsecured Creditors (the "Committee"), any party requesting special notice, and the Office of the United States Trustee (the "OUST"). In addition, PSZJ served documentation supporting the PFS (the "Fee Documentation") on the OUST. A copy of the Fee Documentation is available, upon written request, from PSZJ at the address listed below:

John W. Lucas, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
E-mail: jlucas@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE THAT** nothing in the Fee Procedures Order relieves any Professional from the obligation to file interim and/or final fee applications. The failure

---

[1] Capitalized terms that are not defined in this notice have the meanings given to them in the Fee Procedures Order.

DOCS_LA:332007.1 38393/002

of any party to raise an objection to a PFS shall not be deemed a waiver of such objection for purposes of the Interim Application. The failure of any party to raise an objection to a PFS or Interim Application shall not be deemed a waiver of such objection for purposes of final applications for allowance of fees and reimbursement of expenses pursuant to section 330 of the Bankruptcy Code.

Dated: September 22, 2020

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John W. Lucas*
Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Victoria A. Newmark (CA Bar No. 183581)
Jason H. Rosell (CA Bar No. 269126)

*Counsel to the Debtors and Debtors in Possession*

3

DOCS_LA:332007.1 38393/002

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Pachulski Stang Ziehl & Jones LLP, 650 Town Center Drive, Suite 1500, Costa Mesa, CA  92626**

A true and correct copy of the document entitled:

- **NOTICE OF PROFESSIONAL FEE STATEMENT NUMBER 3 OF PACHULSKI STANG ZIEHL & JONES LLP, GENERAL BAKRUPTCY COUNSEL TO DEBTORS AND DEBTOR IN POSSESSION**

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/22/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), **9/22/2020** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/22/2020 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                        **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:329989.2 38393/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Karol K Denniston    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Andrew Goodman    agoodman@andyglaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Mark E McKane    mark.mckane@kirkland.com, mmckane@kirkland.com;alevin@kirkland.com;lydia-yale-8751@ecf.pacerpro.com
- David L. Neale    dln@lnbyb.com
- Victoria Newmark    vnewmark@pszjlaw.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Jason H Rosell    jrosell@pszjlaw.com, mrenck@pszjlaw.com
- Jeffrey Snyder    eservice@bilzin.com, eservice@bilzin.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael J. Weiland    mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

2. **SERVED BY UNITED STATES MAIL**:

*See attached mailing list.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:329989.2 38393/002

| | | |
|---|---|---|
| **In re Hytera Communications America (West), Inc.,** *et al.* | Hytera Communications America (West), Inc.<br>8 Whatney, Unit 200<br>Irvine, CA  92618 | Hytera America Incorporated<br>HYT North America, Inc.<br>3315 Commerce Parkway<br>Miramar, FL  33025 |
| Office of the U.S. Trustee – SA<br>Frank Cadigan<br>Michael J. Hauser<br>Office of the United States Trustee<br>411 West Fourth Street, Suite 7160<br>Santa Ana, CA  92701<br>(w/fee documentation) | | |
| **Request for Special Notice Pursuant to 2002** | Mark McKane, P.C.<br>Adam R. Alper<br>Brandon H. Brown<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA  94104 | Michael De Vries<br>Christopher Lawless<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street<br>Los Angeles, CA 90071 |
| Chad J. Husnick<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654 | Karol K. Denniston<br>Squire Patton Boggs (US) LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA  94111 | Christopher J. Giaimo, Esq.<br>Squire Patton Boggs (US) LLP<br>2550 M Street, NW<br>Washington, DC  20037 |