Michael W. De Vries (State Bar No. 211001)
Christopher Lawless (State Bar No. 268952)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680 8500
Email:  michael.devries@kirkland.com
        clawless@kirkland.com

Mark McKane, P.C. (State Bar No. 230552)
Adam R. Alper (State Bar No. 196834)
Brandon H. Brown (State Bar No. 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email:  mmckane@kirkland.com
        aalper@kirkland.com
        bhbrown@kirkland.com

Chad J. Husnick (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:  chusnick@kirkland.com

Attorneys for MOTOROLA SOLUTIONS, INC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>HYTERA COMMUNICATIONS AMERICA (WEST), INC., *et al.*,<br><br>Debtors. | CASE NO. 8:20-11507-ES<br><br>Chapter 11<br><br>Jointly Administered with Case Nos.:<br>11508-ES and 11509-ES<br><br>**MOTOROLA SOLUTIONS, INC.'S AND DEBTORS' JOINT STATEMENT REGARDING THE THIRD AMENDED APA INVENTORY**<br><br>Hearing:<br>Date: January 22, 2021<br>Time: 2:00 p.m. (Pacific Time)<br>Place: 411 West Fourth Street, Courtroom 5A<br>       Santa Ana, CA 92701 (via ZoomGov) |

JOINT STATEMENT RE 3RD AMENDED APA INVENTORY

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE; HYTERA COMMUNICATIONS AMERICA (WEST), INC.; HYTERA AMERICA INC.; HYT NORTH AMERICA, INC.; THE UNITED STATES TRUSTEE; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND ALL OTHER INTERESTED PERSONS ENTITLED TO NOTICE:**

Pursuant to the Court's Order Approving Asset Purchase Agreement Among the Debtors and Buyer (Docket 375) and Orders Approving Stipulation to Extend Deadlines (Docket 385 and Docket 393), Creditor Motorola Solutions, Inc. ("Motorola") along with Hytera Communications America (West), Inc. ("Hytera West"), Hytera America Inc. ("Hytera East"), and HYT North America, Inc. (collectively, the "Debtors") respectfully submit this Statement respecting the inventory that is scheduled to be sold pursuant to the Third Amended Asset Purchase Agreement (Docket 290, Exhibit A ("Third Amended APA")).[1]

Motorola has worked with Debtors since the December 17, 2020 hearing on Debtors' Sale Motion to resolve Motorola's remaining objections concerning the sale of inventory under the Third Amended APA. In sum, the parties have agreed that Motorola will withdraw its remaining objections to the inventory sale under the Third Amended APA in return for a holdback from the sale of the purported non-accused inventory. Specifically, subject to the Court's approval, Motorola and Debtors (along with the Creditor's Committee) have agreed that Motorola will withdraw its objections to the sale of inventory under the Third Amended APA, and the following language will be added to a revised version of the proposed Sale Order:

> Upon the closing of the Sale, the Debtors shall segregate $[25% of sale proceeds of the inventory sale] of the Sale proceeds (the "Segregated Cash"). The Debtors shall not use the Segregated Cash absent Motorola's express written consent or Court authorization. All rights, claims, defenses, and the like are expressly preserved with respect to the Segregated Cash.

The parties will submit a joint stipulation and proposed amended Sale Order by 2:00 p.m. on January

---

[1] While Motorola and the Debtors were to submit separate statements on this issue (Docket 375), Motorola and Debtors have met and conferred numerous times in reaching an agreement that will resolve Motorola's objections and in lieu of seriatim separate statements, jointly submit this Statement to report the status and proposed resolution to the Court.

2

JOINT STATEMENT RE 3RD AMENDED APA INVENTORY

19, 2021 (ahead of the Jan 22, 2021 continued hearing on the Third Amended APA) reflecting this agreement.  The Court is empowered to enter such agreement under its equitable powers.  *See In re PW, LLC*, 391 B.R. 25, 31, 46 (B.A.P. 9th Cir. 2008) (upholding use of "carve-out amount" from property sale to cover administrative claims).

Following the December 17, 2020 hearing, the Illinois District Court ("District Court") issued an Order denying Motorola's requested injunction, but stated that "Hytera shall be ordered to pay a reasonable royalty to Motorola for the future use of Motorola's trade secrets." Docket 358 at 4.  That Order requires Motorola and the Debtor Defendants to "submit a proposed plan no later than January 14, 2021" respecting "what a reasonable royalty in this case would be," and that "[i]f no agreed plan can be reached, each party shall submit its own proposal." Docket 358 at 9.  While the District Court denied Motorola's motion for a permanent injunction, Motorola continued to have concerns regarding the Debtors' postpetition sale of inventory of accused products and any royalty that might arise from such sale.  Accordingly, Debtors, without conceding what part, if any, of the proceeds the Debtors received are entitled to administrative expense priority, agreed to holdback the Segregated Cash and reserve all parties' rights with respect to the Segregated Cash.

Debtors expect to request approval of the forthcoming joint stipulation and proposed amended Sale Order at or before the January 22, 2021 continued hearing, which would allow the sale of inventory under the Third Amended APA to proceed while discussions continue regarding resolving postpetition claims and a plan for liquidation and distributions thereunder.

DATED:  January 13, 2021    By: /s/ C. Lawless

Christopher Lawless

Michael W. De Vries (State Bar No. 211001)
Christopher Lawless (State Bar No. 268952)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680 8500
Email: michael.devries@kirkland.com
       clawless@kirkland.com

|   |   |
|---|---|
| 1 | |
| 2 | Mark McKane, P.C. (State Bar No. 230552) |
|   | Adam R. Alper (State Bar No. 196834) |
| 3 | Brandon H. Brown (State Bar No. 266347) |
|   | KIRKLAND & ELLIS LLP |
| 4 | 555 California Street |
|   | San Francisco, CA  94104 |
| 5 | Telephone: (415) 439-1400 |
|   | Facsimile: (415) 439-1500 |
| 6 | Email: MMcKane@kirkland.com |
|   |         aalper@kirkland.com |
| 7 |         bhbrown@kirkland.com |

Chad J. Husnick (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: chusnick@kirkland.com

Attorneys for MOTOROLA SOLUTIONS, INC.

DATED:  January 13, 2021

By: _____
    John W. Lucas

Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 N. Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:  ikharasch@pszjlaw.com
         jlucas@pszjlaw.com
         jrosell@pszjlaw.com
         vnewmark@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

4

JOINT STATEMENT RE 3RD AMENDED APA INVENTORY