Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760
E-mail:   ikharasch@pszjlaw.com
          jlucas@pszjlaw.com
          jrosell@pszjlaw.com
          vnewmark@pszjlaw.com

Counsel to Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>HCA WEST, INC., *et al.*,<br><br>　　　　Debtors and Debtors-in Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ HCA WEST, INC., ONLY<br><br>☐ HAI EAST, INC., ONLY<br><br>☐ HNA, INC., ONLY | Case No.  8:20-bk-11507-ES<br><br>Chapter 11<br><br>Jointly Administered With Case Nos.:<br>8:20-BK-11508-ES and 8:20-BK-11509-ES<br><br>**NOTICE OF CONTINUED CHAPTER 11 STATUS CONFERENCE**<br><br><u>Hearing</u>:<br><br>Date:　　May 6, 2021<br>Time:　　10:30 a.m. (Pacific Time)<br>Place:　　ZoomGov |

**TO ALL PARTIES-IN-INTEREST:**

**NOTICE IS HEREBY GIVEN** that the Court has continued the Chapter 11 Status Conference (the "Status Conference") to **May 6, 2021 at 10:30 a.m.**

**PLEASE TAKE FURTHER NOTICE that because of the COVID-19 pandemic, the Court will conduct the Status Conference using ZoomGov audio and video technology.** Information on how to participate in the hearing using ZoomGov is provided below.

1   **PLEASE TAKE FURTHER NOTICE** that hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

3   **PLEASE TAKE FURTHER NOTICE** that individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

**PLEASE TAKE FURTHER NOTICE** that individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

**PLEASE TAKE FURTHER NOTICE** that neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

**PLEASE TAKE FURTHER NOTICE** that the audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

**PLEASE TAKE FURTHER NOTICE** that all persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

**PLEASE TAKE FURTHER NOTICE** that the following is the unique ZoomGov connection information for the above-referenced hearing:

    Meeting URL: https://cacb.zoomgov.com/j/1618897382
    Meeting ID:  161 889 7382
    Password:  736506
    Telephone:  1 (669) 254 5252 or 1 (646) 828 7666

**PLEASE TAKE FURTHER NOTICE** that more information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

DOCS_LA:336280.1

1 | Dated:  February 24, 2021    PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John W. Lucas*
Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)

*Counsel to the Debtors and
Debtors in Possession*

3

DOCS_LA:336280.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the document entitled:  **NOTICE OF CONTINUED CHAPTER 11 STATUS CONFERENCE**

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **2/24/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*), **2/24/2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/24/2021 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:329989.2

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Karol K Denniston**   karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Mark E McKane**   mark.mckane@kirkland.com, mmckane@kirkland.com;alevin@kirkland.com;lydia-yale-8751@ecf.pacerpro.com
- **Christopher Minier**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David L. Neale**   dln@lnbyb.com
- **Victoria Newmark**   vnewmark@pszjlaw.com
- **Juliet Y Oh**   jyo@lnbrb.com, jyo@lnbrb.com
- **Jason H Rosell**   jrosell@pszjlaw.com, mrenck@pszjlaw.com
- **Jeffrey Snyder**   eservice@bilzin.com, eservice@bilzin.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Michael J. Weiland**   mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

**2. SERVED BY UNITED STATES MAIL**:

*See attached mailing list.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:329989.2

**Request for Special Notice Pursuant to 2002**

Mark McKane, P.C.
Adam R. Alper
Brandon H. Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104

Michael De Vries
Christopher Lawless
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071

Chad J. Husnick
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654

Christopher J. Giaimo, Esq.
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC  20037