Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: ikharasch@pszjlaw.com
        jlucas@pszjlaw.com
        jrosell@pszjlaw.com
        vnewmark@pszjlaw.com

**FILED & ENTERED**

**APR 08 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:20-bk-11507-ES |
| HCA WEST, INC., *et al.*, | Chapter 11 |
|     Debtors and Debtors-in Possession. | Jointly Administered With Case Nos.: 8:20-BK-11508-ES and 8:20-BK-11509-ES |
| Affects: | **ORDER GRANTING MOTION FOR ORDER FURTHER EXTENDING THE TIME PERIODS DURING WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT TO FILE A PLAN AND TO SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE** |
| ☒ All Debtors | |
| ☐ HCA WEST, INC., ONLY | |
| ☐ HAI EAST, INC., ONLY | |
| ☐ HNA, INC., ONLY | Date: April 8, 2021<br>Time: 10:30 a.m. (Pacific Time)<br>Place: ZoomGov |

Upon the *Motion for Order Further Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and to Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code* (the "**Motion**");[1] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

---

[1] Capitalized terms not defined herein shall have the meanings used in the Motion.

DOCS_LA:337184.1

and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and all other parties in interest; and the Debtors having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances and no other or further notice need be provided; and the Court having considered the Motion, all pleadings and papers filed in connection with the Motion, and the arguments of counsel and evidence proffered at the hearing on the Motion; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Debtors' exclusive right to file a plan is extended through and including **August 9, 2021**.

3. The Debtors' exclusive right to solicit acceptances from creditors for its plan is extended through and including **October 8, 2021**.

4. The relief granted herein shall not prejudice the Debtors from seeking further extensions upon a showing of cause or parties in interest from seeking to shorten or terminate the Debtors' exclusive rights to file and solicit acceptances of a plan upon a showing of cause.

5. The Court retains jurisdiction to interpret and enforce the terms of this Order.

# # #

Date: April 8, 2021

Erithe Smith
United States Bankruptcy Judge