1  Ira D. Kharasch (CA Bar No. 109084)
   John W. Lucas (CA Bar No. 271038)
2  Jason H. Rosell (CA Bar No. 269126)
   Victoria A. Newmark (CA Bar No. 183581)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
4  Los Angeles, California 90067
   Telephone:  (310) 277-6910
5  Facsimile:  (310) 201-0760
   E-mail:   ikharasch@pszjlaw.com
6            jlucas@pszjlaw.com
             jrosell@pszjlaw.com
7            vnewmark@pszjlaw.com



**FILED & ENTERED**

**MAY 21 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY duarte    DEPUTY CLERK**

8

9                  **UNITED STATES BANKRUPTCY COURT**

10                  **CENTRAL DISTRICT OF CALIFORNIA**

                    **SANTA ANA DIVISION**
11

12  In re:                                   Case No.  8:20-bk-11507-ES

13  HCA WEST, INC., *et al.*,                Chapter 11

14              Debtors and Debtors-in       Jointly Administered With Case Nos.:
                Possession.                  8:20-BK-11508-ES and 8:20-BK-11509-ES
15
    Affects:                                 **ORDER AUTHORIZING DEBTOR HNA,**
16                                            **INC. TO REJECT ADP TOTALSOURCE**
    ☐ All Debtors                            **CLIENT SERVICES AGREEMENT**
17
    ☐ HCA WEST, INC., ONLY                   Date:     May 20, 2021
18                                            Time:     10:30 a.m. (Pacific Time)
    ☐ HAI EAST, INC., ONLY                   Place:    ZoomGov
19
    ☒ HNA, INC., ONLY
20
                                        .
21

22        Upon the *Motion of Debtor HNA, Inc. to Reject ADP TotalSource Client Services Agreement*

23  (the "Motion") filed by Debtor, HNA, Inc. (the "Debtor"); and it appearing that the relief requested is

24  in the best interests of the Debtor's estate and creditors; and it appearing that this court has jurisdiction

25  over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core

26  proceeding pursuant to 28 U.S.C. § 157(b); and adequate notice of the Motion having been given; and

27  after due deliberation and sufficient cause appearing therefor;

28        **IT IS HEREBY ORDERED THAT:**

DOCS_LA:338000.1 38393/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    1.     The Motion is granted.

2    2.     The *ADP TotalSource Client Services Agreement* dated May 12, 2009 attached as

3 **Exhibit B** to the Motion (the "**Contract**") is rejected effective as of April 28, 2021.

4    3.     The Debtor shall serve this Order on ADP TotalSource, Inc. ("**ADP TotalSource**")

5 within three (3) business days of the entry of this Order.

6    4.     The Debtor does not waive any claims that they may have against the ADP

7 TotalSource, whether or not such claims are related to the Contract.

8    5.     This court shall retain jurisdiction to hear and determine all matters arising from the

9 implementation of this Order.

10    6.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, or

11 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and

12 enforceable upon its entry.

13

14                      # # #

15

16

17

18

19

20

21

22

23

24    Date: May 21, 2021

                         Erithe Smith

25                        United States Bankruptcy Judge

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:338000.1 38393/002