Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:    ikharasch@pszjlaw.com
           jlucas@pszjlaw.com
           jrosell@pszjlaw.com
           vnewmark@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

**FILED & ENTERED**

**JUL 27 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>HCA WEST, INC., *et al.*<br><br>    Debtors and Debtors-in Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ HCA WEST, INC., ONLY<br><br>☐ HAI EAST, INC., ONLY<br><br>☐ HNA, INC., ONLY | Case No. 8:20-bk-11507-ES<br><br>Chapter 11<br><br>Jointly Administered With Case Nos.: 8:20-bk-11508-ES and 8:20-bk-11509-ES<br><br>**ORDER APPROVING STIPULATION TO EXTEND THE TIME WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT TO FILE A PLAN AND TO SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE**<br><br>Hearing:<br>Date:    August 5, 2021<br>Time:   10:30 a.m. (Pacific Time)<br>Place:  ZoomGov |

The Court having read and considered the *Stipulation to Extend the Time Periods During Which the Debtors Have the Exclusive Right to File A Plan and to Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code* filed on July 26 2021, as Docket No. [527] (the "Stipulation")[1], and with good cause shown,

IT IS ORDERED:

1. The Stipulation is approved.

2. The Debtors shall work with the other parties to submit to the Court a revised

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Stipulation.

1

DOCS_LA:339128.1

1  exclusivity order that reflects the limited extension.

2      3.    The Court retains jurisdiction to interpret and enforce the terms of this Order.

### 

Date: July 27, 2021

*/s/ Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge

DOCS_LA:339128.1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA