Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:   ikharasch@pszjlaw.com
          jlucas@pszjlaw.com
          jrosell@pszjlaw.com
          vnewmark@pszjlaw.com



**FILED & ENTERED**

**JUL 30 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>HCA WEST, INC., *et al.*,<br><br>        Debtors and Debtors-in Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ HCA WEST, INC., ONLY<br><br>☐ HAI EAST, INC., ONLY<br><br>☐ HNA, INC., ONLY<br><br>. | Case No.  8:20-bk-11507-ES<br><br>Chapter 11<br><br>Jointly Administered With Case Nos.:<br>8:20-BK-11508-ES and 8:20-BK-11509-ES<br><br>**ORDER REGARDING MOTION FOR ORDER FURTHER EXTENDING THE TIME PERIODS DURING WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT TO FILE A PLAN AND TO SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE**<br><br>Date:   August 5, 2021<br>Time:   10:30 a.m. (Pacific Time)<br>Place:  ZoomGov |

Upon the *Motion for Order Further Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and to Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code* (the "**Motion**");[1] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

---

[1] Capitalized terms not defined herein shall have the meanings used in the Motion.

DOCS_LA:339128.2

and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion as modified by the *Stipulation to Extend the Time Periods During Which the Debtors Have the Exclusive Right to File A Plan and to Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code* (the "**Stipulation**") [Docket No. 527], is in the best interests of the Debtors' estates, their creditors, and all other parties in interest; and the Debtors having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances and no other or further notice need be provided; and the Court having considered the Motion, all pleadings and papers filed in connection with the Motion, including the Stipulation,; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Debtors' exclusive right to file a plan is extended through and including **September 8, 2021**.

3. The Debtors' exclusive right to solicit acceptances from creditors for their plan is extended through and including **November 8, 2021**.

4. This Order is without prejudice to the Debtors' rights to seek further extensions of the Exclusive Periods, which rights are fully reserved.

5. This Order is without prejudice to the rights of any party in interest to oppose further requests to extend the Exclusive Periods, which rights are fully reserved.

6. The hearing currently scheduled for August 5, 2021 is vacated.

7. The Court retains jurisdiction to interpret and enforce the terms of this Order.

*[Signatures on Following Page]*

Consented to:

Dated: July __, 2021

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: _____
David L. Neale (SBN 141225)
Juliet Y. Oh (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067

*Counsel to the Official Committee of Unsecured Creditors*

Dated: July __, 2021

KIRKLAND & ELLIS LLP

By: _____
Michael De Vries (CA Bar No. 211001)
Christopher Lawless (CA Bar No. 268952)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071

*Attorneys for Motorola Solutions, Inc.*

# # #

Date: July 30, 2021

*[signature]*
Erithe Smith
United States Bankruptcy Judge

Dated: July 29, 2021

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: *[signature: Juliet Oh]*
David L. Neale (SBN 141225)
Juliet Y. Oh (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067

*Counsel to the Official Committee of Unsecured Creditors*

Dated: July __, 2021

KIRKLAND & ELLIS LLP

By: _____
Michael De Vries (CA Bar No. 211001)
Christopher Lawless (CA Bar No. 268952)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071

*Attorneys for Motorola Solutions, Inc.*

# # #

Dated: July __, 2021

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: _____
David L. Neale (SBN 141225)
Juliet Y. Oh (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067

*Counsel to the Official Committee of Unsecured Creditors*

Dated: July 29, 2021

KIRKLAND & ELLIS LLP

By: _____
Michael De Vries (CA Bar No. 211001)
Christopher Lawless (CA Bar No. 268952)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071

*Attorneys for Motorola Solutions, Inc.*

# # #

DOCS_LA:339128.2

3