UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>HCA West, Inc.<br>*et al.*<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: 8:20-bk-11507<br>Operating Report Number: 14<br>For the Month Ending: 7/31/2021 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

| | | |
|---|---|---:|
| 1. | TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 10,882,936.34 |
| 2. | LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 5,884,462.96 |
| 3. | BEGINNING BALANCE:  **N1** | 4,998,473.38 |
| 4. | RECEIPTS DURING CURRENT PERIOD: | |
| | Accounts Receivable - Post-filing | |
| | Accounts Receivable - Pre-filing | |
| | General Sales | |
| | Other (Specify) Interest Income | 4.16 |
| | Other (Specify) Cash Transfer from PayPal Account | 13,761.52 |
| | Restricted Cash keep in Hytera East account | 263,716.40 |
| | TOTAL RECEIPTS THIS PERIOD: | 277,482.08 |
| 5. | BALANCE: | 5,275,955.46 |
| 6. | LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | |
| | Transfers to Other DIP Accounts (from page 2) | 214,396.62 |
| | Disbursements (from page 2) | 151,637.81 |
| | TOTAL DISBURSEMENTS THIS PERIOD:*** | 366,034.43 |
| 7. | ENDING BALANCE: | 4,909,921.03 |
| 8. | General Account Number(s): | CNB #3004, #5249, #7300, #7319, PayPal, Cash Sale of Assets |
| | Depository Name & Location: | |

**N1** The beginning balance included in Part 1 of the MOR excludes all transfers between DIP accounts.

| | |
|---|---:|
| Ending Balance as of 06/30/21 | 5,262,189.78 |
| Intercompany Expenses reimbursement to Hytera East | (200,635.10) |
| **Adjust Beginning Balance as of 07/01/21** | **5,061,554.68** |

\*   All receipts must be deposited into the general account.
\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---:|---:|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 2,221.20 | 8,045,267.21 |
| Less: Returns/Discounts | 2,473.47 | 50,993.56 |
| Net Sales/Revenue | (252.27) | 7,994,273.65 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | 0.00 | 2,434,703.71 |
| Other - Cost of Assets Sold | 0.00 | 1,669,647.73 |
| Purchases | 0.00 | 4,143,786.54 |
| Less: Ending Inventory at cost | 0.00 | 0.00 |
| Cost of Goods Sold (COGS) | 0.00 | 8,248,137.98 |
| **Gross Profit** | (252.27) | (253,864.33) |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 0.00 | 109,531.44 |
| Payroll - Other Employees | | 743,857.69 |
| Payroll Taxes | | 57,865.25 |
| Other Taxes (Itemize) | | 303.00 |
| Depreciation and Amortization | | 74,866.32 |
| Rent Expense - Real Property | | 153,059.96 |
| Lease Expense - Personal Property | | 0.00 |
| Insurance | 0.00 | 251,985.56 |
| Real Property Taxes | | 0.00 |
| Telephone and Utilities | | 20,221.29 |
| Repairs and Maintenance | | 4,235.08 |
| Travel and Entertainment (Itemize) | | 6,167.31 |
| Miscellaneous Operating Expenses (Itemize) | 359.77 | 339,455.56 |
| Total Operating Expenses | 359.77 | 1,761,548.46 |
| Net Gain/(Loss) from Operations | (612.04) | (2,015,412.79) |
| **Non-Operating Income:** | | |
| Interest Income | 4.16 | 160.34 |
| Net Gain on Sale of Assets (Itemize) | 0.00 | 0.00 |
| Other (Itemize) | | |
| Total Non-Operating income | 4.16 | 160.34 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | 151,278.04 | 2,123,412.96 |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 151,278.04 | 2,123,412.96 |
| **NET INCOME/(LOSS)** | (151,885.92) | (4,138,665.41) |

(Attach exhibit listing all itemizations required above)

