Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: ikharasch@pszjlaw.com
jlucas@pszjlaw.com
jrosell@pszjlaw.com
vnewmark@pszjlaw.com

Counsel to Debtors and Debtors in Possession

**FILED & ENTERED**

**DEC 01 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>HCA WEST, INC., *et al.*,<br><br>Debtors and Debtors-in Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ HCA WEST, INC., ONLY<br><br>☐ HAI EAST, INC., ONLY<br><br>☐ HNA, INC., ONLY | Case No. 8:20-bk-11507-ES<br><br>Chapter 11<br><br>Jointly Administered With Case Nos.:<br>8:20-BK-11508-ES and 8:20-BK-11509-ES<br><br>**ORDER SETTING HEARING ON SHORTENED NOTICE ON DEBTORS' MOTION FOR MOTION FOR ORDER AUTHORIZING ABANDONMENT OF DE MINIMIS REMAINING INVENTORY PURSUANT TO 11 U.S.C. § 554 AND FED. R. BANKR. P. 6007**<br><br>**Hearing:**<br>Date:    December 16, 2021<br>Time:    10:30 a.m.<br>Place:   ZoomGov |

DOCS_LA:340967.1

The Court having reviewed the *Application for an Order Shortening Time for Hearing on Motion for Order Authorizing Abandonment of De Minimis Remaining Inventory Pursuant to 11 U.S.C. § 554 and Fed. R. Bankr. P. 6007* (the "Application")[1] filed by the Debtors on December 1, 2021; and good cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted.

2. The hearing on the Motion and any objections or responses with respect thereto shall be held on **December 16, 2021 at 10:30 a.m.**

3. Any and all objections or responses to the Motion must be filed on or before **December 10, 2021 at 4:00 p.m. (Pacific Time)**

4. Replies to objections (if any) must be filed on or before **December 14, 2021 at 12:00 p.m. (Pacific Time)**.

5. **The Court will conduct the hearing using ZoomGov audio and video technology.** Information on how to participate in the hearing using ZoomGov is provided below.

6. The video and audio connection information for the hearing will be provided on Judge Smith's publicly posted hearing calendar, which may be viewed online at: https://www.cacb.uscourts.gov/judges/honorable-erithe-smith. For more details on appearing via ZoomGov, please see the "Notice of Video and Telephonic Appearance Procedures" in the Telephonic Instructions section of the referenced website.

7. The following is the unique ZoomGov connection information for the above-referenced hearing:

Meeting URL:         https://cacb.zoomgov.com/j/1610563691

Meeting ID:            **161 056 3691**

Password:               **104149**

Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 766

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

DOCS_LA:340967.1

8. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants

9. No later than December 2, 2021, the Debtors shall serve a copy of this Order or written notice setting forth the provisions of the Order, via facsimile, email, or overnight/Express Mail delivery on (1) the Office of the United States Trustee, (2) counsel to the Official Committee of Unsecured Creditors, (3) counsel to Motorola, and (4) parties that file with the Court and serve upon the Debtors request for notice of all matters in accordance with Bankruptcy Rule 2002(i).

10. The Debtors shall file a declaration of notice and service establishing that notice as required above was completed **at least two days prior to the hearing**.

###

Date: December 1, 2021

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge

DOCS_LA:340967.1