Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: ikharasch@pszjlaw.com
         jlucas@pszjlaw.com
         jrosell@pszjlaw.com
         vnewmark@pszjlaw.com

Counsel to Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>HCA WEST, INC., *et al.*,<br><br>　　　　　Debtors and Debtors-in Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ HCA WEST, INC., ONLY<br><br>☐ HAI EAST, INC., ONLY<br><br>☐ HNA, INC., ONLY | Case No. 8:20-bk-11507-ES<br><br>Chapter 11<br><br>Jointly Administered With Case Nos.:<br>8:20-BK-11508-ES and 8:20-BK-11509-ES<br><br>**NOTICE TO PROFESSIONALS REGARDING SETTING OF HEARING ON INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>**Hearing**:<br><br>Date:　　January 20, 2022<br>Time:　　10:30 a.m. (Pacific Time)<br>Place:　　ZoomGov |

DOCS_LA:340981.1

**PLEASE TAKE NOTICE** that a hearing to consider the interim applications (the "Applications") of professionals employed in the above-captioned chapter 11 cases (the "Professionals") for interim approval of compensation and reimbursement of expenses will be held before the Honorable Erithe A. Smith, United States Bankruptcy Judge, Central District of California, on **January 20, 2022 at 10:30 a.m. (Pacific Time)**. Video and audio connection information for the hearing will be provided on Judge Smith's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=ES. For more details on appearing via ZoomGov, please see the "Notice of Video and Telephonic Appearance Procedures" in the Telephonic Instructions section of the referenced website.

**PLEASE TAKE FURTHER NOTICE** that the following is the unique ZoomGov connection information for the above-referenced hearing:

| | |
|---|---|
| Video/audio web address: | **https://cacb.zoomgov.com/j/1619456442** |
| ZoomGov meeting number: | **161 945 6442** |
| Password: | **148283** |
| Telephone conference line: | 1 (669) 254-5252 or 1 (646) 828-7666 |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2016-1(a), all Applications for the first interim period shall contain all information required of interim fee applications under Local Bankruptcy Rule 2016-1(a).

**PLEASE TAKE FURTHER NOTICE** that other professional persons retained pursuant to court approval may seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the above-captioned debtors and debtors in possession will be filing and serving a notice (the "Notice") of its interim application for approval of fees and expenses. If any Professional wishes for PSZJ to include in the Notice the amount of interim fees and expenses that such Professional will be requesting, such party must furnish this information to Nancy Lockwood, Paralegal, Pachulski Stang Ziehl & Jones LLP, by email to nlockwood@pszjlaw.com, no later than **December 29, 2021**.

DOCS_LA:340981.1

Otherwise, any Professional seeking approval of fees and expenses at the hearing will be required to file and serve its own notice.

Dated: December 2, 2021     PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Jason H. Rosell*
Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)

*Counsel to the Debtors and
Debtors in Possession*

DOCS_LA:340981.1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the document entitled:

**NOTICE TO PROFESSIONALS REGARDING SETTING OF HEARING ON INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

will be served as set forth below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/2/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*), **12/2/2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **12/2/2021** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/2/2021 | Nancy Lockwood | */s/ Nancy Lockwood* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

:

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:329989.2

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   - **Karol K Denniston**   karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
   - **Michael J Hauser**   michael.hauser@usdoj.gov
   - **Lydia A Hewett**   lydia.hewett@cpa.state.tx.us
   - **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
   - **Mark E McKane**   mark.mckane@kirkland.com, mmckane@kirkland.com;alevin@kirkland.com;lydia-yale-8751@ecf.pacerpro.com
   - **Christopher Minier**   becky@ringstadlaw.com, arlene@ringstadlaw.com
   - **David L. Neale**   dln@lnbyg.com
   - **Victoria Newmark**   vnewmark@pszjlaw.com
   - **Juliet Y. Oh**   jyo@lnbyg.com, jyo@lnbyb.com
   - **Jason H Rosell**   jrosell@pszjlaw.com, mrenck@pszjlaw.com
   - **Jeffrey Snyder**   eservice@bilzin.com, eservice@bilzin.com
   - **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
   - **Michael J. Weiland**   mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

2. **SERVED BY UNITED STATES MAIL**:

*See attached service list.*

3. **SERVED BY EMAIL**

**Professionals:**

**Counsel to the Committee:**
LEVENE, NEALE, BENDER, YOO & BRILL LLP
Email:
David L. Neale – DLN@LNBYB.com
Juliet Y. Oh - JYO@L NBYB.com

**Special Counsel to the Debtors:**
STEPTOE & JOHNSON LLP
Email:
Filiberto Agusti - fagusti@steptoe.com
Joshua Taylor - jrtaylor@steptoe.com

**Case Administration Consultant to the Debtors:**
OMNI AGENT SOLUTIONS
Email:
Brian Osborne - bosborne@OmniAgnt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:329989.2

**Request for Special Notice Pursuant to 2002**

Mark McKane, P.C.
Adam R. Alper
Brandon H. Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104

Michael De Vries
Christopher Lawless
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071

Chad J. Husnick
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654

Christopher J. Giaimo, Esq.
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC  20037

DOCS_LA:328743.2 38393/001