# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:20-bk-11507-ES |
| HWA WEST, INC., *et al.* | Chapter 11 |
| Debtors and Debtors-in Possession. | Jointly Administered With Case Nos.: 8:20-BK-11508-ES and 8:20-BK-11509-ES |
| Affects: | |
| ☐ All Debtors | |
| ☐ HCA WEST, INC., ONLY | |
| ☒ HCA EAST, INC., ONLY | |
| ☐ HNA, INC., ONLY | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Pioneer Funding Group II, LLC | Exhibivent LLC |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim #: n/a |
| | Amount of Claim: $65,235.09 |

Pioneer Funding Group II, LLC
232 W. 116th St.
P.O. Box 1735
New York, NY 10026
Phone: (646) 237-6969

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Adam D. Stein-Sapir          Date: 12/15/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court ("Court")
       Central District of California
       Attn: Court Clerk

AND TO:    HCA West, Inc. (Case No. 20-11507)

Claim #

Exhibivent LLC, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Pioneer Funding Group II, LLC
232 West 116th, PO Box 1735
New York, NY 10026

its successors, assigns or designees ("Assignee"), pursuant to the terms of an Assignment of Claim Agreement between Assignor and Assignee, all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the principal amount of $65,235.09 (the "Claim") against HCA West, Inc. (the "Debtor"), Debtor in proceedings for reorganization in the United States Bankruptcy Court for the Central District of California (the "Court"), Case No. 20-11507, and the relevant portion of any and all proofs of claim (No. __) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

The Debtor, Court, claims agent and all other interested parties are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on: 12/14/2021

| Exhibivent LLC | PIONEER FUNDING GROUP II, LLC |
|---|---|
| *Richard Prioletti* (DocuSigned) AFCCE4D104914A7... | *Adam D. Stein-Sapir* (DocuSigned) C652784787A8477... |
| (Signature) | (Signature) |
| Richard Prioletti | Adam D. Stein-Sapir |
| (Print Name) | (Print Name) |
| President & Owner | Managing Member |
| (Title) | (Title) |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

| | | Amount of claim |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address**<br>EFAX.COM<br>700 S FLOWER ST, 15TH FL<br>LOS ANGELES, CA 90017<br><br>**Date or dates debt was incurred**<br>Various<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $21.90 |
| **3.30** | **Nonpriority creditor's name and mailing address**<br>EXHIBIVENT, LLC<br>1121 PALMER CT<br>CRYSTAL LAKE, IL 60014<br><br>**Date or dates debt was incurred**<br>Various<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $65,235.09 |
| **3.31** | **Nonpriority creditor's name and mailing address**<br>EXPEDITORS INTERNATIONAL<br>12200 S WILKIE AVE, STE 100<br>HAWTHORNE, CA 90250<br><br>**Date or dates debt was incurred**<br>Various<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $4,605.12 |
| **3.32** | **Nonpriority creditor's name and mailing address**<br>FEDEX<br>P.O. BOX 660481<br>DALLAS, TX 75266-0481<br><br>**Date or dates debt was incurred**<br>Various<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $3,168.03 |