Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:  ikharasch@pszjlaw.com
     jlucas@pszjlaw.com
     jrosell@pszjlaw.com
     vnewmark@pszjlaw.com

Counsel to Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>HCA WEST, INC., *et al.*,<br><br>    Debtors and Debtors-in Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ HCA WEST, INC., ONLY<br><br>☐ HAI EAST, INC., ONLY<br><br>☐ HNA, INC., ONLY | Case No. 8:20-bk-11507-ES<br><br>Chapter 11<br><br>Jointly Administered With Case Nos.: 8:20-BK-11508-ES and 8:20-BK-11509-ES<br><br>**NOTICE OF FILING OF PLAN SUPPLEMENT RELATING TO DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION** |

DOCS_LA:341327.1

**PLEASE TAKE NOTICE** that on December 21, 2021, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Plan Supplement Relating to Debtors' Third Amended Joint Chapter 11 Plan of Liquidation* (the "Plan Supplement") with the United States Bankruptcy Court for the Central District of California.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement is filed in support of, and in accordance with, the *Debtors' Third Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 596] (as may be amended and/or modified, the "Plan").[1]

**PLEASE TAKE FURTHER NOTICE** that the following document is included in the Plan Supplement, as may be amended, modified, or supplemented:

| Exhibit | Description |
|---|---|
| A | Liquidation Trust Agreement |

**PLEASE TAKE FURTHER NOTICE** that the document, or portions thereof, contained in the Plan Supplement remain subject to continuing negotiations among the Debtors and interested parties with respect thereto. The Debtors reserve all rights to amend, revise, or supplement the Plan Supplement, the document and designation contained therein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Plan Supplement may be obtained by (a) mailing a written request to HCA West, Inc., c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills 91367; or (b) emailing hytera@omniagnt.com.

---

[1] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Plan.

DOCS_LA:341327.1

| | | |
|---|---|---|
| 1 | December 21, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| 2 | | |
| 3 | | By  */s/ Jason H. Rosell* |
| 4 | | Ira D. Kharasch (CA Bar No. 109084)<br>John W. Lucas (CA Bar No. 271038)<br>Jason H. Rosell (CA Bar No. 269126)<br>Victoria A. Newmark (CA Bar No. 183581) |
| 5 | | |
| 6 | | *Counsel to the Debtors and*<br>*Debtors in Possession* |

2

DOCS_LA:341327.1