Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760
E-mail:   ikharasch@pszjlaw.com
          jlucas@pszjlaw.com
          jrosell@pszjlaw.com
          vnewmark@pszjlaw.com

Counsel to Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:20-bk-11507-ES |
| HCA WEST, INC., *et al.*, | Chapter 11 |
| Debtors and Debtors-in Possession. | Jointly Administered With Case Nos.: 8:20-bk-11508-ES and 8:20-bk-11509-ES |
| Affects: | **PROOF OF SERVICE** |
| ☒ All Debtors | **(Relates to Docket Nos. 627, 628, 629, 630 and 631)** |
| ☐ HCA WEST, INC., ONLY | Hearing: |
| ☐ HAI EAST, INC., ONLY | Date:   January 20, 2022
Time:   10:30 a.m. (Pacific Time)
Place:  ZoomGov |
| ☐ HNA, INC., ONLY | |

DOCS_LA:341391.1 38393/002

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the document entitled:

**THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD MARCH 1, 2021 THROUGH NOVEMBER 30, 2021 FILED ON DECEMBER 30, 2021** [Docket No. 627;

**THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF STEPTOE & JOHNSON LLP AS CORPORATE AND SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD MARCH 1, 2021 THROUGH SEPTEMBER 30, 2021 FILED ON DECEMBER 30, 2021** [Docket No. 628];

**SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF OMNI AGENT SOLUTIONS AS CASE ADMINISTRATION CONSULTANT TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD AUGUST 1, 2020 THROUGH NOVEMBER 30, 2021 FILED ON DECEMBER 30, 2021** [Docket No. 629];

**OMNIBUS NOTICE OF HEARING ON INTERIM APPLICATIONS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ESTATE PROFESSIONALS [Docket No. 630]; and**

**DECLARATION OF DAVID STAPLETON IN SUPPORT OF INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF (1) PACHULSKI STANG ZIEHL & JONES LLP; (2) STEPTOE & JOHNSON LLP; AND (3) OMNI AGENT SOLUTIONS [Docket No. 631]** will be served as set forth below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/30/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*), **12/30/2021** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **12/30/2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/30/2021 | Nancy Lockwood | */s/ Nancy Lockwood* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:341440.1 38393/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Karol K Denniston**  karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Michael J Hauser**  michael.hauser@usdoj.gov
- **Lydia A Hewett**  lydia.hewett@cpa.state.tx.us
- **John W Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Mark E McKane**  mark.mckane@kirkland.com, mmckane@kirkland.com;alevin@kirkland.com;lydia-yale-8751@ecf.pacerpro.com
- **Christopher Minier**  becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David L. Neale**  dln@lnbyg.com
- **Victoria Newmark**  vnewmark@pszjlaw.com
- **Juliet Y. Oh**  jyo@lnbyg.com, jyo@lnbyb.com
- **Jason H Rosell**  jrosell@pszjlaw.com, mrenck@pszjlaw.com
- **Jeffrey Snyder**  eservice@bilzin.com, eservice@bilzin.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Michael J. Weiland**  mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

2. **TO BE SERVED BY US. MAIL**:

*See attached service list.*

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**

*Via overnight mail*
The Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040

*Via email:*

- Michael J Hauser  michael.hauser@usdoj.gov
- David Stapleton  david@stapletoninc.com
- Mike Bergthold  mbergthold@stapletoninc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012  **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:341440.1 38393/002