Ira D. Kharasch (CA Bar No. 109084)
Jason H. Rosell (CA Bar No. 269126)
Gail S. Greenwood (CA Bar 169939)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:  ikharasch@pszjlaw.com
         jrosell@pszjlaw.com
         ggreenwood@pszjlaw.com

Counsel to the Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>HCA WEST, INC., *et al.*,<br><br>    Debtors and Debtors in Possession.<br><br>Affects:<br><br>☐ All Debtors<br><br>☐ HCA WEST, INC., ONLY<br><br>☒ HAI EAST, INC., ONLY<br><br>☐ HNA, INC., ONLY | Case No.  8:20-bk-11507-ES<br><br>Chapter 11<br><br>Jointly Administered With Case Nos.:<br>8:20-bk-11508-ES and 8:20-bk-11509-ES<br><br>**STIPULATION REGARDING SCHEDULED CLAIM OF SAF TEHNIKA** |

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and SAF Tehnika ("SAF") hereby stipulate and agree as follows:

## RECITALS

A. On May 26, 2020 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

B. On July 1, 2020, the Debtors filed their schedules of assets and liabilities ("Schedules") and statements of financial affairs.

C. Among the Schedules, HAI East, Inc. scheduled a non-priority general unsecured claim in the amount of $620,231 (the "Scheduled Claim") owed to SAF. *See* Schedule E/F [Case No. 20-11508, Docket. 11] at p. 131 of 161.

D. The Debtors and SAF agree that the Scheduled Claim has been partially satisfied by payment from a non-debtor affiliate of the Debtors.

**NOW THEREFORE**, the Debtors and SAF agree as follows:

### AGREEMENT

1. The Scheduled Claim in favor of SAF is hereby reduced and shall be deemed an allowed general unsecured claim in the amount of $220,231.00.

2. The signatories below warrant that each is authorized to enter into this stipulation.

3. The Court shall retain jurisdiction over all matters arising from or related to implementation of this stipulation.

Dated: January 4, 2022

By _____
Janis Bergs

*On behalf of SAF Tehnika*

Dated: January 4, 2022

PACHULSKI STANG ZIEHL & JONES LLP

By /s/ _____
Ira D. Kharasch (CA Bar No. 109084)
Jason H. Rosell (CA Bar No. 269126)
Gail S. Greenwood (CA Bar No. 169939)

*Counsel to the Debtors and Debtors in Possession*

2

DOCS_SF:106556.1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Pachulski Stang Ziehl & Jones LLP, 440 Louisiana Street, Suite 900, Houston, TX 77002**

A true and correct copy of the document entitled:

**STIPULATION REGARDING SCHEDULED CLAIM OF SAF TEHNIKA**

will be served as set forth below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/5/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*), _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/5/2022 | Kerri LaBrada | /s/ Kerri LaBrada |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:329989.2

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   - **Karol K Denniston**    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
   - **Michael J Hauser**    michael.hauser@usdoj.gov
   - **Lydia A Hewett**    lydia.hewett@cpa.state.tx.us
   - **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
   - **Mark E McKane**    mark.mckane@kirkland.com, mmckane@kirkland.com;alevin@kirkland.com;lydia-yale-8751@ecf.pacerpro.com
   - **Christopher Minier**    becky@ringstadlaw.com, arlene@ringstadlaw.com
   - **David L. Neale**    dln@lnbyg.com
   - **Victoria Newmark**    vnewmark@pszjlaw.com
   - **Juliet Y. Oh**    jyo@lnbyg.com, jyo@lnbyb.com
   - **Jason H Rosell**    jrosell@pszjlaw.com, mrenck@pszjlaw.com
   - **Jeffrey Snyder**    eservice@bilzin.com, eservice@bilzin.com
   - **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
   - **Michael J. Weiland**    mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:329989.2