| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Ira D. Kharasch (CA Bar No. 109084)<br>Jason H. Rosell (CA Bar No. 269126)<br>Gail S. Greenwood (CA Bar 169939)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>E-mail: ikharasch@pszjlaw.com<br>jrosell@pszjlaw.com<br>ggreenwood@pszjlaw.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re: HCA WEST, INC., et al.,<br><br><br>Debtor(s) | CASE NO.: 8:20-bk-11507-ES<br><br>CHAPTER: 11 |
|---|---|
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE: 02/10/2022<br>HEARING TIME: 10:30 am |

**Movant:**

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Erithe A. Smith, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

**HCA WEST, INC.'S OBJECTION TO DUANE MORRIS LLP'S PROOF OF CLAIM (NUMBER 26) – DOCKET NO. 641**
**AMENDED NOTICE OF OBJECTION TO CLAIM – DOCKET NO. 646**

2. **Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology**. Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. Individuals also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9. The following is the unique ZoomGov connection information for the above-referenced hearing:

>Meeting URL: https://cacb.zoomgov.com/j/1603317847
>
>Meeting ID: 160 331 7847
>
>Password: 690988
>
>Telephone: 1 (669) 254-5252 or 1 (646) 828-7666

10. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants

.

Date: January 7, 2022

Pachulski Stang Ziehl & Jones LLP
Printed name of law firm (if applicable)

*/s/ Jason Rosell*
Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

One Market Plaza, Spear Tower, 40th Floor, San Francisco, CA 94105

A true and correct copy of the foregoing document entitled: **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/07/2022 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/07/2022 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Duane Morris LLP  
30 South 17th Street  
Philadelphia, PA 19103• 4196

James J. Holman, Esq.  
Attorney for Duane Morris LLP  
30 S. 17th Street  
Philadelphia, PA 19103• 4196

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/07/2022 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Emial  
James J. Holman JJHolman@duanemorris.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/07/2022 | Matt Renck | /s/ Matt Renck |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 2                **F 3007-1.1.**

**1. ECF Notice List**

- **Karol K Denniston** karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Michael J Hauser** michael.hauser@usdoj.gov
- **Lydia A Hewett** lydia.hewett@cpa.state.tx.us
- **John W Lucas** jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Mark E McKane** mark.mckane@kirkland.com, mmckane@kirkland.com;alevin@kirkland.com;lydia-yale-8751@ecf.pacerpro.com
- **Christopher Minier** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David L. Neale** dln@lnbyg.com
- **Victoria Newmark** vnewmark@pszjlaw.com
- **Juliet Y. Oh** jyo@lnbyg.com, jyo@lnbyb.com
- **Jason H Rosell** jrosell@pszjlaw.com, mrenck@pszjlaw.com
- **Jeffrey Snyder** eservice@bilzin.com, eservice@bilzin.com
- **Adam D Stein-Sapir** info@pfllc.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Michael J. Weiland** mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com