1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Shannan Gardner, Partner
Moss Adams LLP
2040 Main Street, Suite 900
Irvine CA 92614
Telephone:  (949) 221-4000
Facsimile:   (949) 221-4001
E-mail:   Shannan.Gardner@mossadams.com

Tax Accountant for the Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re:

HCA WEST, INC., *et al.*,

               Debtors and Debtors-in
               Possession.

Affects:

☒ All Debtors

☐ HCA WEST, INC., ONLY

☐ HAI EAST, INC., ONLY

☐ HNA, INC., ONLY

Case No.  8:20-bk-11507-ES

Chapter 11

Jointly Administered With Case Nos.:
8:20-BK-11508-ES and 8:20-BK-11509-ES

**FINAL APPLICATION FOR COMPENSATION OF MOSS ADAMS LLP AS TAX ACCOUNTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FEBRUARY 25, 2021 THROUGH DECEMBER 13, 2021; DECLARATION OF SHANNAN GARDNER IN SUPPORT THEREOF**

**Hearing:**

Date:  March 3, 2022
Time: 10:30 am (Pacific Time)
Place: ZoomGov

DOCS_SF:106665.2

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

Moss Adams LLP ("Moss Adams" or the "Applicant"), tax accountant for HCA West, Inc. ("HCA West"), HAI East, Inc. ("HCA East"), and HNA, Inc. ("HNA" and together with HCA West and HCA East, the "Debtors"), hereby submits this *Final Application for Compensation of Moss Adams LLP as Tax Accountant for the Debtors and Debtors in Possession* (the "Application") for the period February 25, 2021 through December 13, 2021 (the "Application Period"). The Applicant seeks (i) final approval in the total amount of $36,250.00 in fees and expenses incurred during the Application Period and (ii) payment of the unpaid portion of such allowed fees and costs in the amount of $18,750.00.

Moss Adams submits this Application pursuant to section 328 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Bankruptcy Rule 2016-1, and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (with any amendments, the "UST Guidelines"). This Application is based on a flat-fee or fixed-fee arrangement ("Flat-Fee"). Pursuant to the Court's order authorizing the retention of Moss Adams [Docket 547], Moss Adams shall be compensated and reimbursed pursuant to section 328(a) of the Bankruptcy Code and its fee applications shall be subject to review only pursuant to the standard of review set forth in section 328 of the Bankruptcy Code and not subject to the standard of review set forth in section 330 of the Bankruptcy Code.

Notice of this Application has been served by NEF notice or by first class U.S. mail, as required, on (a) the Debtors, (b) the Office of the United States Trustee, (c) the Official Committee of Unsecured Creditors (the "Committee"), and (d) parties that have filed with the Court requests for notice of all matters in accordance with Bankruptcy Rule 2002(i).

**I.**

**INTRODUCTORY STATEMENT**

Local Bankruptcy Rule 2016-1(a) sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs. Additional standards to be employed in the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

review of fee applications are set forth in the UST Guidelines.  As set forth more fully herein, this Application complies with all statutory guidelines and Court-imposed requirements.

## II.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

The Applicant provides the following summary information in accordance with Local Bankruptcy Rule 2016-1 and the UST Guidelines:

1.    [LBR 2016-1(a)(1)(B)] Order Approving Moss Adams Employment:  On September 7, 2021, the Court entered its order authorizing Moss Adams' employment [Docket No. 547] ("Retention Order"), and granting the retention application of Moss Adams, filed August 5, 2021 [Docket No. 534] ("Retention Application").  As set forth in the Retention Application, Moss Adams was employed to prepare tax returns for tax year ending December 31, 2020 ("Engagement #1"), and the stub tax year for 2021.[1]  The terms of the Moss Adams' retention for Engagement #1 were a fixed fee of $35,000 for the preparation of returns and forms, plus $1,250 for income tax extensions.  Moss Adams received a retainer of $17,500 for the Engagement #1 work, and is owed the balance of $18,750, pursuant to invoices attached hereto as **Exhibit A**.  Engagement #2 is not the subject of this application.[2]

2.    Period Covered by this Application:  February 25, 2021 through December 13, 2021.

3.    Fees Requested by this Application:  Final allowance of $36,250, and approval of the payment of the balance owing of $18,750.

