Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760
E-mail:    ikharasch@pszjlaw.com
           jlucas@pszjlaw.com
           jrosell@pszjlaw.com
           vnewmark@pszjlaw.com

Counsel to Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No.: 8:20-bk-11507-ES |
| HCA WEST, INC., *et al.*, | Chapter 11 |
| Debtors and Debtors-in Possession. | Jointly Administered With Case Nos.: 8:20-bk-11508-ES and 8:20-bk-11509-ES |
| Affects: | **DECLARATION OF DAVID STAPLETON IN SUPPORT OF FINAL APPLICATION FOR COMPENSATION OF MOSS ADAMS LLP AS TAX ACCOUNTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FEBRUARY 25, 2021 THROUGH DECEMBER 13, 2021; DECLARATION OF SHANNAN GARDNER IN SUPPORT THEREOF** |
| ☒ All Debtors | |
| ☐ HCA WEST, INC., ONLY | **(Relates to Docket No. 655)** |
| ☐ HAI EAST, INC., ONLY | |
| ☐ HNA, INC., ONLY | Hearing: |
| | Date:      March 3, 2022
Time:      10:30 am (Pacific Time)
Place:     ZoomGov |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:341391.1 38393/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

I, David Stapleton, being duly sworn, says:

1.    I am the Chief Restructuring Officer of the above-captioned debtors (the "Debtors"). I am also President of Stapleton Group, a consulting firm that provides services involving, among other things, interim and wind-down management, turnaround, crisis management and financial restructuring in chapter 11 cases. On February 2, 2021, the Court approved my engagement as CRO of the Debtors. My responsibilities include the disposition of the Debtors' remaining assets and wind down of the estates.

2.    This Declaration is filed in support of *Final Application For Compensation Of Moss Adams LLP As Tax Accountant For The Debtors And Debtors In Possession For The Period February 25, 2021 Through December 13, 2021* (the "Moss Adams Final Fee Application").

3.    I have reviewed the Moss Adams Final Fee Application and have no objection to the fees and expenses requested by the Moss Adams Final Fee Application and support the approval and payment thereof. I believe that the services provided by the Moss Adams have been of high quality and have been reasonable, necessary and appropriate under the circumstances of this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of January, 2022 at Los Angeles, California.

David Stapleton

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **One Market Plaza, Spear Tower, 40th Floor, San Francisco, CA 94105**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DAVID STAPLETON IN SUPPORT OF FINAL APPLICATION FOR COMPENSATION OF MOSS ADAMS AS TAX ACCOUNTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FEBRUARY 25, 2021 THROUGH DECEMBER 13, 2021; DECLARATION OF SHANNAN GARDNER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 20, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒     Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **January 20, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒     Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 20, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Dated: **January 20, 2022** | **Matt Renck** | */s/ Matt Renck* |
| --- | --- | --- |
| | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_SF:106665.2

**F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**</u>

- **Karol K Denniston**   karol.denniston@squirepb.com,
  travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Lydia A Hewett**   lydia.hewett@cpa.state.tx.us
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Mark E McKane**   mark.mckane@kirkland.com, mmckane@kirkland.com;alevin@kirkland.com;lydia-yale-8751@ecf.pacerpro.com
- **Christopher Minier**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David L. Neale**   dln@lnbyg.com
- **Victoria Newmark**   vnewmark@pszjlaw.com
- **Juliet Y. Oh**   jyo@lnbyg.com, jyo@lnbyb.com
- **Jason H Rosell**   jrosell@pszjlaw.com, mrenck@pszjlaw.com
- **Jeffrey Snyder**   eservice@bilzin.com, eservice@bilzin.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Michael J. Weiland**   mweiland@wgllp.com,
  kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

2.   <u>**TO BE SERVED BY US. MAIL**</u>:

*See attached service list.*

3.   <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**</u>

*Via overnight mail*
The Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040

*Via email:*

- Michael J Hauser   michael.hauser@usdoj.gov
- David Stapleton   david@stapletoninc.com
- Mike Bergthold   mbergthold@stapletoninc.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:341440.1 38393/002