| Attorney or Professional Name, Address, Telephone and FAX | |
|---|---|
| Ira D. Kharasch (CA Bar No. 109084)<br>Jason H. Rosell (CA Bar No. 269126)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910/Facsimile: (310) 201-0760<br>E-mail – ikharasch@pszjlaw.com/jrosell@pszjlaw.com<br><br>Attorneys for the Debtors and Debtors in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>HCA WEST, INC., *et al.*,<br><br>Debtors | Chapter 11<br><br>Lead Case Number: 8:20-bk-11507-ES<br><br>**Professional Fee Statement**<br><br>Number:  13    December 1, 2021 through December 31, 2021 |
|---|---|

| | |
|---|---|
| 1. Name of Professional: | Pachulski Stang Ziehl & Jones LLP |
| 2. Date of entry of order approving employment of the professional: | July 13, 2020 |
| 3. Total amount of pre-petition payments received by the professional: | $370,366.28 |
| 4. Total amount of pre-petition retainer received by the professional: | $674,349.50 |
| 5. Less: Total amount of pre-petition services rendered and expenses: | -$370,366.28 |
| 6. Balance of funds remaining on date of filing of petition: | $674,349.50 |
| 7. Less: Total amount of all services and costs rendered per prior fee statements: (Line 7 is not used when filing Statement Number 1). | $1,918,118.50 |
| 8. Less: Total amount of services and expenses this reporting period: | $101,068.78 |
| 9. Balance of funds remaining for next reporting period: | $17,634.82 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE, AND IS ATTACHED HERETO.  FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 8 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| 10. Total number of pages attached hereto: | 4 |
|---|---|

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:  January 20, 2022                                     PACHULSKI STANG ZIEHL & JONES LLP

                                                                                  */s/ Jason H. Rosell*
                                                                                  Jason H. Rosell

ATTACHMENT TO PROFESSIONAL FEE STATEMENT NO. 12
Pachulski Stang Ziehl & Jones LLP

1.      On May 26, 2020 (the "Petition Date"), the Debtors filed with this Court voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On June 15, 2020, the United States Trustee for the Central District of California, pursuant to section 1102(a)(1) of the Bankruptcy Code, appointed the Official Committee of Unsecured Creditors (the "Committee").

2.       On June 16, 2020, the Debtors filed the *Application Pursuant to Sections 327(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 for an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel, as of the Petition* Date [Docket No. 72], which was approved by an order entered on July 13, 2020 [Docket No. 127].

3.      On June 16, 2020, the Debtors filed a *Motion for Order Establishing Monthly Fee and Expense Reimbursement Procedures* [Docket No. 80] (the "Fee Procedures Motion")[1] which was approved by order entered on July 13, 2020 [Docket No. 104] (the "Fee Procedures Order"). Pursuant to the Fee Procedures Order, unless an objection is filed with the clerk of the Court and served on Pachulski Stang Ziehl & Jones LLP (the "Firm") within ten calendar days of the service of this Professional Fee Statement (the "PFS"), the PFS shall be deemed approved on an interim basis, and the Debtors may pay the Firm 80% of the fees and 100% of the expenses requested in the PFS (the "Approved Amount"), and the Firm is authorized to draw down the Approved Amount from any Retainer without the Court holding a hearing or entering any further order thereon. Nothing herein relieves the Firm of the obligation to file interim and final fee applications. The failure to object to the PFS does not prejudice any party in interest from objecting to any interim or final fee application submitted by the Firm.

4.      Professional Statement No. 11:  This is the thirteenth Professional Fee Statement by the Firm. Fees and expenses incurred, paid, held back and owing in connection with prior Reporting Periods are set forth below in paragraph 6(e).

5.      Request for Payment of Professional Fees:  During the period December 1, 2021 through December 31, 2021 (the "Reporting Period"), the Firm incurred fees and costs of $92,481.00, and $8,587.78, respectively, for a total of $101,068.78.  Prior to the payment of any fees or expenses pursuant to this PFS, the Firm is holding a Retainer of $17,634.82.  Thus, in accordance with the Fee Procedures Order, the Firm is seeking (i) payment of $73,984.80 (80% of fees for services rendered) and $8,587.78 (100% of costs incurred), for a total of $82,572.58 for the Reporting Period.

