# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**One Market Plaza, Spear Tower 40th Floor, Suite 4000 San Francisco, CA 94105-1020**

A true and correct copy of the document entitled:

**Debtors' Brief in Support of Order (I) Confirming Third Amended Joint Chapter 11 Plan of Liquidation; and (II) Approving Settlement Pursuant To Bankruptcy Rule 9019,**

**Declaration of David Stapleton in Support of Order**

**Declaration of Kim D. Steverson of Omni Agent Solutions Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Third Amended Joint Plan of Liquidation**

**Notice of Proposed Form of Order Confirming Third Amended Joint Chapter 11 Plan of Liquidation**

was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 20, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), **January 20, 202220**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 20, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email:
Michael J. Weiland   mweiland@wgllp.com
Chad J. Husnick   CHusnick@kirkland.com
Christopher Lawless   clawless@kirkland.com
Mark McKane   MMcKane@kirkland.com
Adam R. Alper   AAlper@kirkland.com

Brandon H. Brown   bhbrown@kirkland.comm
Karol K. Denniston   karol.denniston@squirepb.com
Christopher J. Giaimo, Esq.   christopher.giaimo@squirepb.com
David L. Neale   DLN@LNBYB.com
Juliet Y. Oh   JYO@L NBYB.com

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 20, 2022 | Matt Renck | /s/ Matt Renck |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327517.1 10804/002

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Karol K Denniston    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com; sarah.conley@squirepb.com; karol-k-denniston-9025@ecf.pacerpro.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Lydia A Hewett    lydia.hewett@cpa.state.tx.us
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Mark E McKane    mark.mckane@kirkland.com, mmckane@kirkland.com; alevin@kirkland.com; lydia-yale-8751@ecf.pacerpro.com
- Christopher Minier    becky@ringstadlaw.com, arlene@ringstadlaw.com
- David L. Neale    dln@lnbyg.com
- Victoria Newmark    vnewmark@pszjlaw.com
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Jason H Rosell    jrosell@pszjlaw.com, mrenck@pszjlaw.com
- Jeffrey Snyder    eservice@bilzin.com, eservice@bilzin.com
- Adam D Stein-Sapir    info@pfllc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael J. Weiland    mweiland@wgllp.com, kadele@wgllp.com; vrosales@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com

**2. SERVED BY UNITED STATES MAIL:**

**Request for Special Notice:**

| | | |
|---|---|---|
| Mark McKane, P.C.<br>Adam R. Alper<br>Brandon H. Brown<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA  94104 | Michael De Vries<br>Christopher Lawless<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street Los Angeles, CA 90071 | Chad J. Husnick<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654 |

Christopher J. Giaimo, Esq.
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327517.1 10804/002