| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ira D. Kharasch (CA Bar No. 109084)<br>Jason H. Rosell (CA Bar No. 269126)<br>Gail S. Greenwood (CA Bar 169939)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>E-mail: ikharasch@pszjlaw.com<br>jrosell@pszjlaw.com<br>ggreenwood@pszjlaw.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re: HCA WEST, INC., et al.,<br><br><br>Debtor(s) | CASE NO.: 8:20-bk-11507-ES<br>CHAPTER: 11 |
|---|---|
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE:  03/10/2022<br>HEARING TIME: 10:30 am |

**Movant:**

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Erithe A. Smith, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

   **DEBTORS' FIRST OMNIBUS OBJECTION TO SCHEDULED EMPLOYEE CLAIMS FOR PAID TIME OFF – DOCKET NO. 679**
   **DECLARATION OF DAVID STAPLETON IN SUPPORT OF DEBTORS' FIRST OMNIBUS OBJECTION TO SCHEDULED EMPLOYEE CLAIMS FOR PAID TIME OFF – DOCKET NO. 679**
   **NOTICE OF DEBTORS' FIRST OMNIBUS OBJECTION TO SCHEDULED EMPLOYEE CLAIMS FOR PAID TIME OFF – DOCKET NO. 680**

2. **Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology**. Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. Individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9. The following is the unique ZoomGov connection information for the above-referenced hearing:

   Meeting URL: https://cacb.zoomgov.com/j/1616627247

   Meeting ID: 161 662 7247

   Password:  994685

   Telephone: 1 (669) 254-5252 or 1 (646) 828-7666

10. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants

.

Date: January 24, 2022                    Pachulski Stang Ziehl & Jones LLP
                                          _____
                                          Printed name of law firm (if applicable)


                                          /s/ Jason Rosell
                                          _____
                                          Printed name of individual Movant or attorney for Movant