Ira D. Kharasch (CA Bar No. 109084)
Jason H. Rosell (CA Bar No. 269126)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:   ikharasch@pszjlaw.com
          jrosell@pszjlaw.com

*Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>HCA WEST, INC., *et al.*,<br><br>　　　　　　　　　Debtors.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ HCA WEST, INC., ONLY<br><br>☐ HAI EAST, INC., ONLY<br><br>☐ HNA, INC., ONLY | Case No.  8:20-bk-11507-ES<br><br>Chapter 11<br><br>Jointly Administered With Case Nos.:<br>8:20-BK-11508-ES and 8:20-BK-11509-ES<br><br>**NOTICE OF (A) ENTRY OF ORDER CONFIRMING THE CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS; (B) OCCURRENCE OF THE EFFECTIVE DATE; AND (C) CERTAIN IMPORTANT DEADLINES** |

**PLEASE TAKE NOTICE** that an order [Docket No. 692] (the "Confirmation Order") confirming the *Third Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 596] (the "Plan") was entered by the Honorable Erithe A. Smith, United States Bankruptcy Judge, and docketed by the Clerk of the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") on February 11, 2022. A capitalized term used but not defined herein shall have the meaning ascribed to it in the Plan or the Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and related documents are available to be viewed at the Bankruptcy Court's website (https:///www.ca.uscourts.gov) for a small fee. To access the Court's website, you will need a PACER password and login, which can be obtained at https://pacer.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **February 22, 2022**.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, (a) all requests for payment of Administrative Claims arising on or after January 1, 2021, other than Professional Fee Claims, must be filed with the Bankruptcy Court and served on the Liquidation Trustee and its counsel by no later than **March 24, 2022** (the "**Second Administrative Claims Bar Date**") and (b) all requests for payment of Professional Fee Claims must be filed with the Bankruptcy Court no later than **April 8, 2022**.  Holders of Administrative Claims that do not timely file and serve requests for payment of Administrative Claims by the Second Administrative Claims Bar Date shall be forever barred from asserting such claims against the Debtors or the Liquidation Trust.

**PLEASE TAKE FURTHER NOTICE** that all executory contracts and unexpired leases not assumed before the Effective Date, or subject to a pending motion to assume as of the Effective Date, are rejected pursuant to Section 13.1 of the Plan as of the Effective Date.  Any proofs of claim based upon the rejection of a Debtor's executory contract or unexpired lease pursuant to the Plan must be filed with the Bankruptcy Court and served on the Liquidation Trustee and its counsel by no later than **March 24, 2022** (the "**Rejection Damage Claims Bar Date**").  Claims arising from the rejection of an executory contract or unexpired lease that are not filed by the Rejection Damage Claims Bar Date shall be discharged and forever barred.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Liquidation Trustee, the Liquidation Trust, any holder of a Claim against, or Interest in, the Debtors, and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is impaired under the Plan and whether or not such Holder voted to accept the Plan.

Dated:    February 22, 2022              PACHULSKI STANG ZIEHL & JONES LLP

By      */s/ Jason H. Rosell*
         Ira D. Kharasch (CA Bar No. 109084)
         Jason H. Rosell (CA Bar No. 269126)

         *Counsel to the Debtors*

DOCS_NY:44860.1