Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:  ikharasch@pszjlaw.com
         jlucas@pszjlaw.com
         jrosell@pszjlaw.com
         vnewmark@pszjlaw.com

Counsel to Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:20-bk-11507-ES |
| HCA WEST, INC., *et al.*, | Chapter 11 |
| Debtors and Debtors-in Possession. | Jointly Administered With Case Nos.: 8:20-BK-11508-ES and 8:20-BK-11509-ES |
| Affects: | **AMENDED PROOF OF SERVICE (Relates to Docket Nos. 724, 725, 726, 727, and 728)** |
| ☒ All Debtors | |
| ☐ HCA WEST, INC., ONLY | |
| ☐ HAI EAST, INC., ONLY | |
| ☐ HNA, INC., ONLY | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
**F 9013-3.1.PROOF.SERVICE**

DOCS_SF:107177.1 38393/002

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**One Market Plaza, Spear Tower 40th Floor, Suite 4000 San Francisco, CA 94105-1020**
A true and correct copy of the document entitled:

**Fourth and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel for the Debtors and Debtors In Possession; Declaration of Jason H. Rosell in Support Thereof**

**Fourth and Final Application for Compensation and Reimbursement of Expenses of Steptoe & Johnson LLP as Corporate and Special Counsel for the Debtors and Debtors In Possession; Declaration of Filiberto Agusti in Support Thereof**

**Declaration of David Stapleton in Support of Final Applications for Compensation and Reimbursement of Expenses of (1) Pachulski Stang Ziehl & Jones LLP; and (2) Steptoe & Johnson LLP**

**Omnibus Notice of Hearing on Final Applications for Allowance and Payment of Compensation and Reimbursement of Expenses of Estate Professionals**

**Supplemental Notice of Hearing to Be Held Remotely Using Zoomgov Audio and Video**

was served in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 7, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), **April 7, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Michael J Hauser
United States Trustee
411 W Fourth St Suite 7160
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                            **F 9013-**
**3.1.PROOF.SERVICE**

DOCS_SF:107177.1 38393/002

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 7, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 7, 2022 | Matt Renck | */s/ Matt Renck* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-**
**3.1.PROOF.SERVICE**
DOCS_SF:107177.1 38393/002

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Karol K Denniston**   karol.denniston@squirepb.com, travis.mcroberts@squirepb.com; sarah.conley@squirepb.com; karol-k-denniston-9025@ecf.pacerpro.com
- **Gail S Greenwood**   ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Lydia A Hewett**   lydia.hewett@cpa.state.tx.us
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Mark E McKane**   mark.mckane@kirkland.com, mmckane@kirkland.com; alevin@kirkland.com; lydia-yale-8751@ecf.pacerpro.com
- **Christopher Minier**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David L. Neale**   dln@lnbyg.com
- **Victoria Newmark**   vnewmark@pszjlaw.com
- **Juliet Y. Oh**   jyo@lnbyg.com, jyo@lnbyb.com
- **Jason H Rosell**   jrosell@pszjlaw.com, mrenck@pszjlaw.com
- **Jeffrey Snyder**   eservice@bilzin.com, eservice@bilzin.com
- **Adam D Stein-Sapir**   info@pfllc.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Michael J. Weiland**   mweiland@wgllp.com, kadele@wgllp.com; vrosales@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-**
**3.1.PROOF.SERVICE**

DOCS_SF:107177.1 38393/002