1   Omni Agent Solutions
    5955 DeSoto Avenue, Suite 100
2   Woodland Hills, CA  91367
    Telephone:  (818) 906-8300
3   Fax:  (818) 783-2737

4   Case Administration Consultant to the
    Debtors and Debtors in Possession

5

6

7

8                   **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                        **SANTA ANA DIVISION**

11

12   In re:                                    Case No.  8:20-bk-11507-ES

13   HCA WEST,  INC., *et al.* ,              Chapter 11

14                  Debtors and Debtors-in     Jointly Administered With Case Nos.:
                    Possession.               8:20-BK-11508-ES and 8:20-BK-11509-ES

15   Affects:                                  **THIRD AND FINAL APPLICATION
                                              FOR COMPENSATION AND**
16   ☒ All Debtors                            **REIMBURSEMENT OF EXPENSES OF
                                              OMNI AGENT SOLUTIONS AS CASE**
17                                             **ADMINISTRATION CONSULTANT TO
     ☐ HCA WEST, INC., ONLY                   THE DEBTORS AND DEBTORS IN**
18                                             **POSSESSION; DECLARATION OF
     ☐ HAI EAST, INC., ONLY                   BRIAN OSBORNE IN SUPPORT**
19                                             **THEREOF**
     ☐ HNA, INC., ONLY
20                                            Hearing:

21                                            Date:    June 9, 2022
22                                            Time:    10:30 a.m. (Pacific Time)
                                             Place:   ZoomGov
23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:107256.2 38393/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OTHER PARTIES IN INTEREST:**

Omni Agent Solutions  ("Omni" or the "Applicant"), case administration consultant to HCA West, Inc. ("HCA West"), HAI East, Inc. ("HCA East") and HNA, Inc. ("HNA" and together with HCA West and HCA East, the "Debtors"), hereby submits this *Third and Final Application for Compensation and Reimbursement of Expenses of Omni Agent Solutions as Case Administration Consultant for the Debtors and Debtors in Possession* (the "Application").  The Applicant seeks (i) interim approval in the total amount of $23,692.77, comprised of $12,032.50 in professional fees and $11,660.27 in expenses incurred during October 1, 2021 through February 22, 2022 (the "Third Interim Period")[1], and (ii)  final approval in the total amount of $57,945.27, comprised of $46,285.00 in professional fees and $11,660.27 in expenses incurred during May 26, 2020 through February 22, 2022 (the "Final Application Period"); and payment of the unpaid portion of such allowed fees and costs.

Omni  submits this Application pursuant to section 328 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rule 2016-1, and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (with any amendments, the "UST Guidelines").

Notice of this Application has been served by NEF notice or by first class mail, as required, on (a) the Debtors, (b) the Office of the United States Trustee, (c) the Official Committee of Unsecured Creditors (the "Committee"); and (d) parties that have filed with the Court requests for notice of all matters in accordance with Bankruptcy Rule 2002(i).

---

[1]    Because Omni's fees and expenses for the period of 10/1/21 to 10/31/21 (the "October '21 fees and expenses") were not included in the *Second Interim Application for Compensation and Reimbursement of Expenses of Omni Agent Solutions as Case Administration Consultant to the Debtors and Debtors in Possession for the Period August 1, 2020 through November 30, 2021[Dkt. #629]* (the "Second Interim Application"), Omni's request for approval and payment of the October '21 fees and expenses is included in this Third Interim and Final Application.  Omni's fees and expenses for the period of 11/1/21 to 11/30/21, which were the subject of the Second Interim Application, are not included in the Third Interim portion of this Application.

DOCS_SF:107256.2 38393/001

# I.

## <u>PRELIMINARY SUMMARY OF COMPENSATION DATA FOR</u>

## <u>THE THIRD INTERIM PERIOD AND THE FINAL APPLICATION PERIOD</u>

The Applicant provides the following summary information in accordance with Local Bankruptcy Rule 2016-1 and the UST Guidelines:

1. **Order Approving Omni's Employment:** On July 13, 2020, the Court entered its order authorizing Omni's employment effective as of May 26, 2020 [Docket No. 105].

2. **Summary of Third Interim Period Covered by this Application**: October 1, 2021 through February 22, 2022.

    1. Hours of Professional Time Subject to the Application:  83.4

    2. Fees Requested by this Application:  $12,032.50, representing all of the fees billed during the Third Interim Period.

    3. Expenses Requested by this Application: $11,660.27

    4. Total Fees and Expenses Requested to be Allowed on an Interim Basis by this Application:  $23,692.77

    5. Total Fees and Expenses Approved in Prior Applications:  $34,252.50

    6. Amount of Prepetition Retainer Received by Applicant:  $0.00

3. **Summary of Final Fee Period Data**: May 26, 2020 through February 22, 2022

    1. Total Fees Subject to Final Approval          $46,285.00

    2. Total Expenses Subject to Final Approval      $11,660.27

    3. Total Final Allowance Request TOTAL (Lines 1 & 2) $57,945.27

    4. Total Fees Paid per Interim Applications $33,112.50

    5. Total Expenses Paid per Interim Applications $0.00

    6. Total Paid per interim applications (Lines 4 & 5) $33,112.50

    7. Balance Due from prior interim applications $1,140.00

    8. Total Hours Billed  288.7

    9. Blended Hourly Rate $160.32

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:107256.2 38393/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**Status of Cases:**  On February 11, 2022, the Court entered an order [Docket No. 692] confirming the *Third Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 596] (the "Plan"). The Plan went effective on February 22, 2022 (the "Effective Date") and, in accordance with the Plan, within seven (7) calendar days of the Effective Date, all Class 4 Claims (Non-Motorola General Unsecured Claims) were ***paid in full***.  All other payments under the Plan have been timely made. Moreover, on the Effective Date, the Professional Fee Escrow Account was established to fund all estimated unpaid chapter 11 professional fees.

**II.**

**BRIEF NARRATIVE HISTORY AND PRESENT POSTURE OF THE CASE**

**[LBR 2016-1(a)(1)(A) & (D)]**

This Application covers the Employment Period, May 26, 2020 through February 22, 2022, during which the Applicant provided services as case administration consultant to the Debtors in the above-captioned chapter 11 cases.

**A.**    **General Background**

On May 26, 2020 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On June 15, 2020, the United States Trustee for the Central District of California, pursuant to section 1102(a)(1) of the Bankruptcy Code, appointed the Official Committee of Unsecured Creditors (the "Committee").

The factual background regarding the Debtors, including their current and historical business operations and the events precipitating their chapter 11 filings, is set forth in detail in the *Declaration of Ni Huang, President and Chief Financial Officer in Support of Emergency First Day Motions* [Docket No. 17], and incorporated herein by reference.

**B.**    **Employment of Omni**

On June 16, 2020, the Debtors filed their application to employ Omni as their case administration consultant (the "Retention Application") [Doc. No. 74], and on July 13, 2020, the Court entered its order approving the Retention Application [Doc. No. 105] and authorizing the Debtors to employ Omni as their case administration consultant effective as of the Petition Date.

