# UNITED STATES BANKRUPTCY COURT

Central DISTRICT OF California

In Re. HCA West, Inc. et al.

§
§
§
§

Debtor(s)

Case No. 20-11507

Lead Case No. 20-11507

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2022

Petition Date: 05/26/2020

Months Pending: 21

Industry Classification: 3 6 6 3

Reporting Method:     Accrual Basis ⊙     Cash Basis ○

Debtor's Full-Time Employees (current):     0

Debtor's Full-Time Employees (as of date of order for relief):     0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

Mike Bergthold
Signature of Responsible Party

04/11/2022
Date

Agent of CRO

Printed Name of Responsible Party

514 Via de la Valle, Suite 210, Solana Beach, CA 92075
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name HCA West, Inc. et al.                                          Case No. 20-11507

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $4,345,801 | |
| b. Total receipts (net of transfers between accounts) | $4 | $11,143,816 |
| c. Total disbursements (net of transfers between accounts) | $3,799,033 | $10,401,507 |
| d. Cash balance end of month (a+b-c) | $546,772 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $3,799,033 | $10,401,507 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $6,970,683 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $6,970,683 |
| c. Inventory (Book ⦿ Market ◯ Other ◯ (attach explanation)) | $0 |
| d. Total current assets | $7,736,144 |
| e. Total assets | $7,736,144 |
| f. Postpetition payables (excluding taxes) | $1,062,942 |
| g. Postpetition payables past due (excluding taxes) | $1,062,942 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $1,062,942 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $20,082,184 |
| n. Total liabilities (debt) (j+k+l+m) | $21,145,126 |
| o. Ending equity/net worth (e-n) | $-13,408,982 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $2,915,392 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $2,915,392 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $15,175 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $15,175 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $3,415,500 | |
| f. Other expenses | $293,096 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-3,693,421 | $-7,139,198 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name HCA West, Inc. et al.　　　　　　　　　　　Case No. 20-11507

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $280,596 | $2,279,727 | $280,596 | $2,279,727 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Imperial Capital LLC | Financial Professional | $0 | $304,360 | $0 | $304,360 |
| ii | Pachulski Stang Zeil & Jones L | Lead Counsel | $272,396 | $1,158,526 | $272,396 | $1,158,526 |
| iii | Stapleton Group, Inc | Financial Professional | $0 | $222,584 | $0 | $222,584 |
| iv | Steptoe & Johnson LLP | Special Counsel | $8,200 | $576,105 | $8,200 | $576,105 |
| v | OMNI Management Group | Financial Professional | $0 | $18,152 | $0 | $18,152 |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  HCA West, Inc. et al.                                                            Case No.  20-11507

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name HCA West, Inc. et al.                                 Case No.  20-11507

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $12,500 | $386,401 | $12,500 | $386,401 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Craig Barbarosh | Other | $12,500 | $262,500 | $12,500 | $262,500 |
| ii | Moss Adams | Other | $0 | $8,750 | $0 | $8,750 |
| iii | Levene, Neale, Bender, Yoo & | Other | $0 | $115,151 | $0 | $115,151 |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  HCA West, Inc. et al.                                      Case No.  20-11507

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name HCA West, Inc. et al.                                    Case No. 20-11507

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name HCA West, Inc. et al.                                  Case No. 20-11507

|   | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
|   | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $293,096 | $2,678,628 | $293,096 | $2,678,628 |

## Part 6: Postpetition Taxes

|   |   | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $67,996 |
| e. | Postpetition property taxes paid | $0 | $1,219 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions)   Yes ● No ○

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)   Yes ○ No ●

c. Were any payments made to or on behalf of insiders?   Yes ○ No ●

d. Are you current on postpetition tax return filings?   Yes ● No ○

e. Are you current on postpetition estimated tax payments?   Yes ● No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ● No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○ No ●

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ● No ○ N/A ○

i. Do you have:   Worker's compensation insurance?   Yes ○ No ●
   If yes, are your premiums current?   Yes ○ No ○ N/A ● (if no, see Instructions)
   Casualty/property insurance?   Yes ● No ○
   If yes, are your premiums current?   Yes ● No ○ N/A ○ (if no, see Instructions)
   General liability insurance?   Yes ● No ○
   If yes, are your premiums current?   Yes ● No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ● No ○

k. Has a disclosure statement been filed with the court?   Yes ● No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ● No ○

