| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DAVID L. NEALE (SBN 141225)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234;<br>Facsimile: (310) 229-1244<br>Email: DLN@LNBYG.com, JYO@LNBYG.com<br><br>☒    *Attorney for*: Joint Committee of Creditors Holding Unsecured Claims | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 09 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY jle       DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>HCA WEST, INC., *et al.,*<br><br><br><br><br><br><br><br><br>Debtors. | CASE NO.: 8:20-bk-11507-ES<br>CHAPTER: 11 |
|---|---|
|  | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
|  | DATE: June 9, 2022<br>TIME: 10:30 a.m.<br>PLACE: ZoomGov |

1. Name of Applicant (*specify*): Levene, Neale, Bender, Yoo & Golubchik L.L.P.

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:  Appearances were waived pursuant to the tentative ruling of the Court.
    a. ☐ Applicant present in court
    b. ☐ Attorney for Applicant present in court (name):
    c. ☐ Attorney for United States trustee present in court
    d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): April 8, 2022

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 1                              **F 2016-1.3.ORDER.PAYMENT.FEES**

5.  The court orders as follows:
    a.  ☐ Application for Payment of Interim Fees is approved:
        ☐ Total amount allowed:

    b.  ☐ Application for Reimbursement of Interim Expenses is approved:
        ☐ Total amount allowed:

    c.  ☒ Application for Payment of Final Fees is approved in the amount of: $ 13,422.50

    d.  ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
        ☐ Total amount allowed: $ 355.07

    e.  (1) ☐ Application is denied
            ☐ in full
            ☐ in part
            ☐ without prejudice
            ☐ with prejudice

        (2) Grounds for denial *(specify)*:

    f.  ☒ The court further orders *(specify)*:   Applicant is authorized to be paid the unpaid amount of Applicant's allowed fees and expenses, in the total sum of $13,777.57. In addition, all fees and expenses that the Court previously awarded Applicant on an interim basis are approved on a final basis.

###

Date: June 9, 2022

Erithe Smith
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                              Page 2                                  **F 2016-1.3.ORDER.PAYMENT.FEES**