| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ira D. Kharasch (CA Bar No. 109084)<br>John W. Lucas (CA Bar No. 271038)<br>Victoria A. Newmark (CA Bar No. 183581)<br>Jason H. Rosell (CA Bar No. 269126)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>E-mail: ikharasch@pszjlaw.com<br>jlucas@pszjlaw.com<br>vnewmark@pszjlaw.com<br>jrosell@pszjlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for: Counsel to the Debtors and Debtors in Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>HCA WEST INC., *et al.*<br><br>Debtors and Debtors-in Possession.<br><br>Affects:<br><br>☒ All Debtors<br>☐ HCA WEST, INC., ONLY<br>☐ HAI EAST, INC., ONLY<br>☐ HNA, INC., ONLY<br><br>Debtor(s) | CASE NO.: 8:20- bk-11507-ES (Jointly Administered with 8:20- bk-11508-ES and 8:20- bk-11509-ES)<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *FOURTH AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION; DECLARATION OF JASON H. ROSELL IN SUPPORT THEREOF* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

PLEASE TAKE NOTE that the order titled *Order on Application for Payment of Final Fees and/or Expenses (11 U.S.C. § 330)*

was lodged on June 10, 2022 and is attached.  This order relates to the motion which is docket number 724.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

One Market Plaza, Spear Tower 40th Floor, Suite 4000 San Francisco, CA 94105-1020

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 10, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On June 10, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Michael J Hauser
United States Trustee
411 W Fourth St Suite 7160
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 10, 2022 | Matt Renck | /s/ Matt Renck |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Karol K Denniston**    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com; sarah.conley@squirepb.com; karol-k-denniston-9025@ecf.pacerpro.com
- **Gail S Greenwood**    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Lydia A Hewett**    lydia.hewett@cpa.state.tx.us
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Mark E McKane**    mark.mckane@kirkland.com, mmckane@kirkland.com; alevin@kirkland.com; lydia-yale-8751@ecf.pacerpro.com
- **Christopher Minier**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David L. Neale**    dln@lnbyg.com
- **Victoria Newmark**    vnewmark@pszjlaw.com
- **Juliet Y. Oh**    jyo@lnbyg.com, jyo@lnbyb.com
- **Jason H Rosell**    jrosell@pszjlaw.com, mrenck@pszjlaw.com
- **Jeffrey Snyder**    eservice@bilzin.com, eservice@bilzin.com
- **Adam D Stein-Sapir**    info@pfllc.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Michael J. Weiland**    mweiland@wgllp.com, kadele@wgllp.com; vrosales@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                          **F 9013-**
**3.1.PROOF.SERVICE**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Ira D. Kharasch (CA Bar No. 109084)<br>John W. Lucas (CA Bar No. 271038)<br>Victoria A. Newmark (CA Bar No. 183581)<br>Jason H. Rosell (CA Bar No. 269126)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>E-mail:  ikharasch@pszjlaw.com<br>         jlucas@pszjlaw.com<br>         vnewmark@pszjlaw.com<br>         jrosell@pszjlaw.com<br><br>☒ *Counsel to the Debtors and Debtors in Possession* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>HCA WEST INC., *et al.*<br><br>    Debtors and Debtors-in Possession.<br><br>Affects:<br><br>☒ All Debtors<br>☐ HCA WEST, INC., ONLY<br>☐ HAI EAST, INC., ONLY<br>☐ HNA, INC., ONLY<br><br><br>                                                Debtor(s). | CASE NO.: 8:20- bk-11507-ES (Jointly Administered with 8:20- bk-11508-ES and 8:20- bk-11509-ES)<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE:  June 9, 2022<br>TIME:  10:30 a.m.<br>PLACE: ZoomGov |
|---|---|

1. Name of Applicant (*specify*): PACHULSKI STANG ZIEHL & JONES LLP

2. This proceeding was heard at the date and place set forth above and was     ☒ Contested    ☐ Uncontested

3. Appearances were made as follows:

    a. ☐ Applicant present in court
    b. ☒ Attorney for Applicant present in court (name): Jason H. Rosell
    c. ☐ Attorney for United States trustee present in court

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                           **F 2016-1.3.ORDER.PAYMENT.FEES**

DOCS_NY:45493.2 38393/002

    d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): 04/07/2022

5. The court orders as follows:

    a. ☐ Application for Payment of Interim Fees is approved as follows:
       (1) ☐ Total amount allowed: $

    b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
         ☐ Total amount allowed: $

    c. ☒ Application for Payment of Final Fees is approved in the amount of: $ 2,061,306.25

    d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
         ☒ Total amount allowed: $ 77,633.52

    e. (1) ☐ Application is denied
           ☐ in full
           ☐ in part
           ☐ without prejudice
           ☐ with prejudice
      (2) Grounds for denial (*specify*):

    f. ☒ The court further orders (*specify*): The Debtors are authorized to pay the Applicant the unpaid balance of Applicant's allowed fees and expenses in the amount of $80,709.34 in fees and $0.00 in expenses, for a total unpaid balance of $80,709.34.

###

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*   Page 2   **F 2016-1.3.ORDER.PAYMENT.FEES**

DOCS_NY:45493.2 38393/002