

**FILED & ENTERED**

AUG 11 2022

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:20-bk-11507-ES |
| HCA WEST, INC., et al. | Chapter 11 |
|     Debtors and Debtors in Possession. | Jointly Administered With Case Nos.: 8:20-bk-11508-ES and 8:20-bk-11509-ES |
| Affects: | |
| ☒ All Debtors | **POST-CONFIRMATION STATUS CONFERENCE ORDER** |
| ☐ HCA WEST, INC., ONLY | |
| ☐ HAI EAST, INC., ONLY | Date:  December 14, 2022<br>Time:  10:30 a.m.<br>Place:  Courtroom 5A |
| ☐ HNA, INC., ONLY | |

    A Chapter 11 Post-Confirmation Status Conference took place on August 11, 2022 at 10:30 a.m. Appearances were made as noted on the Court's record.

    Based upon the Chapter 11 status report filed on behalf of Debtor and/or oral argument and representations made by counsel for the parties at the status conference, and pursuant to 11 U.S.C. § 105, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

___ This Status Conference is concluded or will be rescheduled by the Court at later date;

 X  This Status Conference is continued to <u>December 14, 2022 at 10:30 a.m.</u> An updated status report must be filed by <u>November 30, 2022</u>.

Date: August 11, 2022

Erithe Smith
United States Bankruptcy Judge