Ira D. Kharasch (CA Bar No. 109084)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail:   ikharasch@pszjlaw.com
          jrosell@pszjlaw.com
          vnewmark@pszjlaw.com

*Counsel to Stapleton Group, solely as Liquidation Trustee of the HCA Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>HCA WEST, INC., *et al.*,<br>Debtors.<br>Affects:<br>☒ All Debtors<br>☐ HCA WEST, INC., ONLY<br>☐ HAI EAST, INC., ONLY<br>☐ HNA, INC., ONLY | Case No.  8:20-bk-11507-ES<br>Chapter 11<br>Jointly Administered and Consolidated<br>**POST-CONFIRMATION STATUS REPORT**<br>Status Conference:<br>Date:   December 14, 2022<br>Time:   10:30 a.m. (Pacific Time)<br>Place:  ZoomGov |

Stapleton Group (the "**Liquidation Trustee**"), solely in its capacity as liquidation trustee of the HCA Liquidation Trust (the "**Liquidation Trust**"), formed pursuant to the *Third Amended Joint Chapter 11 Plan of Liquidation* of the above-captioned debtors (collectively, the "**Debtors**"), hereby submits this *Post-Confirmation Status Report* in accordance with Rule 3020-1 of the Local Bankruptcy Rules.

### A.    **Substantial Consummation of the Plan**

On May 26, 2020 (the "**Petition Date**"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors' bankruptcy was precipitated by a civil

DOCS_SF:108204.1

judgment of liability for compensatory and punitive damages totaling $764.6 million in favor of Motorola Solutions, Inc. ("**Motorola**") based on alleged claims of trade secret misappropriation.

On December 23, 2020, the Court entered an order [Docket No. 375] (the "**Sale Order**") approving the sale of substantially all of the Debtors' assets to Hytera US, Inc. (the "**Hytera US**").

On February 11, 2022, the Court entered an order [Docket No. 692] confirming the *Third Amended Joint Chapter 11 Plan of Liquidation* (the "Plan") [Docket No. 596]. The Plan became effective on February 22, 2022 (the "**Effective Date**").

Pursuant to the Plan, the Debtors' estates were substantively consolidated and the Debtors, certain insiders of the Debtors, and Motorola, effectuated a settlement whereby a $2 million fund was created to satisfy non-Motorola general unsecured claims in exchange for releases. On the Effective Date, all assets of the Debtors, including any remaining accounts receivable and causes of action, and all rights and powers of the Debtors, automatically vested in the Liquidation Trust. Under the terms of the Plan, the Liquidation Trustee, on behalf of the Liquidation Trust, was tasked with, among other matters, (a) administering the trust assets, (b) collecting accounts receivable, (c) reconciling and resolving claims, including administrative and professional fee claims, and (d) making all distributions required under the Plan. The Plan contemplates closure of the Liquidation Trust after all assets have been administered, all reasonably possible distributions made, and all disputed claims resolved.

Since the Effective Date, the Liquidation Trustee has (a) paid Motorola $13,000,000 and (b) distributed approximately $2 million in the aggregate to satisfy all allowed administrative claims, priority claims, and non-Motorola general unsecured claims. For the avoidance of doubt, ***all non-Motorola general unsecured claims have been paid in full***.

Since the Effective Date, the Liquidation Trustee has collected approximately $225,000 in accounts receivable and resolved all disputed claims. In addition, the Liquidation Trustee has paid all professionals in accordance with orders entered on final fee applications, and the Liquidation Trustee holds a reserve for any remaining post-confirmation professional fees.

Under the circumstances, the Liquidation Trustee believes that the Plan has been substantially consummated.

2

DOCS_SF:108204.1

### B. Schedule of Post-Confirmation Plan Payments

A schedule listing for each debt and each class of claims, (a) the total amount required to be paid under the Plan, (b) the amount required to be paid as of the date of this report, (c) the amount actually paid as of the date of this report, and (d) the deficiency, if any, in required payments is attached hereto as **Exhibit A**.  For the avoidance of doubt, and as discussed above, (a) all required Plan payments have been made, all administrative claims, priority claims, and all non-Motorola general unsecured claims (Class 4 Claims) have been paid in full and (b) all disputed claims have been resolved.

### C. Schedule of Post-Confirmation Tax Liabilities

A schedule of any and all post-confirmation tax liabilities that have accrued or come due, and a detailed explanation of payments thereon, is attached hereto as **Exhibit B**.  The Liquidation Trustee filed state and federal taxes on behalf of the Debtors on or about October 10, 2022 for tax year 2021.  Final state and federal tax returns for tax year 2022 will be filed once the final disbursements have been made and the Liquidation Trustee.

### D. Compliance With the Terms of the Plan

The Liquidation Trust has sufficient cash reserves to enable the Liquidation Trustee to continue its ability to comply with the terms of the Plan.

### E. Final Decree

On November 23, 2022, the Liquidation Trustee filed its *Motion for Entry of an Order (A) Authorizing Transfer of Remaining Accounts Receivable to Creditor Motorola Solutions, Inc. and (B) Issuing Final Decree Closing Chapter 11 Case Pursuant to Bankruptcy Code Section 350(a) and Federal Rules of Bankruptcy Procedure 3022* [Docket No. 775] (the "Final Decree Motion").

Pursuant to the Final Decree Motion, the Liquidation Trustee seeks (a) authority to transfer the Liquidation Trust's remaining accounts receivable to Motorola Solutions, Inc., the sole beneficiary of the Liquidation Trust and (b) the entry of a final decree.

The Final Decree Motion will be heard on December 14, 2022 at 10:30 a.m. (Pacific Time).

DOCS_SF:108204.1

Dated:    November 23, 2022              PACHULSKI STANG ZIEHL & JONES LLP

By      */s/ Jason H. Rosell*
Ira D. Kharasch (CA Bar No. 109084)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)

*Counsel to Stapleton Group, solely as Liquidation Trustee of the HCA Liquidation Trust*

DOCS_SF:108204.1

**Exhibit A**
**Schedule of Post-Confirmation Plan Payments**



**HCA West, Inc., et al.**
**Class of Claims Summary**

| Class | Description | A<br>Amount required to be paid under the Plan | B<br>Amount required to be paid as of report date | C<br>Amount paid to date | D = B - C<br>Deficiency |
|---|---|---|---|---|---|
| Class 1 | Other Priority Claims | $ 43,025 | $ 43,025 | $ 43,025 | $ - |
| Class 2 | Secured Tax Claims | | | | |
| Class 3 | Secured Claims | | | | |
| Class 4 | General Unsecured Claims | 1,924,308 | 1,924,308 | 1,924,308 | - |
| Class 5 | Motorola General Unsecured Claims | 13,000,000 | 13,000,000 | 13,000,000 | - |
| Class 6 | Interests | | | | |
| Totals | | $ 14,967,333 | $ 14,967,333 | $ 14,967,333 | $ - |

**Exhibit B**
**Schedule of Post-Confirmation Tax Liabilities and Payments**



**HCA West, Inc., et al.**
**Tax Payments Summary**

| Liable Entity | Taxing Authority | Payment Type | Amount | Date Paid |
|---|---|---|---:|---:|
| HYT North America, Inc. | Franchise Tax Board - State of CA | 2022 Estimated Franchise Fee | $ 800 | 4/7/2022 |
| HCA west, Inc. | Franchise Tax Board - State of CA | 2022 Estimated Franchise Fee | 800 | 4/7/2022 |
| HAI East, Inc. | Franchise Tax Board - State of CA | 2022 Estimated Franchise Fee | 800 | 4/7/2022 |