# X. BALANCE SHEET
### (ACCRUAL BASIS ONLY)

| ASSETS | | Current Month End | |
|---|---|---:|---:|
| Current Assets: | | | |
| Unrestricted Cash | | 4,859,206.69 | |
| Restricted Cash | | 50,714.34 | |
| Accounts Receivable | | 6,962,731.19 | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | 131,108.08 | |
| Other (Itemize) | | 237,104.73 | |
| | Total Current Assets | | 12,240,865.03 |
| | | | |
| Property, Plant, and Equipment | | 0.00 | |
| Accumulated Depreciation/Depletion | | 0.00 | |
| | Net Property, Plant, and Equipment | | 0.00 |
| | | | |
| Other Assets (Net of Amortization): | | | |
| Due from Insiders | | | |
| Other (Itemize) | | 11,720.00 | |
| | Total Other Assets | | 11,720.00 |
| **TOTAL ASSETS** | | | **12,252,585.03** |
| | | | |
| LIABILITIES | | | |
| Post-petition Liabilities: | | | |
| Accounts Payable | | 1,171,639.73 | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional fees | | | |
| Secured Debt | | | |
| Other (Itemize) | | 18,576.30 | |
| | Total Post-petition Liabilities | | 1,190,216.03 |
| | | | |
| Pre-petition Liabilities: | | | |
| Secured Liabilities | | | |
| Priority Liabilities | | | |
| Unsecured Liabilities | | 20,082,183.88 | |
| Other (Itemize) | | | |
| | Total Pre-petition Liabilities | | 20,082,183.88 |
| **TOTAL LIABILITIES** | | | **21,272,399.91** |
| | | | |
| EQUITY: | | | |
| Pre-petition Owners' Equity | | (5,021,144.90) | |
| Post-petition Profit/(Loss) | | (4,138,665.41) | |
| Direct Charges to Equity | | 139,995.43 | |
| **TOTAL EQUITY** | | | **(9,019,814.88)** |
| | | | |
| **TOTAL LIABILITIES & EQUITY** | | | **12,252,585.03** |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---:|---:|---:|
| 30 days or less | 0.00 | | 0.00 |
| 31 - 60 days | 0.00 | | 0.00 |
| 61 - 90 days | 0.00 | | 0.00 |
| 91 - 120 days | 0.00 | | 0.00 |
| Over 120 days [1] | 1,171,639.73 | 5,805,703.61 | 1,157,027.58 |
| TOTAL: | 1,171,639.73 | 5,805,703.61 | 1,157,027.58 |

[1] $1,151,367 of the A/P amount is intercompany A/P. $944,725 of the A/R amount is intercompany A/R.

# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1 (2)

Account #: ████3004

This statement: August 31, 2021
Last statement: July 30, 2021

Contact us:
800-773-7100

South Orange CO. Office
20 Pacifica
Irvine, CA 92618

cnb.com

260    0830K
HYTERA COMMUNICATIONS AMERICA (WEST) INC
DIP CASE NO. 8:20-BK-11507-ES
514 VIA DE LA VALLE SUITE 210
SOLANA BEACH CA 92075

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | ████3004 |
| Minimum balance | $4,411,469.97 |
| Average balance | $4,503,367.49 |
| Avg. collected balance | $4,503,169.00 |

**Account Activity**

| | | | |
|---|---|---|---|
| Beginning balance (7/30/2021) | | | $4,546,892.81 |
| Credits | Deposits (1) | + 6,321.49 | |
| | Electronic cr (0) | + 0.00 | |
| | Other credits (1) | + 6,039.67 | |
| | Total credits | | +$12,361.16 |
| Debits | Checks paid (2) | - 12,079.34 | |
| | Electronic db (2) | - 129,647.99 | |
| | Other debits (2) | - 17.00 | |
| | Total debits | | - $141,744.33 |
| Ending balance (8/31/2021) | | | $4,417,509.64 |

**DEPOSITS**

| Date | Description | Reference | Credits |
|---|---|---|---|
| 8-11 | E-Deposit | 00000001 | 6,321.49 |

**OTHER CREDITS**

| Date | Description | Reference | Credits |
|---|---|---|---|
| 8-31 | Account Transfer Cr. FR ACC ████3012 HYTERA COMMUNICATIONS AM | | 6,039.67 |

**CHECKS PAID**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | 8-4 | 3,188.14 | 105 | 8-4 | 8,891.20 | | | | | | |

**ELECTRONIC DEBITS**

| Date | Description | Debits |
|---|---|---|
| 8-6 | Bsuite Wire Out-Dom | 8,657.99 |
| 8-24 | Bsuite Book Trans-Db | 120,990.00 |