4.    Expenses Requested by this Application: none (Applicant is being paid on a Flat-Fee basis without separate payment of any expenses)

5.    Total Fees and Expenses Requested to be Allowed on a Final Basis by this Application:  $36,250

6.    Amount of Retainer Received by Applicant:  $17,500

---

[1]    The terms of the Moss Adams engagement are set forth in more detail in the "Master Services Agreement Statement of Work Business Entity Tax Returns February 25, 2021," attached as Exhibit A to the Retention Application.

[2]    Moss Adams was also retained to perform additional tax accounting work pursuant to a described "Engagement #2" for stub year 2021.  That work is not the subject of this Application.  It is the intention of Applicant to perform the Engagement #2 work for the Liquidation Trust; however, Applicant reserves the right to seek approval for payment for such work from the Debtors and their estates, if appropriate.

7.    Prior Fee Applications [LBR 2016-1(a)(1)(C)]:  none

**Status of Cases:**  Applicant incorporates herein by reference the Third Interim Fee Application of Debtors' general bankruptcy counsel, Pachulski Stang Ziehl & Jones [Docket # 627]  ("PSZ&J Third Interim Fee Application").  As set forth in the PSZ&J Third Interim Fee Application, pursuant to the Debtors' operating reports for the month ending November 30, 2021, the Debtors, in aggregate, have approximately $17,452,091 of unrestricted cash on hand.[3]  The unencumbered funds are more than adequate to pay the amounts that will be due upon approval of this Application.

### III.

### BRIEF NARRATIVE HISTORY AND PRESENT POSTURE OF THE CASE
### [LBR 2016-1(a)(1)(A) & (D)]

**A.    General Background**

On May 26, 2020, the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continued to operate and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On June 15, 2020, the United States Trustee for the Central District of California, pursuant to section 1102(a)(1) of the Bankruptcy Code, appointed the Official Committee of Unsecured Creditors.

**B.    Employment of Moss Adams**

On August 8, 2021, the Debtors filed their Retention Application to employ Moss Adams to perform tax accounting work [Docket 534].  The Court approved the Retention Application by Order entered September 7, 2021 (Docket 547).  As set forth in the Retention Application Moss Adams was engaged (Engagement #1) to perform work on returns and forms for the Debtors for the Tax Year Ending December 2020 on a Flat-Fee basis of $35,000 plus $1,250 for work on tax return extensions. Moss Adams has performed such work, including extensions, and seeks final allowance of $36,250. Moss Adams was paid a retainer of $17,500 and accordingly seeks payment of the balance of $18,750 still owing.

---

[3]    November 2021 Monthly Operating Reports reported unrestricted cash:  HCA West, Inc. $4,358,163.11; HAI East, Inc. $13,091,803.81; and HNA, Inc. $2,124.50

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

C.      **Status of the Case**[4]

On December 2, 2021, the Debtors filed the *Third Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 596] (the "Plan") and *Third Amended Disclosure Statement in Support of First Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 597] (the "Disclosure Statement").

On December 6, 2021, the Court entered an order [Docket No. 603] approving the Disclosure Statement, granting the relief requested in the Solicitation Procedures Motion, and scheduling a hearing on confirmation of the Plan for February 10, 2022 at 10:30 a.m. (Pacific Time).

## IV.

## SERVICES RENDERED BY APPLICANT

Applicant has performed the tax accounting services for which it was retained.  Pursuant to the UST Guidelines and Local Bankruptcy Rule 2016-1(a)(1)(D), an applicant would ordinarily classify all services performed for which compensation is sought for the Application Period into one of several major categories.  However, pursuant to the Retention Order, Applicant is excused from time-keeping in .10 of an hour increments and is subject to the standard of review set forth in section 328 of the Bankruptcy Code rather than section 330.

A.      **Detailed Listing of all Time Spent by the**

**Professional on the Matters for Which Compensation is Sought [LBR 2016-1(a)(1)(E)]**

Applicant was employed on a Flat-Fee basis and was not required to keep time records.  The Retention Application contains a description of the tax work performed by Applicant.  Applicant is not requesting reimbursement for separate expenses.  Accordingly, Local Rules 2016-1(a)(1)(E) (detailed time listings), (F) (expenses), (G) (hourly rate, time and fee summary), and (I) (hourly rate changes) are not applicable to this Application.