---

[1] All capitalized terms not defined herein have the meaning ascribed to them in the Fee Procedures Motion.

DOCS_SF:106750.1 38393/002

6. Detailed Summary:

   a. Incurred Amount during the Reporting Period:
      i. 100% of Fees: $92,481.00
      ii. 100% of Expenses: $8,587.78

   b. Requested Amount during Reporting Period:
      i. 80% of Fees: $73,984.80
         100% of Expenses: $8,587.78

   c. Holdback for the Reporting Period: $18,496.20

   d. Retainer:
      i. Before Payment of proposed Requested Amount: $17,634.82

   e. Summary of Prior Reporting Periods:

      i. Incurred Amount for All Prior Reporting Periods:
         PFS No. 1: (5/26/2020-6/30/2020): $230,412.24
         PFS No. 2: (7/1/2020-7/31/2020): $299,870.56
         PFS No. 3: (8/1/2020-8/31/2020): $196,539.70
         PFS No. 4: (9/1/2020-9/30/2020): $62,227.49
         PFS No. 5: (10/1/2020-11/30/2020): $133,690.79
         PFS No. 6: (12/1/2020-1/31/2021): $373,887.68
         PFS No. 7: (2/1/2021-2/28/2021): $53,122.12
         PFS No. 8: (3/1/2021-3/31/2021): $65,762.62
         PFS No. 9: (4/1/2021-4/30/2021): $161,414.97
         PFS No. 10: (5/1/2021 – 5/31/2021): Withdrawn***
         PFS No. 11: (5/1/2021 – 9/30/2021): $226,707.96
         PFS No. 12: (10/1/2021 – 11/30/2021): $131,336.95

      ii. Approved Amount for All Prior Reporting Periods:
         PFS No. 1: (5/26/2020-6/30/2020): $230,412.24 *
         PFS No. 2: (7/1/2020-7/31/2020): $299,870.56 *
         PFS No. 3: (8/1/2020-8/31/2020): $196,539.70 *
         PFS No. 4: (9/1/2020-9/30/2020): $49,946.09**
         PFS No. 5: (10/1/2020-11/30/2020): $107,424.89**
         PFS No. 6: (12/1/2020-1/31/2021): $300,547.38**
         PFS No. 7: (2/1/2021-2/28/2021): $42,535.52**
         PFS No. 8: (3/1/2021-3/31/2021): $52,644.02
         PFS No. 9: (4/1/2021-4/30/2021): $130,398.17
         PFS No. 10: (5/1/202 –5/31/2021): Withdrawn***
         PFS No. 11: (5/1/2021 – 9/30/2021): $183,140.16
         PFS No. 12: (10/1/2021 – 11/30/2021): $105,571.65

* On January 11, 2021, the Court entered an order (the "First Interim Fee Order") [Docket No. 389] approving PSZJ's *First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel for the Debtors and Debtors in Possession for the Period May 26, 2020 through August 31, 2020* (the "First Interim Fee Application") [Docket No. 340], which, *inter alia*, approved on an interim basis 100% of PSZJ's fees and expenses reported in PFS Nos. 1-3, in the aggregate amounts of $687,433.50 (fees) and $39,389.00 (expenses) for a total amount of $726,822.50.

** On May 17, 2021, the Court entered an order (the "Second Interim Fee Order") [Docket No. 4999] approving PSZJ's *Second Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel for the Debtors and Debtors in Possession for the Period September 1, 2020 through February 28, 2021* (the "Second Interim Fee Application") [Docket No. 463], which, *inter alia*, approved on an interim basis 100% of PSZJ's fees and expenses reported in PFS Nos. 4-7, in the aggregate amounts of $606,073.50 (fees) and $10,557.08 (expenses) for a total amount of $616,630.58.