4

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

### III.

### NARRATIVE STATEMENT OF SERVICES RENDERED BY OMNI

### AND TIME EXPENDED

Pursuant to the UST Guidelines and Local Bankruptcy Rule 2016-1(a)(1)(D), the Application classifies all services performed for which compensation is sought for the Third Interim Period into one of several major categories.  The Applicant attempted to place the services performed in the category that best relates to the service provided.  However, because Omni is employed as the Debtors' case administration consultant, certain services may relate to more than one category, and services pertaining to one category may in fact be included in another category.  Services Performed and Time Expended During the Third Interim Period:

**1.** **Balloting and Tabulation:**  During the Third Interim Period, Omni performed services as the Debtors balloting and tabulation agent relating to the Debtors' *Third Amended Joint Chapter 11 Plan of Liquidation* [Docket No. 596] (the "Plan").  Omni assisted with the solicitation and tabulation of votes relating to the Plan, including but not limited to:  (1) claims review; (2) preparation of claims database; (3) preparation of solicitation database; (4) preparation of solicitation forms and reports; and (5) preparation of plan class report.

Total Hours 61.8        Total Fees $9,067.00

2.    **Schedules and SOFAs:**  This category includes all work performed by Omni in assisting the Debtors in the preparation of their schedules and statement of financial affairs.  Omni received large and frequent batches of data from the Debtors and their professionals.  Such data was properly formatted, when necessary, and incorporated into the Debtors' schedules and statements of financial affairs.  Omni reviewed its work product with the Debtors and their professionals to ensure the accuracy of the final schedules and statement of financial affairs.

Total Hours 1.5        Total Fees $276.00

**3.** **Case Administration:** Time billed to this category relates to case administration issues. During the Third Interim Period, the Applicant, among other things reviewed and analyzed bankruptcy documents, and corresponded and conferred with the debtor and its professionals regarding multiple administration issues.

DOCS_SF:107256.2 38393/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    Total Hours 4.1        Total Fees $576.50

2        4.    **Noticing**: Time billed to this category relates to multiple service/noticing projects

3    performed by Omni on behalf of the Debtors during the Third Interim Period.

4        Total Hours 15.6        Total Fees $2,051.00

5    **A.    Detailed Listing of all Time Spent by the Professional on the Matters for Which**

6    **Compensation is Sought**

7        **Exhibit A** contains the Applicant's detailed time records for the Third Interim Period [LBR

8    2016-1(a)(1)(E)].  The Applicant's time reports are initially handwritten or recorded via computer by

9    the person performing the described services.  The Applicant is sensitive to issues of "lumping," and

10   unless time was spent in one time frame on a variety of different matters, separate time entries are set

11   forth in the time reports.  **Exhibit B** contains a summary, by category, of the Applicant's services in

12   these chapter 11 cases that were incurred during the Third Interim Period and the Final Application

13   Period [LBR 2016-1(a)(1)(G)].

14   **B.    List of Expenses by Category**

15       The costs incurred by Omni during the Third Interim and Final Application Periods are

16   summarized in **Exhibit C** attached hereto [LBR 2016-1(a)(1)(F)].

17   **C.    Hourly Rates**

18       The hourly rates of all professionals rendering services in these chapter 11 cases during the

19   Third Interim and Final Application Periods, including the number of hours worked by each

20   professional, are set forth on **Exhibit D** attached hereto [LBR 2016-1(a)(1)(G) and (I)].

21   **D.    Professional Education and Experience**

22       Descriptions of the professional education and experience of the primary professionals

23   rendering service in these chapter 11 cases during the Third Interim Period are set forth on **Exhibit E**

24   attached hereto [LBR 2016-1(a)(1)(H)].

25   **E.    Separately Filed Declaration of the Client**

26       Applicant will separately file a declaration from the client indicating that the client has

27   reviewed the fee application and has no objection to it [LBR 2016-1(a)(1)(J)].

28

6

1

**F.**     **Statement of the Applicant Regarding Compliance with LBR 2016-1**

2

The attached declaration of Brian Osborne sets forth that the Applicant has reviewed LBR

3

2016-1 and that this Application is in compliance with such rule [LBR 2016-1(a)(1)(K)].

4

**G.**     **No Fee Sharing**

5

No agreement has been made by any member of the Applicant or by any employee thereof,

6

directly or indirectly, and no understanding exists for a division of fees sought herein with any other

7

person.

8

**IV.**

9

**THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED**

10

**BASED UPON APPLICABLE LAW**

11

The fees and expenses requested by this Application are an appropriate award for the

12

Applicant's services in acting as case administration consultant to the Debtors.

13

Pursuant to section 328 of the Bankruptcy Code, the Court may award to a professional person

14

reasonable compensation for actual, necessary services rendered, and reimbursement for actual,

15

necessary expenses incurred.  As set forth above, the fees for which Omni requests compensation and

16

the costs incurred for which Omni requests reimbursement are for actual and necessary services

17

rendered and costs incurred.

18

Attached hereto as **Exhibit A** is a copy of the Applicant's time reports and records kept in the

19

regular course of business reflecting the services rendered and the expenses incurred by the Applicant

20

during the Third Interim Period.  The Applicant's charges for its professional services are based upon

21

the time, nature, extent and value of such services and the cost of comparable services in the Southern

22

California region, other than in a case under the Bankruptcy Code.

23

Applicant submits that it has charged reasonable hourly fees and spent a reasonable amount of

24

time in performing its services in this case, especially in light of the results obtained, and respectfully

25

requests that the Court award the requested fees and costs.

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

DOCS_SF:107256.2 38393/001

1    This is the Applicant's final request for compensation.  The Applicant believes that the services

2  rendered for which compensation is sought in this Application have been beneficial to the estate, that

3  the costs incurred have been necessary and proper, and that the sums requested for the services

4  rendered and the costs incurred are fair and reasonable.

5    **WHEREFORE,** Omni Agent Solutions respectfully requests that this Court (1) allow

6  interim fees in the total amount of $12,032.50 and reimbursement of costs in the amount of

7  $11,660.27 for the period October 1, 2021 through February 22, 2022, for a total interim award of

8  $23,692.77; (2) allow final fees in the total amount of $46,285.00 and reimbursement of costs in the

9  amount of $11,660.27 for the period May 26, 2020 through February 22, 2022, for a total final award

10  of $57,945.27; (3) authorize payment to the Applicant of the unpaid portion of such fees and costs;

11  and (4) grant such other and further relief as is appropriate.

12

13  Dated:    April 8, 2022

OMNI AGENT SOLUTIONS

14

By

15  Brian Osborne
President and Chief Executive Officer

16

17  *Case Administration consultant to the Debtors
and Debtors in Possession*

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_NY:45511.1 38393/003

# DECLARATION OF BRIAN OSBORNE

I, Brian Osborne, declare and state as follows:

1.      I am President and Chief Executive Officer of Omni Agent Solutions ("Omni" or the "Applicant"), case administration consultant to the Debtors.

2.      I have personal knowledge of the facts set forth in the foregoing Application and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

4.      I have personally reviewed the Fee Statements and invoices in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief.