Debtor's Name  HCA West, Inc. et al.                                  Case No.  20-11507

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


Mike Bergthold
_____
Signature of Responsible Party

Agent of CRO
_____
Title

Mike Bergthold
_____
Printed Name of Responsible Party

04/11/2022
_____
Date

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) |
|---|---|
| HCA West, Inc.<br>*et al.* | |
| | Case Number: 8:20-bk-11507 |
| | Operating Report Number: 21 |
| Debtor(s). | For the Month Ending: 2/28/2022 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS       11,192,969.84

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL       6,847,169.05
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                    **N1**       4,345,800.79

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing       0.00
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)    Interest Income & Security Deposit Return       4.31
    Other (Specify)    Vendor Refund       0.00
                       Restricted Cash keep in Hytera East account

    TOTAL RECEIPTS THIS PERIOD:       4.31

5.  BALANCE:       4,345,805.10

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)       0.00
    Disbursements (from page 2)       3,799,033.23

    TOTAL DISBURSEMENTS THIS PERIOD:***       3,799,033.23

7.  ENDING BALANCE:       546,771.87

8.  General Account Number(s):       CNB #3004, #5249, #7300, #7319, PayPal, Cash
                                     Sale of Assets

    Depository Name & Location:

**N1**  The beginning balance included on Part 1 of the MOR excludes all transfers between DIP accounts. It also excludes the net impact of collections received by Hytera US customers in error, and collections refunded to Hytera US from these customers.

| | | |
|---|---|---|
| Beginning Cash Balance | 4,345,801 | **N-1** |
| Transfer between DIP accounts | - | |
| Hytera US customers payments reimbursement | - | |
| Hytera East Intercompany Expenses Reimb | - | |
| Restricted cash kept in Hytera East restricted account  #3020 | - | |
| Adjust Beginning cash balance for Hytera West Oct MOR reporting | $      4,345,801 | |

\*   All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business, attach an exhibit specifying what was sold,
       to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable | Accounts Receivable | |
| --- | --- | --- | --- |
| | Post-Petition | Pre-Petition | Post-Petition |
| 30 days or less | 0.00 | | 0.00 |
| 31 - 60 days | 0.00 | | 0.00 |
| 61 - 90 days | 0.00 | | 0.00 |
| 91 - 120 days | 0.00 | | 0.00 |
| Over 120 days [1] | 1,171,664.50 | 5,805,703.61 | 1,168,898.79 |
| TOTAL: | 1,171,664.50 | 5,805,703.61 | 1,168,898.79 |

[1] $1,151,367 of the A/P amount is intercompany A/P. $944,725 of the A/R amount is intercompany A/R.

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | 0.00 | 8,045,267.21 |
| Less: Returns/Discounts | 0.00 | 50,993.56 |
| Net Sales/Revenue | 0.00 | 7,994,273.65 |
| | | |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | 0.00 | 2,434,703.71 |
| Other - Cost of Assets Sold | 0.00 | 1,669,647.73 |
| Purchases | 0.00 | 4,143,786.54 |
| Less: Ending Inventory at cost | 0.00 | 0.00 |
| Cost of Goods Sold (COGS) | 0.00 | 8,248,137.98 |
| | | |
| Gross Profit | 0.00 | (253,864.33) |
| | | |
| Other Operating Income (Itemize) | 15,170.82 | 15,170.82 |
| | | |
| Operating Expenses: | | |
| Payroll - Insiders | (4,805.31) | 83,952.59 |
| Payroll - Other Employees | | 743,857.69 |
| Payroll Taxes | | 57,865.25 |
| Other Taxes (Itemize) | 1,642.38 | 1,945.38 |
| Depreciation and Amortization | | 74,866.32 |
| Rent Expense - Real Property | 0.00 | 161,679.96 |
| Lease Expense - Personal Property | | 0.00 |
| Insurance | 5,500.00 | 252,863.39 |
| Real Property Taxes | | 1,218.72 |
| Telephone and Utilities | 445.28 | 17,863.89 |
| Repairs and Maintenance | (3,445.43) | 789.65 |
| Travel and Entertainment (Itemize) | | 6,167.31 |
| Miscellaneous Operating Expenses (Itemize) | 3,416,163.39 | 3,906,764.23 |
| Total Operating Expenses | 3,415,500.31 | 5,309,834.38 |
| Net Gain/(Loss) from Operations | (3,400,329.49) | (5,548,527.89) |
| | | |
| Non-Operating Income: | | |
| Interest Income | 4.31 | 190.22 |
| Net Gain on Sale of Assets (Itemize) | 0.00 | 0.00 |
| Other (Itemize) | | |
| Total Non-Operating income | 4.31 | 190.22 |
| | | |
| Non-Operating Expenses: | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | 293,095.90 | 2,980,696.60 |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 293,095.90 | 2,980,696.60 |
| | | |
| NET INCOME/(LOSS) | (3,693,421.08) | (8,529,034.27) |