**OTHER DEBITS**

| Date | Description | Reference | Debits |
|---|---|---|---|
| 8-6 | Service Charge BSUITE WIRE OUT-DM | | 12.00 |
| 8-24 | Service Charge BSUITE BOOK XFR-DB | | 5.00 |



# CITY NATIONAL BANK
## AN RBC COMPANY

HYTERA COMMUNICATIONS AMERICA (WEST) INC    Page 2
August 31, 2021                                    Account #: ████3004

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 7-30 | 4,546,892.81 | 8-6 | 4,526,143.48 | 8-24 | 4,411,469.97 | | |
| 8-4 | 4,534,813.47 | 8-11 | 4,532,464.97 | 8-31 | 4,417,509.64 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with South Orange CO. Office

**CITY NATIONAL BANK**
**AN RBC COMPANY**

Page 1    (0)

**Account #:** ▇▇▇7300

This statement: August 31, 2021
Last statement: July 30, 2021

Contact us:
800-773-7100

South Orange CO. Office
20 Pacifica
Irvine, CA 92618

cnb.com

260    0830N
HYTERA COMMUNICATIONS AMERICA (WEST) INC
DIPCASE NO. 8:20-BK-11507-ES
514 VIA DE LA VALLE SUITE 210
SOLANA BEACH CA 92075

## Business Checking

| Account Summary | | Account Activity | |
|---|---|---|---|
| Account number | ▇▇▇7300 | **Beginning balance (7/30/2021)** | $14,718.59 |
| Minimum balance | $14,518.59 | | |
| Average balance | $14,624.84 | **Credits** | + $0.00 |
| Avg. collected balance | $14,624.00 | | |
| | | **Debits**  Checks paid (0) | - 0.00 |
| | |   Electronic db (0) | - 0.00 |
| | |   Other debits (8) | - 200.00 |
| | | **Total debits** | - $200.00 |
| | | **Ending balance (8/31/2021)** | $14,518.59 |

### OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 8-17 | Service Charge ACH FILTER AUTHORI ZATIONS FOR 07/21 | | 2.00 |
| 8-17 | Service Charge ACH FILTER FRAUD S USPECTS FOR 07/21 | | 3.00 |
| 8-17 | Service Charge ACH FRAUD PROTECTI ON SERVICE MAINT FOR 07/21 | | 10.00 |
| 8-17 | Service Charge TNET FOR BB ESSENT IAL ADD'L ACCTS FOR 07/21 | | 25.00 |
| 8-17 | Service Charge TNET FOR BB ESSENT IAL ACH MAINT FOR 07/21 | | 30.00 |
| 8-17 | Service Charge TNET FOR BB ESSENT IAL WIRE MAINT FOR 07/21 | | 30.00 |
| 8-17 | Service Charge TNET FOR BB ESSENT IAL ADD'L USERS FOR 07/21 | | 50.00 |
| 8-17 | Service Charge ELECTRONIC DEP MAI NTENANCE WEB FOR 07/21 | | 50.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 7-30 | 14,718.59 | 8-17 | 14,518.59 | | | | |

Thank you for banking with South Orange CO. Office

**CITY NATIONAL BANK**
AN RBC COMPANY

Page 1   (0)

Account #: ▇▇▇▇7319

This statement: August 31, 2021
Last statement: July 30, 2021

Contact us:
800-773-7100

South Orange CO. Office
20 Pacifica
Irvine, CA 92618

cnb.com

260                                                           0830N
HYTERA COMMUNICATIONS AMERICA (WEST) INC
DIP CASE NO. 8:20-BK-11507-ES
(DAILY EXPENSE ACCOUNT)
514 VIA DE LA VALLE SUITE 210
SOLANA BEACH CA 92075

## Business Checking Account

| Account Summary | | Account Activity | |
|---|---|---|---|
| Account number | ▇▇▇▇7319 | Beginning balance (7/30/2021) | $47,380.00 |
| Minimum balance | $47,380.00 | | |
| Average balance | $47,380.00 | Credits | + $0.00 |
| Avg. collected balance | $47,380.00 | | |
| | | Debits | - $0.00 |
| | | Ending balance (8/31/2021) | $47,380.00 |

** No activity this statement period **

Thank you for banking with South Orange CO. Office