B.      **Professional Education and Experience**

Descriptions of the professional education and experience of each of the professionals rendering service in these Cases during the Application Period are set forth on **Exhibit B** attached hereto [LBR 2016-1(a)(1)(H)].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[4] The status and history of this case is described in more detail in the PSZ&J Third Interim Fee Application.

**C.    Separately Filed Declaration of the Client**

Applicant will separately file a declaration from the client indicating that the client has reviewed the fee application and has no objection to it [LBR 2016-1(a)(1)(J)].

**D.    Statement of the Applicant Regarding Compliance with LBR 2016-1**

The attached declaration of Shannan Gardner sets forth that the Applicant has reviewed LBR 2016-1 and that this Application is in compliance with such rule [LBR 2016-1(a)(1)(K)].

**E.    No Fee Sharing**

No agreement has been made by any member of Moss Adams or by any employee thereof, directly or indirectly, and no understanding exists for a division of fees sought herein with any other person, other than sharing of fees by partners.

**V.**

**THE FEES REQUESTED SHOULD BE AWARDED**

**BASED UPON APPLICABLE LAW**

The fees and expenses requested by this Application are an appropriate award for the Applicant's services in acting as tax accountant for the Debtors.  The tax accounting work performed by Applicant was described in its Retention Application along with the Flat-Fee compensation arrangement.  The Retention Application was duly noticed and considered by the Court.  Applicant has competently performed the work for which it was retained, and accordingly, should be compensated on the terms and conditions of the Retention Application and Retention Order.

As set forth above, the fees for which the Applicant requests compensation are for actual and necessary services rendered and costs incurred in these Cases.

Based on the skills brought to bear in these Cases by the Applicant and the results obtained, the Applicant submits that the compensation requested herein is reasonable and appropriate. Accordingly, Application respectfully requests that the Court award the requested fees.

## VI.

## <u>CONCLUSION</u>

This is the Applicant's first and final request for compensation.  Applicant believes that the services rendered for which compensation is sought in this Application have been beneficial to the estates, and that the sums requested for the services rendered are fair and reasonable.

**WHEREFORE,** Moss Adams respectfully requests that this Court (1) allow on a final basis fees in the total amount of $36,250 for the period February 25, 2021 through December 13, 2021; (2) authorize payment to the Applicant of $18,750.00, comprising the unpaid portion of such allowed fees; and (3) grant such other and further relief as is appropriate.

Dated:  January 18, 2022

MOSS ADAMS LLP

By  _Shannan Gardner_

Shannan Gardner, Partner

*Tax Accountant to the Debtors and
Debtors in Possession*

### DECLARATION OF SHANNAN GARDNER

I, Shannon Gardner, declare and state as follows:

1.      I am a partner in the firm of Moss Adams ("Moss Adams" or the "Applicant"), tax accountant for the Debtors.

2.      I have personal knowledge of the facts set forth in the foregoing Application and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

4.      I have personally reviewed the invoices in this matter, and the contents thereof, as reflected in the invoices attached as Exhibit A to the Application, represent true and correct charges to the best of my knowledge, information and belief.

5.      I have reviewed Local Bankruptcy Rule 2016-1 and I believe and state that this Application is in compliance with such rule [LBR 2016-1(a)(1)(K)].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct..

Executed this 18th day of January, 2022 at _____, California.

Shannan Gardner

DOCS_SF:106665.2

# EXHIBIT A

Invoices

# Invoice

 MOSS**A**DAMS

2040 Main Street, Suite 900
Irvine, CA 92614

Phone (949) 221-4000
Fax (949) 221-4001

Mike Bergthold
HYT North America, Inc. & Subsidiaries
C/O 515 S Flower St, 18th Floor
Los Angeles, CA 90071

| Invoice Number | Invoice Date | Client Number |
|---|---|---|
| 102177463 | 5/25/21 | 817542 |

**Payment Due**    Upon Receipt

**Please Pay**    $1,250.00

**Amount Enclosed**    _____

**Mail Payments to**    Moss Adams LLP
PO Box 101822
Pasadena, CA 91189-1822

**Go paperless** and pay via electronic check at
mossadams.com/client-portals

To receive invoices by email, please call our office.