***On October 21, 2021, PFS No. 10 was withdrawn by the Firm [Docket No. 562].

iii. Holdback for Prior Reporting Periods (Not Approved for Payment):
PFS No. 1: (5/26/2020-6/30/2020):  $0.00 *
PFS No. 2: (7/1/2020-7/31/2020):  $0.00 *
PFS No. 3: (8/1/2020-8/31/2020):  $0.00 *
PFS No. 4: (9/1/2020-9/30/2020):  $0.00**
PFS No. 5: (10/1/2020-11/30/2020):  $0.00**
PFS No. 6: (12/1/2020-1/31/2021):  $0.00**
PFS No. 7: (2/1/2021-2/28/2021):  $0.00**
PFS No. 8: (3/1/2021-3/31/2021):  $13,118.60
PFS No. 9: (4/1/2021-4/30/2021):  $31,016.80
PFS No. 10:  (5/1/202 – 5/31/2021):  Withdrawn***
PFS No. 11:  (5/1/2021 – 9/30/2021):  $43,567.80
PFS No. 12: (10/1/2021 – 11/30/2021): $25,765.30

* Pursuant to the First Interim Order, the Court has authorized payment of 100% of the amounts reported in PSZJ's PFS Nos. 1-3, including the holdbacks for such reporting periods totaling $137,486.80.

**Pursuant to the Second Interim Order, the Court has authorized payment of 100% of the amounts reported in PSZJ's PFS Nos. 4-7, including the holdbacks for such reporting periods totaling $116,176.70.

***On October 21, 2021, PFS No. 10 was withdrawn by the Firm [Docket No. 562].

7.    Personnel and Billing Rates: Below is a list of each of the professionals and paraprofessionals who rendered services during the Reporting Period and their respective billing rates.

| Name | Title | Hourly Rate |
| --- | --- | --- |
| Gail S. Greenwood | Counsel | $950.00 |
| Ira D. Kharasch | Partner | $1,325.00 |
| Jason H. Rosell | Partner | $845.00 |
| Nancy P.F. Lockwood | Paralegal | $460.00 |
| William L. Ramseyer | Counsel | $850.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Pachulski Stang Ziehl & Jones LLP, One Market Plaza, Spear Tower, 40th Floor, San Francisco, CA 94105**

A true and correct copy of the document entitled:

**PROFESSIONAL FEE STATEMENT NUMBER 13 OF PACHULSKI STANG ZIEHL & JONES LLP, GENERAL BANKRUPTCY COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION**

will be served as set forth below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/20/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*), **1/20/2022** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **1/20/2022** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/20/2022 | Matt Renck | /s/ Matt Renck |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_SF:106752.1 38393/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   - **Karol K Denniston**   karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
   - **Michael J Hauser**   michael.hauser@usdoj.gov
   - **Lydia A Hewett**   lydia.hewett@cpa.state.tx.us
   - **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
   - **Mark E McKane**   mark.mckane@kirkland.com, mmckane@kirkland.com;alevin@kirkland.com;lydia-yale-8751@ecf.pacerpro.com
   - **Christopher Minier**   becky@ringstadlaw.com, arlene@ringstadlaw.com
   - **David L. Neale**   dln@lnbyg.com
   - **Victoria Newmark**   vnewmark@pszjlaw.com
   - **Juliet Y. Oh**   jyo@lnbyg.com, jyo@lnbyb.com
   - **Jason H Rosell**   jrosell@pszjlaw.com, mrenck@pszjlaw.com
   - **Jeffrey Snyder**   eservice@bilzin.com, eservice@bilzin.com
   - **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
   - **Michael J. Weiland**   mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

2. **SERVED BY UNITED STATES MAIL**:

   *See attached service list.*

3. **SERVED BY EMAIL (with fee documentation):**

   - **Michael J Hauser**   michael.hauser@usdoj.gov
   - **David Stapleton**   david@stapletoninc.com
   - **Mike Bergthold**   mbergthold@stapletoninc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                           **F 9013-3.1.PROOF.SERVICE**
DOCS_SF:106752.1 38393/002

*In re HCA West, Inc., et al.*
*Case No. 8:20-bk-11507-ES, etc.*


*Via U.S Mail*
*Request for Special Notice Pursuant to 2002*

Mark McKane, P.C.
Adam R. Alper
Brandon H. Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104

Michael De Vries
Christopher Lawless
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071

Chad J. Husnick
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

Christopher J. Giaimo, Esq.
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**
DOCS_SF:106752.1 38393/002