5.      I have reviewed the requirements of LBR 2016-1 and believe that this Application is in compliance with such rule [LBR 2016-1(a)(1)(K)].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of April, 2022 at Woodland Hills, California

Brian Osborne

DOCS_NY:45511.1 38393/003

# **EXHIBIT A**

Detailed Time Records

DOCS_SF:107256.2 38393/001



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

November 15, 2021

Hytera America Incorporated-327

**Invoice Number: 10134**
Invoice Period: 10-01-2021 - 10-31-2021

Payment Terms: Upon Receipt

**RE: Multiple Matters**

## <u>Balloting</u>

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 10-19-2021 | Kim Steverson | Review e-mail received and respond to J.. Rosell @ PSZJ re balloting | 0.20 | 200.00 | 40.00 |
| 10-19-2021 | Kim Steverson | Review draft solicitation Motion and provide comments | 0.40 | 200.00 | 80.00 |
| 10-19-2021 | Kim Steverson | Work on case set up | 0.50 | 200.00 | 100.00 |
| 10-19-2021 | Kim Steverson | J.. Rosell @ PSZJ re balloting and proposed service | 0.20 | 200.00 | 40.00 |
| 10-20-2021 | Kim Steverson | Email claims team re set up for balloting | 0.20 | 200.00 | 40.00 |
| 10-22-2021 | Kim Steverson | Review claims data and communicate with counsel regarding same | 0.30 | 200.00 | 60.00 |
| 10-22-2021 | Kim Steverson | Communicate with Tabulation and Data Management | 0.70 | 200.00 | 140.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | Team regarding solicitation and claims processing | | | |
| 10-25-2021 | Javon Couch | Update documentation tracker for files and email received from Joan Hadeed re available proofs of claims | 0.10 | 120.00 | 12.00 |
| 10-25-2021 | Javon Couch | Update documentation tracker for file and email received from Nancy P. Lockwood re updated matrix for all parties | 0.10 | 120.00 | 12.00 |
| 10-25-2021 | Yelena Bederman | Format & upload claims information into database | 0.30 | 160.00 | 48.00 |
| 10-25-2021 | Yelena Bederman | Conference call with K. Steverson, C. Cashman, S. Kelly & L. Zullo re: claims & schedules file | 0.20 | 160.00 | 32.00 |
| 10-25-2021 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: files for mailing matrix | 0.10 | 160.00 | 16.00 |
| 10-25-2021 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: redaction | 0.10 | 160.00 | 16.00 |
| 10-25-2021 | Carolyn Cashman | Call with K. Steverson, S. Kelly, L. Zullo & Y Bederman regarding inputting claims for the purpose of balloting | 0.20 | 185.00 | 37.00 |
| 10-25-2021 | Kim Steverson | Meet with C. Cashman, S. Kelly, L. Pullo and Y. Bederman @ Omni regarding processing claims and data | 0.40 | 200.00 | 80.00 |
| 10-25-2021 | Kim Steverson | Coordinate with Data Management Team regarding creditor matrix | 0.40 | 200.00 | 80.00 |
| 10-25-2021 | Yelena Bederman | Review and format incoming data files for master mailing matrix | 1.00 | 160.00 | 160.00 |
| 10-25-2021 | Slade Rheaume | Review and format incoming data files for master mailing matrix | 2.00 | 110.00 | 220.00 |
| 10-25-2021 | Anthony Roque | Compare two matrix files | 1.40 | 110.00 | 154.00 |
| 10-25-2021 | Kim Steverson | E-mail J. Hadeed @ PSZJ requesting claims | | 200.00 | No Charge |
| 10-26-2021 | Anthony Roque | Compare two matrix files | 3.00 | 110.00 | 330.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-26-2021 | Slade Rheaume | Review and format incoming data files for master mailing matrix | 3.50 | 110.00 | 385.00 |
| 10-26-2021 | Kim Steverson | Email N. Lockwood @ PSZJ re obtaining proofs of claim | 0.10 | 200.00 | 20.00 |
| 10-26-2021 | Kim Steverson | Coordinate data import with Data Management and Claims Teams | 0.30 | 200.00 | 60.00 |
| 10-26-2021 | Javon Couch | Update documentation tracker for files and email received from Nancy P. Lockwood re amendment to HCA West and HAI East's schedule A/B | 0.10 | 120.00 | 12.00 |
| 10-26-2021 | Javon Couch | Update documentation tracker for file and email received from Bernadette I. Anavim re updated the Master Mailing labels | 0.10 | 120.00 | 12.00 |
| 10-27-2021 | Michael Gumulya | Review and verify solicitation parties for approval for database upload and web access | 0.80 | 125.00 | 100.00 |
| 10-27-2021 | Slade Rheaume | Review and format incoming data files for master mailing matrix | 2.00 | 110.00 | 220.00 |
| 10-27-2021 | Yelena Bederman | Review e-mail received and respond to M. Gumulya & A. Roque re: matrix updates | 0.10 | 160.00 | 16.00 |
| 10-27-2021 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: mailing matrix | 0.10 | 160.00 | 16.00 |
| 10-27-2021 | Yelena Bederman | Review and format incoming data files for master mailing matrix | 1.00 | 160.00 | 160.00 |
| 10-27-2021 | Anthony Roque | Compare two matrix files | 0.30 | 110.00 | 33.00 |
| 10-28-2021 | Kim Steverson | Review e-mail received and respond to B. Anavim @ PSZJ  re matrix updates | 0.10 | 200.00 | 20.00 |
| 10-28-2021 | Kim Steverson | Review data and communicate with DM Team regarding same | 0.20 | 200.00 | 40.00 |
| 10-28-2021 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: update mailing matrix file | 0.10 | 160.00 | 16.00 |
| 10-28-2021 | Yelena Bederman | Review and format incoming data files for master mailing matrix | 0.30 | 160.00 | 48.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-28-2021 | Javon Couch | Update documentation tracker for files and email received from Bernadette I. Anavim re updated the Master Mailing labels | 0.10 | 120.00 | 12.00 |
| 10-29-2021 | Javon Couch | Update documentation tracker for files and email received from Bernadette I. Anavim re updated the Master Mailing labels | 0.10 | 120.00 | 12.00 |
| 10-29-2021 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: update mailing matrix file | 0.10 | 160.00 | 16.00 |
| 10-29-2021 | Kim Steverson | Review e-mail received and respond to B. Anavim @ PSZJ re matrix updates | 0.10 | 200.00 | 20.00 |
| | | | | **Total** | 2,915.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Anthony Roque | 4.70 | 110.00 | 517.00 |
| Carolyn Cashman | 0.20 | 185.00 | 37.00 |
| Javon Couch | 0.60 | 120.00 | 72.00 |
| Kim Steverson | 4.10 | 200.00 | 820.00 |
| Michael Gumulya | 0.80 | 125.00 | 100.00 |
| Slade Rheaume | 7.50 | 110.00 | 825.00 |
| Yelena Bederman | 3.40 | 160.00 | 544.00 |
| **Total** | | | 2,915.00 |