(Attach exhibit listing all itemizations required above)    Page 14 of 16

X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 232,311.25 | |
| Restricted Cash | 314,460.62 | |
| Accounts Receivable | 6,970,683.03 | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | 0.00 | |
| Other (Itemize) | 218,688.75 | |
| Total Current Assets | | 7,736,143.65 |
| | | |
| Property, Plant, and Equipment | 0.00 | |
| Accumulated Depreciation/Depletion | 0.00 | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | 0.00 | |
| Total Other Assets | | 0.00 |
| | | |
| TOTAL ASSETS | | 7,736,143.65 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 1,062,942.39 | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 1,062,942.39 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities | | |
| Other (Itemize) | 20,082,184.00 | |
| Total Pre-petition Liabilities | | 20,082,184.00 |
| | | |
| TOTAL LIABILITIES | | 21,145,126.39 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (5,021,144.90) | |
| Post-petition Profit/(Loss) | (8,529,034.27) | |
| Direct Charges to Equity | 141,196.43 | |
| TOTAL EQUITY | | (13,408,982.74) |
| | | |
| TOTAL LIABILITIES & EQUITY | | 7,736,143.65 |

# CITY NATIONAL BANK

## AN RBC COMPANY

Page 1          (4)

Account #: ████004

This statement: February 28, 2022
Last statement: January 31, 2022

**Contact us:**
800-773-7100

South Orange CO. Office
20 Pacifica
Irvine, CA 92618

260                                    0830K
HYTERA COMMUNICATIONS AMERICA (WEST) INC
DIP CASE NO. 8:20-BK-11507-ES
514 VIA DE LA VALLE SUITE 210
SOLANA BEACH CA 92075

cnb.com

## Checking Account

| Account Summary | | Account Activity | |
|---|---|---|---|
| Account number | ████004 | Beginning balance (1/31/2022) | $4,021,747.20 |
| Minimum balance | $171,807.99 | | |
| Average balance | $3,052,725.64 | Credits | + $0.00 |
| Avg. collected balance | $3,052,725.00 | | |
| | | Debits   Checks paid (4) | - 56,790.31 |
| | | Electronic db (5) | - 3,793,095.90 |
| | | Other debits (5) | - 53.00 |
| | | **Total debits** | - $3,849,939.21 |
| | | Ending balance (2/28/2022) | $171,807.99 |

### CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | 2-7 | 19,750.00 | 117 | 2-15 | 4,801.75 | 118 | 2-4 | 26,738.56 | 119 | 2-24 | 5,500.00 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 2-1 | Bsuite Wire Out-Dom | 8,200.36 |
| 2-1 | Bsuite Wire Out-Dom | 12,500.00 |
| 2-3 | Bsuite Wire Out-Dom | 90,520.54 |
| 2-18 | Bsuite Wire Out-Dom | 181,875.00 |
| 2-23 | Bsuite Book Trans-Db | 3,500,000.00 |

### OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 2-1 | Service Charge BSUITE WIRE OUT-DM | | 12.00 |
| 2-1 | Service Charge BSUITE WIRE OUT-DM | | 12.00 |
| 2-3 | Service Charge BSUITE WIRE OUT-DM | | 12.00 |
| 2-18 | Service Charge BSUITE WIRE OUT-DM | | 12.00 |
| 2-23 | Service Charge BSUITE BOOK XFR-DB | | 5.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 1-31 | 4,021,747.20 | 2-4 | 3,883,751.74 | 2-18 | 3,677,312.99 | | |
| 2-1 | 4,001,022.84 | 2-7 | 3,864,001.74 | 2-23 | 177,307.99 | | |
| 2-3 | 3,910,490.30 | 2-15 | 3,859,199.99 | 2-24 | 171,807.99 | | |