---

*Please return top portion with remittance. Include your client number and invoice number on your check.*

MOSS**A**DAMS

| Invoice Number | Invoice Date | Client Number |
|---|---|---|
| 102177463 | 5/25/21 | 817542 |

For professional services rendered in connection with:

Preparation of federal and state corporate income tax extensions for the year ended December 31, 2020        1,250.00

---

**Total Invoice**        $1,250.00

*Finance charges will be applied on past due balances.*

# Invoice

 MOSS ADAMS

2040 Main Street, Suite 900
Irvine, CA 92614

Phone (949) 221-4000
Fax (949) 221-4001

Mike Bergthold
HYT North America, Inc. & Subsidiaries
C/O 515 S Flower St, 18th Floor
Los Angeles, CA 90071

| Invoice Number | Invoice Date | Client Number |
|---|---|---|
| 102225484 | 10/12/21 | 817542 |

| | |
|---|---|
| **Payment Due** | Upon Receipt |
| **Please Pay** | $17,500.00 |
| **Amount Enclosed** | _____ |
| **Mail Payments to** | Moss Adams LLP |
| | PO Box 101822 |
| | Pasadena, CA 91189-1822 |

**Go paperless** and pay via electronic check at
mossadams.com/client-portals

To receive invoices by email, please call our office.

---

*Please return top portion with remittance. Include your client number and invoice number on your check.*

 MOSS ADAMS

| Invoice Number | Invoice Date | Client Number |
|---|---|---|
| 102225484 | 10/12/21 | 817542 |

For professional services rendered in connection with:

Final billing for preparation of federal and state corporate income tax returns for the year ended     17,500.00
December 31, 2020

---

**Total Invoice**                                                                                        $17,500.00

*Finance charges will be applied on past due balances.*

# __EXHIBIT B__

Professional Education and Experience

## ORANGE COUNTY

**Shannan Gardner, CPA,** *Partner*



### Professional Experience

Shannan has practiced public accounting since 1995 including 11 years with a large international firm. Her focus is providing tax consulting and compliance services to public and private companies in the technology and manufacturing industries. Shannan's experience includes tax provision assistance, income tax consulting, assistance with implementation of internal controls, documentation and computation of uncertain tax positions, consulting relative to tax issues inherent in mergers and acquisitions, and representation of companies under examination by the IRS and state taxing authorities.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  **One Market Plaza, Spear Tower, 40th Floor, San Francisco, CA 94105**

A true and correct copy of the foregoing document entitled (*specify*):  **FINAL APPLICATION FOR COMPENSATION OF MOSS ADAMS AS TAX ACCOUNTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FEBRUARY 25, 2021 THROUGH DECEMBER 13, 2021; DECLARATION OF SHANNAN GARDNER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 20, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On **January 20, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 20, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 Dated: **January 20, 2022  Matt Renck**                                        */s/ Matt Renck*
                                 *Printed Name*                                                                         *Signature*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Karol K Denniston**    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Lydia A Hewett**    lydia.hewett@cpa.state.tx.us
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Mark E McKane**    mark.mckane@kirkland.com, mmckane@kirkland.com;alevin@kirkland.com;lydia-yale-8751@ecf.pacerpro.com
- **Christopher Minier**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David L. Neale**    dln@lnbyg.com
- **Victoria Newmark**    vnewmark@pszjlaw.com
- **Juliet Y. Oh**    jyo@lnbyg.com, jyo@lnbyb.com
- **Jason H Rosell**    jrosell@pszjlaw.com, mrenck@pszjlaw.com
- **Jeffrey Snyder**    eservice@bilzin.com, eservice@bilzin.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Michael J. Weiland**    mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

2.    **TO BE SERVED BY US. MAIL**:

   *See attached service list.*

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**

*Via overnight mail*
The Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040

*Via email:*

- Michael J Hauser    michael.hauser@usdoj.gov
- David Stapleton    david@stapletoninc.com
- Mike Bergthold    mbergthold@stapletoninc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:341440.1 38393/002

**F 9013-3.1.PROOF.SERVICE**