## Schedules & SOFAs

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-26-2021 | Kim Steverson | Review e-mail received and respond to N. Lockwood @ PSZJ re amending Schedule B | 0.10 | 200.00 | 20.00 |
| 10-26-2021 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: amended schedules | 0.10 | 160.00 | 16.00 |
| 10-26-2021 | Yelena Bederman | Preparation of Amended Schedule of Assets and Liabilities | 0.50 | 160.00 | 80.00 |
| 10-26-2021 | Kim Steverson | Call with N. Lockwood @ PSZJ re amended schedules | 0.20 | 200.00 | 40.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-26-2021 | Kim Steverson | Draft Amended Schedule AB | 0.40 | 200.00 | 80.00 |
| 10-27-2021 | Kim Steverson | Email N. Lockwood @ PSZJ transmitting amended schedules | 0.20 | 200.00 | 40.00 |
| | | **Total** | | | 276.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Kim Steverson | 0.90 | 200.00 | 180.00 |
| Yelena Bederman | 0.60 | 160.00 | 96.00 |
| **Total** | | | 276.00 |

| | |
|---|---|
| **Total for this Invoice** | 3,191.00 |
| **Previous Balance** | 23,509.00 |
| **Total Amount to Pay** | 26,700.00 |



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

January 20, 2022

Hytera America Incorporated-327

**Invoice Number: 10327**
Invoice Period: 12-01-2021 - 12-31-2021

Payment Terms: Upon Receipt

**RE: Balloting**

## Balloting

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 12-01-2021 | Yelena Bederman | Review email received from K. Steverson; Update master mailing matrix | 0.20 | 160.00 | 32.00 |
| 12-03-2021 | Kim Steverson | Email J. Rosell @PSZJ regarding status of order on Disclosure Statement Motion | 0.20 | 200.00 | 40.00 |
| 12-06-2021 | Kim Steverson | Call with N. Lockwood @ PSZJ re status of order approving disclosure statement motion and solicitation | 0.20 | 200.00 | 40.00 |
| 12-06-2021 | Kim Steverson | Review solicitation counts and coordinate with Noticing and Data Management Teams re solicitation | 0.40 | 200.00 | 80.00 |
| 12-06-2021 | Kim Steverson | Review sample ballots and transmit same to counsel | 0.30 | 200.00 | 60.00 |
| 12-06-2021 | Kim Steverson | Review email and respond to N. Lockwood @ PSZJ re service instructions for solicitation | 0.20 | 200.00 | 40.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 12-06-2021 | Kim Steverson | Email N. Lockwood @ PSZJ re revised ballots | 0.20 | 200.00 | 40.00 |
| 12-06-2021 | Michelle Ignacio | Prepare service list - Docket No. Solicitation | 0.50 | 155.00 | 77.50 |
| 12-06-2021 | Michelle Ignacio | Create new PDF Ballot forms for data merge; create samples for client review | 0.60 | 155.00 | 93.00 |
| 12-07-2021 | Michelle Ignacio | Prepare PDF ballots for service; provide support information for QC review of Plan Class, ballots | 1.00 | 155.00 | 155.00 |
| 12-07-2021 | Randy Lowry | Prepare/coordinate hardcopy service of document(s) - Plan Solicitation | 0.20 | 120.00 | 24.00 |
| 12-07-2021 | Randy Lowry | Process mailing of Solicitation | 0.30 | 120.00 | 36.00 |
| 12-07-2021 | Michelle Ignacio | Prepare service lists - Docket No. Solicitation | 0.50 | 155.00 | 77.50 |
| 12-07-2021 | Tara Saldajeno | Log record of solicitation materials received from counsel on Document Tracker spreadsheet | 0.30 | 95.00 | 28.50 |
| 12-07-2021 | Lori Zullo | Match Proof of Claims to Schedules for solicitation purposes | 0.20 | 145.00 | 29.00 |
| 12-07-2021 | Kim Steverson | Calls with N. Lockwood @ PSZJ re solicitation service | 0.80 | 200.00 | 160.00 |
| 12-07-2021 | Kim Steverson | Review e-mail received and respond to J. Rosell and N. Lockwood @ PSZJ re revised solicitation service plan | 0.60 | 200.00 | 120.00 |
| 12-07-2021 | Kim Steverson | Review e-mail received and respond to N. Lockwood @ PSZJ re solicitation service | 0.20 | 200.00 | 40.00 |
| 12-07-2021 | Kim Steverson | Coordinate with Noticing and Data Management Teams regarding plan solicitation | 3.50 | 200.00 | 700.00 |
| 12-07-2021 | Kim Steverson | Review Disclosure Statement Order and update Plan class report | 0.50 | 200.00 | 100.00 |
| 12-07-2021 | Michael Gumulya | Review and verify mailing for approval for database upload and web access | 3.50 | 125.00 | 437.50 |
| 12-08-2021 | Kim Steverson | Revise and update Solicitation Memo and circulate same | 0.70 | 200.00 | 140.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 12-08-2021 | Tara Saldajeno | Log record of solicitation materials received from counsel on Document Tracker spreadsheet | 0.20 | 95.00 | 19.00 |
| 12-08-2021 | Colin Linebaugh | Update mailings log | 0.20 | 120.00 | 24.00 |
| 12-08-2021 | Michelle Ignacio | Performing IAS / Database / Other - development (non-coding): create custom report for Non Voting Classes 1, 2, 3, 6 to include Ballot Class 4 data for parties to reconcile Non Voting Plan Class package parties | 0.50 | 155.00 | 77.50 |
| 12-09-2021 | Michelle Ignacio | Update claims front end tabulation data entry form to conform to ballot | 0.50 | 155.00 | 77.50 |
| 12-09-2021 | Randy Lowry | Prepare affidavit/certificate of service - Solicitation | 1.00 | 120.00 | 120.00 |
| 12-13-2021 | Michael Gumulya | Review and analyze affidavit/certificate of service re: Solicitation | 0.30 | 125.00 | 37.50 |
| 12-14-2021 | Darleen Sahagun | Review and analyze affidavit/certificate of service re: Solicitation | 0.40 | 185.00 | 74.00 |
| 12-15-2021 | Yelena Bederman | Review email received from K. Steverson; Update master mailing matrix | 0.20 | 160.00 | 32.00 |
| 12-15-2021 | Yelena Bederman | Apply additional redaction to database per M. Gumulya request | 0.10 | 160.00 | 16.00 |
| 12-15-2021 | Yelena Bederman | Review e-mail received and respond to M. Gumulya re: additional redaction | 0.10 | 160.00 | 16.00 |
| 12-15-2021 | Randy Lowry | Review and analyze affidavit/certificate of service re: Plan Solicitation | 0.30 | 120.00 | 36.00 |
| 12-15-2021 | Scanning Operator | Scan affidavit/certificate of service - Plan Solicitation | 0.10 | 45.00 | 4.50 |
| 12-15-2021 | Michael Gumulya | Review and analyze affidavit/certificate of service re: Solicitation | 3.30 | 125.00 | 412.50 |
| 12-21-2021 | Kim Steverson | Coordinate hardcopy service of Plan Supplement and Notice of Plan Supplement | 0.30 | 200.00 | 60.00 |
| 12-21-2021 | Sandra Romero | Process mailing of Docket Nos.622, 623 | 1.50 | 75.00 | 112.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 12-21-2021 | Randy Lowry | Prepare affidavit/certificate of service - Docket Nos. 622-623 | 0.40 | 120.00 | 48.00 |
| 12-22-2021 | Colin Linebaugh | Update mailings log | 0.20 | 120.00 | 24.00 |
| 12-22-2021 | David Green | Prepare and communicate process for Mail Room information capture | 1.10 | 160.00 | 176.00 |
| 12-22-2021 | Randy Lowry | Process mailing of Supplemental Docket Nos. 596-597, 622 | 0.20 | 120.00 | 24.00 |
| 12-22-2021 | Randy Lowry | Prepare Affidavit/Certificate of Service - Supplemental Docket Nos. 596-597, 622 | 0.30 | 120.00 | 36.00 |
| 12-22-2021 | Randy Lowry | Review and analyze affidavit/certificate of service re: Docket Nos. 622-623 | 0.40 | 120.00 | 48.00 |
| 12-22-2021 | Randy Lowry | Prepare Service List - Supplemental Docket Nos. 596-597, 622 | 0.10 | 120.00 | 12.00 |
| 12-22-2021 | Randy Lowry | Prepare/coordinate hardcopy service of document(s) - Supplemental Docket Nos. 596-597, 622 | 0.10 | 120.00 | 12.00 |
| 12-22-2021 | Kim Steverson | Review ballot report and email counsel regarding receipt of first ballot | 0.20 | 200.00 | 40.00 |
| 12-22-2021 | Michael Gumulya | Review and analyze affidavit/certificate of service re: Supplemental 622 | 0.70 | 125.00 | 87.50 |
| 12-23-2021 | Michael Gumulya | Review and analyze affidavit/certificate of service re: Docket No 622-623 | 1.00 | 125.00 | 125.00 |
| 12-23-2021 | Colin Linebaugh | Update mailings log | 0.20 | 120.00 | 24.00 |
| 12-24-2021 | Yelena Bederman | Create a ballot for Hytera Communications Co Ltd, print it and reply to K. Steverson | 0.30 | 160.00 | 48.00 |
| 12-24-2021 | Kim Steverson | Review file and email J. Rosell & PSZJ regarding request for Class 4 ballots | 0.30 | 200.00 | 60.00 |
| 12-24-2021 | Kim Steverson | Email J. Rosell & PSZJ transmitting Motorola ballot | 0.30 | 200.00 | 60.00 |
| 12-24-2021 | Kim Steverson | Review e-mail received and respond to G. Kallergis @ Calfee re request for ballots | 0.20 | 200.00 | 40.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-27-2021 | Michael Gumulya | Review and analyze affidavit/certificate of service re: Docket No 622-623 | 0.50 | 125.00 | 62.50 |
| 12-27-2021 | Randy Lowry | Review e-mail received and respond to N. Lockwood @ PSZJ re Certificates of Service re Docket Nos. 622-623 & Supplemental Docket No. 622 | 0.20 | 120.00 | 24.00 |
| 12-27-2021 | Scanning Operator | Scan affidavit/certificate of service - Docket Nos. 622-623 | 0.10 | 45.00 | 4.50 |
| 12-27-2021 | Randy Lowry | Review and analyze affidavit/certificate of service re: Docket Nos. 622-623 | 0.30 | 120.00 | 36.00 |
| 12-28-2021 | Emma Guandique | SOLPRE - Prepare/distribute ballot tabulation reports | 0.10 | 90.00 | 9.00 |
| 12-28-2021 | Emma Guandique | Process incoming ballots | 0.30 | 90.00 | 27.00 |
| 12-28-2021 | Homero Cuberos | Verify processed ballots | 0.30 | 75.00 | 22.50 |
| 12-29-2021 | Kim Steverson | Review file and email J. Rosell & PSZJ transmitting ballot report | 0.20 | 200.00 | 40.00 |
| 12-30-2021 | Kim Steverson | Review file and email J. Rosell @ PSZJ transmitting ballot report | 0.20 | 200.00 | 40.00 |
| 12-30-2021 | Emma Guandique | Prepare/distribute ballot tabulation reports to interested parties | 0.10 | 90.00 | 9.00 |
| | | **Total** | | | 4,808.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Colin Linebaugh | 0.60 | 120.00 | 72.00 |
| Darleen Sahagun | 0.40 | 185.00 | 74.00 |
| David Green | 1.10 | 160.00 | 176.00 |
| Emma Guandique | 0.50 | 90.00 | 45.00 |
| Homero Cuberos | 0.30 | 75.00 | 22.50 |
| Kim Steverson | 9.50 | 200.00 | 1,900.00 |
| Lori Zullo | 0.20 | 145.00 | 29.00 |
| Michael Gumulya | 9.30 | 125.00 | 1,162.50 |
| Michelle Ignacio | 3.60 | 155.00 | 558.00 |
| Randy Lowry | 3.80 | 120.00 | 456.00 |