**CITY NATIONAL BANK**

 AN RBC COMPANY

HYTERA COMMUNICATIONS AMERICA (WEST) INC  Page 2
February 28, 2022                                    Account #: ▮▮▮▮004

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



# CITY NATIONAL BANK

RBC AN RBC COMPANY

**Account #:** ███300

This statement: February 28, 2022
Last statement: January 31, 2022

**Contact us:**
800-773-7100

South Orange CO. Office
20 Pacifica
Irvine, CA 92618

260                                         0830N
HYTERA COMMUNICATIONS AMERICA (WEST) INC
DIPCASE NO. 8:20-BK-11507-ES
514 VIA DE LA VALLE SUITE 210
SOLANA BEACH CA 92075

cnb.com

## Business Checking

| Account Summary | | | Account Activity | | |
|---|---|---|---|---|---|
| Account number | ███300 | | **Beginning balance (1/31/2022)** | | $13,507.59 |
| Minimum balance | $13,305.59 | | | | |
| Average balance | $13,413.80 | | **Credits** | + $0.00 | |
| Avg. collected balance | $13,413.00 | | | | |
| | | | **Debits**  Checks paid  (0) | - 0.00 | |
| | | | Electronic db  (0) | - 0.00 | |
| | | | Other debits  (7) | - 202.00 | |
| | | | **Total debits** | | - $202.00 |
| | | | **Ending balance  (2/28/2022)** | | $13,305.59 |

## OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 2-16 | Service Charge ACH FILTER AUTHORI ZATIONS FOR 01/22 | | 2.00 |
| 2-16 | Service Charge ACH FRAUD PROTECTI ON SERVICE MAINT FOR 01/22 | | 10.00 |
| 2-16 | Service Charge TNET FOR BB ESSENT IAL ADD'L ACCTS FOR 01/22 | | 25.00 |
| 2-16 | Service Charge TNET FOR BB ESSENT IAL ACH MAINT FOR 01/22 | | 30.00 |
| 2-16 | Service Charge TNET FOR BB ESSENT IAL WIRE MAINT FOR 01/22 | | 30.00 |
| 2-16 | Service Charge ELECTRONIC DEP MAI NTENANCE WEB FOR 01/22 | | 50.00 |
| 2-16 | Service Charge TNET FOR BB ESSENT IAL ADD'L USERS FOR 01/22 | | 55.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 1-31 | 13,507.59 | 2-16 | 13,305.59 | | | | |

Thank you for banking with South Orange CO. Office



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE.  IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT.  ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.  1. Tell us your name and account number.  2. The dollar amount of the suspected error.  3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



# CITY NATIONAL BANK

## AN RBC COMPANY

**Page 1**            (0)

**Account #:** ▇▇▇319

This statement: February 28, 2022
Last statement: January 31, 2022

**Contact us:**
800-773-7100

South Orange CO. Office
20 Pacifica
Irvine, CA 92618

cnb.com

260                              0830N
HYTERA COMMUNICATIONS AMERICA (WEST) INC
DIP CASE NO. 8:20-BK-11507-ES
(DAILY EXPENSE ACCOUNT)
514 VIA DE LA VALLE SUITE 210
SOLANA BEACH CA 92075

## Business Checking Account

| Account Summary | | Account Activity | |
|---|---|---|---|
| Account number | ▇▇▇319 | **Beginning balance (1/31/2022)** | $47,380.00 |
| Minimum balance | $47,380.00 | | |
| Average balance | $47,380.00 | **Credits** | + $0.00 |
| Avg. collected balance | $47,380.00 | | |
| | | **Debits** | - $0.00 |
| | | **Ending balance  (2/28/2022)** | $47,380.00 |

**\*\*  No activity this statement period \*\***



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE.  IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT.  ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.  1. Tell us your name and account number.  2. The dollar amount of the suspected error.  3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



**HCA West**
**2/28/2022 MOR Reporting**

Part 7

Payments on Prepetition Debt:

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 2/25/2022 | $ 3,391,756.83 | Payment to Motorola Solutions in accordance with the plan of liquidation. Plan effective date 2/22/2022. |