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Sandra Romero | 1.50 | 75.00 | 112.50 |
| Scanning Operator | 0.20 | 45.00 | 9.00 |
| Tara Saldajeno | 0.50 | 95.00 | 47.50 |
| Yelena Bederman | 0.90 | 160.00 | 144.00 |
| **Total** | | | 4,808.00 |

## Expenses

| Date | Plan Task To-Do | Description | Amount |
|---|---|---|---|
| 12-24-2021 | | Notary Fees | 30.00 |
| 12-29-2021 | | Copies | 7,528.70 |
| 12-31-2021 | | Postage | 2,315.07 |
| 12-31-2021 | | Envelopes | 414.18 |
| | | **Total Expenses** | 10,287.95 |

## Expense Summary

| Professional | Amount |
|---|---|
| | 10,287.95 |
| **Total Expenses** | 10,287.95 |

| Expense | Amount |
|---|---|
| E101 - Copies | 7,528.70 |
| E115 - Notary Fees | 30.00 |
| E123 - Envelopes | 414.18 |
| E208 - Postage | 2,315.07 |
| **Total Expenses** | 10,287.95 |

| | |
|---|---|
| **Total for this Invoice** | 15,095.95 |
| **Previous Balance** | 9,603.50 |
| **Total Amount to Pay** | 24,699.45 |



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

February 10, 2022

Hytera America Incorporated

**Invoice Number: 10385**
Invoice Period: 01-01-2022 - 01-31-2022

Payment Terms: Upon Receipt

**RE: Multiple Matters**

## Case Administration

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 01-18-2022 | Tara Saldajeno | Log record of files received from counsel on Document Tracker spreadsheet | 0.20 | 95.00 | 19.00 |
| 01-28-2022 | Michael Gumulya | Review and verify address updates for approval for database upload and web access | 1.70 | 125.00 | 212.50 |
| 01-31-2022 | Michael Gumulya | Review and verify address updates for approval for database upload and web access | 1.00 | 125.00 | 125.00 |
| | | **Total** | | | 356.50 |

### Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Michael Gumulya | 2.70 | 125.00 | 337.50 |
| Tara Saldajeno | 0.20 | 95.00 | 19.00 |
| **Total** | | | 356.50 |

## Claims

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|------:|-----:|-------:|
| 01-05-2022 | Michelle Ignacio | Set up Creditor Service List application code for custom mailing list requested by Yelena Bederman @ Omni | 0.40 | 155.00 | 62.00 |
| | | | **Total** | | 62.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|-------------|------:|-----:|-------:|
| Michelle Ignacio | 0.40 | 155.00 | 62.00 |
| **Total** | | | 62.00 |

## Noticing

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|------:|-----:|-------:|
| 01-05-2022 | Yelena Bederman | Prepare service list - Docket No. 640 | 0.50 | 160.00 | 80.00 |
| 01-05-2022 | Yelena Bederman | Review e-mail received and respond to D. Sahagun re: service list | 0.10 | 160.00 | 16.00 |
| 01-05-2022 | Darleen Sahagun | Prepare service list - Docket No. 640 | 0.20 | 185.00 | 37.00 |
| 01-05-2022 | Darleen Sahagun | Prepare/coordinate hardcopy service of document(s) - Docket No. 640 | 0.20 | 185.00 | 37.00 |
| 01-05-2022 | Darleen Sahagun | Process mailing of Docket No. 640 | 1.00 | 185.00 | 185.00 |
| 01-05-2022 | Colin Linebaugh | Review e-mail received and respond to K. LaBrada @ PSZJ re service of Docket No. 640 | 0.20 | 120.00 | 24.00 |
| 01-05-2022 | Delita Welch | Review and process incoming mail | 0.10 | 135.00 | 13.50 |
| 01-05-2022 | Kim Steverson | Calls with J. Rosell and K. Labrada @ PSZJ re service of Plan Supplement | 0.20 | 200.00 | 40.00 |
| 01-07-2022 | Delita Welch | Review and process incoming mail | 0.10 | 135.00 | 13.50 |
| 01-08-2022 | Delita Welch | Review and process incoming mail | 0.10 | 135.00 | 13.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 01-20-2022 | Ana Carranza | Review and process incoming mail | 0.10 | 75.00 | 7.50 |
| 01-21-2022 | Ana Carranza | Scan return mail | 0.10 | 75.00 | 7.50 |
| 01-26-2022 | Noah Hurst | Process address updates | 0.20 | 125.00 | 25.00 |
| 01-26-2022 | Noah Hurst | Review and post returned mail in database | 0.60 | 125.00 | 75.00 |
| 01-27-2022 | Elka Booth | Review and process incoming mail | 0.10 | 60.00 | 6.00 |
| 01-28-2022 | Noah Hurst | Review and post returned mail in database | 0.20 | 125.00 | 25.00 |
| 01-28-2022 | Noah Hurst | Process address updates | 0.20 | 125.00 | 25.00 |
| 01-28-2022 | Elka Booth | Review and process incoming mail | 0.10 | 60.00 | 6.00 |
| | | | **Total** | | 636.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Ana Carranza | 0.20 | 75.00 | 15.00 |
| Colin Linebaugh | 0.20 | 120.00 | 24.00 |
| Darleen Sahagun | 1.40 | 185.00 | 259.00 |
| Delita Welch | 0.30 | 135.00 | 40.50 |
| Elka Booth | 0.20 | 60.00 | 12.00 |
| Kim Steverson | 0.20 | 200.00 | 40.00 |
| Noah Hurst | 1.20 | 125.00 | 150.00 |
| Yelena Bederman | 0.60 | 160.00 | 96.00 |
| **Total** | | | 636.50 |

| | |
|---|---|
| **Total for this Invoice** | 1,055.00 |
| **Previous Balance** | 0.00 |
| **Total Amount to Pay** | 1,055.00 |



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

February 10, 2022

Hytera America Incorporated-327

**Invoice Number: 10386**
Invoice Period: 01-01-2022 - 01-31-2022

Payment Terms: Upon Receipt

**RE: Balloting**

## Balloting

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 01-04-2022 | Emma Guandique | Process incoming ballots | 0.80 | 90.00 | 72.00 |
| 01-04-2022 | Emma Guandique | Prepare/distribute ballot tabulation reports to interested parties | 0.20 | 90.00 | 18.00 |
| 01-04-2022 | Kim Steverson | Coordinate with Tabulation Team regarding processing | 0.20 | 200.00 | 40.00 |
| 01-04-2022 | Kim Steverson | Review file and email J. Rosell @ PSZJ transmitting ballot report | 0.20 | 200.00 | 40.00 |
| 01-04-2022 | Kim Steverson | Email J. Rosell @ PSZJ re ballots for SAF Tehnika and Service Communications | 0.20 | 200.00 | 40.00 |
| 01-04-2022 | Homero Cuberos | Verify processed ballots | 0.70 | 75.00 | 52.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 01-05-2022 | Homero Cuberos | Verify processed ballots | 0.10 | 75.00 | 7.50 |
| 01-05-2022 | Emma Guandique | Process incoming ballots | 0.20 | 90.00 | 18.00 |
| 01-05-2022 | Kim Steverson | Review file and email J. Rosell @ PSZJ transmitting ballot report | 0.20 | 200.00 | 40.00 |
| 01-06-2022 | Kim Steverson | Review file and email J. Rosell @ PSZJ transmitting ballot report | 0.20 | 200.00 | 40.00 |
| 01-06-2022 | Emma Guandique | Prepare/distribute ballot tabulation reports to interested parties | 0.20 | 90.00 | 18.00 |
| 01-07-2022 | Kim Steverson | Review ballots and communicate with Tabulation team regarding same | 0.30 | 200.00 | 60.00 |
| 01-07-2022 | Kim Steverson | Email J. Rosell @ PSZJ transmitting ballot report | 0.20 | 200.00 | 40.00 |
| 01-16-2022 | Kim Steverson | Draft Hytera Voting Declaration | 0.70 | 200.00 | 140.00 |
| 01-18-2022 | Emma Guandique | Prepare/distribute ballot tabulation reports to interested parties | 0.20 | 90.00 | 18.00 |
| | | | **Total** | | 644.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Emma Guandique | 1.60 | 90.00 | 144.00 |
| Homero Cuberos | 0.80 | 75.00 | 60.00 |
| Kim Steverson | 2.20 | 200.00 | 440.00 |
| **Total** | | | 644.00 |

| | |
|---|---|
| **Total for this Invoice** | 644.00 |
| **Previous Balance** | 15,095.95 |
| **Total Amount to Pay** | 15,739.95 |



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

March 10, 2022

Hytera America Incorporated

**Invoice Number: 10458**
Invoice Period: 02-01-2022 - 02-28-2022

Payment Terms: Upon Receipt

**RE: Multiple Matters**

## <u>Case Administration</u>

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 02-14-2022 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: matrix updates | 0.10 | 160.00 | 16.00 |
| 02-17-2022 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: matrix updates | 0.10 | 160.00 | 16.00 |
| 02-17-2022 | Kim Steverson | Review e-mail received and respond to B. Anavim@ PSZJ re matrix updates | 0.20 | 200.00 | 40.00 |
| 02-17-2022 | Kim Steverson | Review e-mail received and respond to J. Rosell @ PSZJ regarding fee estimate | 0.20 | 200.00 | 40.00 |
| 02-17-2022 | Kim Steverson | Review file and work on fee estimate for plan closing | 0.30 | 200.00 | 60.00 |
| 02-22-2022 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: matrix updates | 0.10 | 160.00 | 16.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 02-22-2022 | Yelena Bederman | Perform address standardization and auto/manual de-duplication functions on the master mailing matrix | 0.20 | 160.00 | 32.00 |
| | | | **Total** | | 220.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Kim Steverson | 0.70 | 200.00 | 140.00 |
| Yelena Bederman | 0.50 | 160.00 | 80.00 |
| **Total** | | | 220.00 |

## Expenses

### Expenses

| Date | Plan Task To-Do | Description | Amount |
|------|-----------------|-------------|--------|
| 02-23-2022 | | Notary Fees | 15.00 |
| 02-26-2022 | | Copies | 302.00 |
| 02-26-2022 | | Scanned Pages | 0.10 |
| 02-27-2022 | | Envelopes | 200.06 |
| 02-28-2022 | | Postage | 855.16 |
| | | **Total Expenses** | 1,372.32 |

### Expense Summary

| Professional | Amount |
|-------------|--------|
| | 1,372.32 |
| **Total Expenses** | 1,372.32 |

| Expense | Amount |
|---------|--------|
| E101 - Copies | 302.00 |
| E102 - Scanned Pages | 0.10 |
| E115 - Notary Fees | 15.00 |
| E123 - Envelopes | 200.06 |
| E208 - Postage | 855.16 |
| **Total Expenses** | 1,372.32 |

## Noticing

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 02-09-2022 | Elka Booth | Review and process incoming mail | 0.10 | 60.00 | 6.00 |
| 02-14-2022 | Noah Hurst | Review and post returned mail in database | 0.30 | 125.00 | 37.50 |
| 02-17-2022 | Noah Hurst | Review and post returned mail in database | 0.10 | 125.00 | 12.50 |
| 02-18-2022 | Kim Steverson | Review e-mail received and respond to J. Rosell @ PSZJ re service of Notice of Effective Date | 0.20 | 200.00 | 40.00 |
| 02-22-2022 | Randy Lowry | Prepare/coordinate hardcopy service of document(s) - Docket No. - Notice of Effective Date | 0.10 | 120.00 | 12.00 |
| 02-22-2022 | Yelena Bederman | Review e-mail received and respond to R. Lowry re: service list | 0.10 | 160.00 | 16.00 |
| 02-22-2022 | Randy Lowry | Review e-mail received and respond to K. LaBrada @ PSZJ re Service of Docket Nos. 706-707 | 0.20 | 120.00 | 24.00 |
| 02-22-2022 | Daniel Thomson | Prepare service list - Docket No. 707 | 1.00 | 120.00 | 120.00 |
| 02-22-2022 | Colin Linebaugh | Prepare/coordinate hardcopy service of document(s) - Docket Nos. 706-707 | 0.20 | 120.00 | 24.00 |
| 02-22-2022 | Colin Linebaugh | Process mailing of Docket Nos. 706-707 | 1.80 | 120.00 | 216.00 |
| 02-22-2022 | Colin Linebaugh | Prepare service list - Docket Nos. 706-707 | 0.40 | 120.00 | 48.00 |
| 02-22-2022 | Colin Linebaugh | Prepare/coordinate e-mail service of document(s) - Docket Nos. 706-707 | 0.30 | 120.00 | 36.00 |
| 02-22-2022 | Kim Steverson | Prepare/coordinate hardcopy service of Notice of Effective Date | 0.30 | 200.00 | 60.00 |
| 02-22-2022 | Michael Gumulya | Review and verify noticing instruction, service list, and service documents to direct and supervise fulfillment team | 3.20 | 125.00 | 400.00 |
| 02-23-2022 | Randy Lowry | Prepare affidavit/certificate of service - Docket Nos. 706-707 | 0.50 | 120.00 | 60.00 |
| 02-23-2022 | Colin Linebaugh | Update mailings log | 0.20 | 120.00 | 24.00 |
| 02-25-2022 | Michael Gumulya | Review and analyze affidavit/certificate of service re: Docket No 706-707 | 1.50 | 125.00 | 187.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 02-28-2022 | Randy Lowry | Review and analyze affidavit/certificate of service re: Docket Nos. 706-707 | 0.20 | 120.00 | 24.00 |
| 02-28-2022 | Scanning Operator | Scan affidavit/certificate of service - Docket Nos. 706-707 | 0.10 | 45.00 | 4.50 |
| 02-28-2022 | Michael Gumulya | Review and analyze affidavit/certificate of service re: Docket No 706-707 | 0.50 | 125.00 | 62.50 |
| | | | | **Total** | 1,414.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Colin Linebaugh | 2.90 | 120.00 | 348.00 |
| Daniel Thomson | 1.00 | 120.00 | 120.00 |
| Elka Booth | 0.10 | 60.00 | 6.00 |
| Kim Steverson | 0.50 | 200.00 | 100.00 |
| Michael Gumulya | 5.20 | 125.00 | 650.00 |
| Noah Hurst | 0.40 | 125.00 | 50.00 |
| Randy Lowry | 1.00 | 120.00 | 120.00 |
| Scanning Operator | 0.10 | 45.00 | 4.50 |
| Yelena Bederman | 0.10 | 160.00 | 16.00 |
| **Total** | | | 1,414.50 |

| | |
|---|---|
| **Total for this Invoice** | 3,006.82 |
| **Previous Balance** | 1,055.00 |
| **Total Amount to Pay** | 4,061.82 |



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

March 10, 2022

Hytera America Incorporated-327

**Invoice Number: 10459**
Invoice Period: 02-01-2022 - 02-28-2022

Payment Terms: Upon Receipt

**RE: Balloting**

## Balloting

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 02-03-2022 | Kim Steverson | Email J. Rosell @ PH re appearance at confirmation hearing | 0.20 | 200.00 | 40.00 |
| 02-09-2022 | Kim Steverson | Review e-mail received and respond to J. Rosell @ PSZJ transmitting ballots | 0.20 | 200.00 | 40.00 |
| 02-09-2022 | Kim Steverson | Review ballots and tabulation in preparation for confirmation hearing | 0.50 | 200.00 | 100.00 |
| 02-10-2022 | Kim Steverson | Prepare for and attend confirmation hearing | 1.50 | 200.00 | 300.00 |
| 02-10-2022 | Kim Steverson | Email J. Rosell @PSZJ re appearance at confirmation hearing | 0.20 | 200.00 | 40.00 |
| | | | **Total** | | 520.00 |

**Time Summary**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Kim Steverson | 2.60 | 200.00 | 520.00 |
| **Total** | | | 520.00 |

| | |
|---|---|
| **Total for this Invoice** | 520.00 |
| **Previous Balance** | 15,739.95 |
| **Total Amount to Pay** | 16,259.95 |

# EXHIBIT B

Summary by Category

### THIRD INTERIM PERIOD

| | | |
|---|---|---|
| Balloting | 61.8 | $9,067.00 |
| Claims | 0.4 | $62.00 |
| Case Administration | 4.1 | $576.50 |
| Noticing | 15.6 | $2,051.00 |
| Schedules/SoFA's | 1.5 | $276.00 |
| **TOTAL** | **83.4** | **$12,032.50** |

### FINAL APPLICATION PERIOD

| **CATEGORY** | **HOURS** | **TOTAL** |
|---|---|---|
| Balloting | 113.4 | $17,170.50 |
| Claims | 0.4 | $62.00 |
| Case Administration | 29 | $5,556.50 |
| Noticing | 15.6 | $2,051.00 |
| Schedules/SoFA's | 130.3 | $21,445.00 |
| **TOTAL** | **288.7** | **$46,285.00** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

11

# **EXHIBIT C**

## Summary of Expenses

| Expense | Amount |
|---|---|
| Copies | $7,830.70 |
| Scanned Pages | $0.10 |
| Notary Fees | $45.00 |
| Envelopes | $614.24 |
| Postage | $3,170.23 |
| **TOTAL** | **$11,660.27** |

DOCS_SF:107256.2 38393/001

# EXHIBIT D

Summary of Professionals

## THIRD INTERIM PERIOD

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Ana Carranza | 0.2 | $75.00 | $15.00 |
| Anthony Roque | 4.7 | $110.00 | $517.00 |
| Carolyn Cashman | 0.2 | $185.00 | $37.00 |
| Colin Linebaugh | 3.7 | $120.00 | $444.00 |
| Daniel Thomson | 1.0 | $120.00 | $120.00 |
| Darleen Sahagun | 1.8 | $185.00 | $333.00 |
| David Green | 1.1 | $160.00 | $176.00 |
| Delita Welch | 0.3 | $135.00 | $40.50 |
| Elka Booth | 0.3 | $60.00 | $18.00 |
| Emma Guandique | 2.1 | $90.00 | $189.00 |
| Homero  Cuberos | 1.1 | $75.00 | $82.50 |
| Javon Couch | 0.6 | $120.00 | $72.00 |
| Kim Steverson | 21.6 | $200.00 | $4,320.00 |
| Lori Zullo | 0.2 | $145.00 | $29.00 |
| Michael Gumulya | 18.0 | $125.00 | $2,250.00 |
| Michelle Ignacio | 4.0 | $155.00 | $620.00 |
| Noah Hurst | 1.6 | $125.00 | $200.00 |
| Randy Lowry | 4.8 | $120.00 | $576.00 |
| Sandra Romero | 1.5 | $75.00 | $112.50 |
| Scanning Operator | 0.3 | $45.00 | $13.50 |
| Slade Rheaume | 7.5 | $110.00 | $825.00 |
| Tara Saldajeno | 0.7 | $95.00 | $66.50 |
| Yelena Bederman | 6.1 | $160.00 | $976.00 |
| TOTAL | 83.4 | | $12,032.50 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:107256.2 38393/001

**FINAL ALLOWANCE PERIOD**

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Ana Carranza | 0.2 | $75.00 | $15.00 |
| Anthony Roque | 4.7 | $110.00 | $517.00 |
| Brian Osborne | 27.0 | $200.00 | $5,400.00 |
| Carolyn Cashman | 0.2 | $185.00 | $37.00 |
| Colin Linebaugh | 3.7 | $120.00 | $444.00 |
| Daniel Thomson | 1.0 | $120.00 | $120.00 |
| Darleen Sahagun | 1.8 | $185.00 | $333.00 |
| David Green | 3.1 | $160.00 | $496.00 |
| Delita Welch | 0.3 | $135.00 | $40.50 |
| Elka Booth | 0.3 | $60.00 | $18.00 |
| Emma Guandique | 3.8 | $90.00 | $342.00 |
| Homero  Cuberos | 1.1 | $75.00 | $82.50 |
| Javon Couch | 12.9 | $120.00 | $1,548.00 |
| Jennifer Lizakowski | 1.1 | $155.00 | $170.50 |
| Jennifer Perez | 18.5 | $90.00 | $1,665.00 |
| Kim Steverson | 105.5 | $200.00 | $21,100.00 |
| Lori Zullo | 10.5 | $145.00 | $1,522.50 |
| Max Meisler | 4.7 | $120.00 | $564.00 |
| Michael Gumulya | 30.5 | $125.00 | $3,812.50 |
| Michelle Ignacio | 18.4 | $155.00 | $2,852.00 |
| Noah Hurst | 1.6 | $125.00 | $200.00 |
| Paula Gray | 0.2 | $90.00 | $18.00 |
| Randy Lowry | 4.8 | $120.00 | $576.00 |
| Sandra Romero | 1.5 | $75.00 | $112.50 |
| Scanning Operator | 0.3 | $45.00 | $13.50 |
| Slade Rheaume | 10.5 | $110.00 | $1,155.00 |
| Tara Saldajeno | 2.3 | $95.00 | $218.50 |
| Yelena Bederman | 18.2 | $160.00 | $2,912.00 |
| **TOTAL** | **288.7** | | **$46,285.00** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:107256.2 38393/001

# **EXHIBIT E**

Professionals' Education and Experience

| Professional | Position | Year Started w/ Omni |
|---|---|---|
| Ana Carranza | Consultant | 2021 |
| Anthony Roque | Consultant | 2021 |
| Brian Osborne | President | 2004 |
| Carolyn Cashman | Senior Consultant | 2016 |
| Colin Linebaugh | Consultant | 2019 |
| Daniel Thomson | Consultant | 2021 |
| Darleen Sahagun | Senior Consultant | 2012 |
| David Green | Senior Consultant | 2018 |
| Delita Welch | Consultant | 2019 |
| Elka Booth | Consultant | 2020 |
| Emma Guandique | Consultant | 2017 |
| Homero  Cuberos | Consultant | 2020 |
| Javon Couch | Consultant | 2020 |
| Jennifer Lizakowski | Senior Consultant | 2020 |
| Jennifer Perez | Consultant | 2020 |
| Kim Steverson | VP, Corporate Restructuring Services | 2021 |
| Lori Zullo | Consultant | 2020 |
| Max Meisler | Consultant | 2020 |
| Michael Gumulya | Consultant | 2021 |
| Michelle Ignacio | Senior Consultant | 2002 |
| Noah Hurst | Consultant | 2021 |
| Paula Gray | Consultant | 2019 |
| Randy Lowry | Consultant | 2012 |
| Sandra Romero | Consultant | 2019 |
| Slade Rheaume | Consultant | 2021 |
| Tara Saldajeno | Consultant | 2019 |
| Yelena Bederman | Senior Consultant | 2008 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:107256.2 38393/001