Ira D. Kharasch (CA Bar No. 109084)
John W. Lucas (CA Bar No. 271038)
Jason H. Rosell (CA Bar No. 269126)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760
E-mail:   ikharasch@pszjlaw.com
          jlucas@pszjlaw.com
          jrosell@pszjlaw.com
          vnewmark@pszjlaw.com

Counsel to Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>HCA WEST, INC., *et al.*,<br><br>　　　　Debtors and Debtors-in Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ HCA WEST, INC., ONLY<br><br>☐ HAI EAST, INC., ONLY<br><br>☐ HNA, INC., ONLY | Case No.  8:20-bk-11507-ES<br><br>Chapter 11<br><br>Jointly Administered With Case Nos.: 8:20-BK-11508-ES and 8:20-BK-11509-ES<br><br>**PROOF OF SERVICE**<br>**(Relates to Docket No. 786)** |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                     **F 9013-**
**3.1.PROOF.SERVICE**

DOCS_SF:108460.1 38393/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA  94104**

A true and correct copy of the document entitled:

**Post-Confirmation Report For the Quarter Ending December 31, 2022 – Case No. 11507**

was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 1, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), **February 1, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 1, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 1, 2023 | Matt Renck | /s/ Matt Renck |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                   F 9013-
**3.1.PROOF.SERVICE**
DOCS_SF:108460.1 38393/003

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Karol K Denniston**     karol.denniston@squirepb.com, travis.mcroberts@squirepb.com; sarah.conley@squirepb.com; karol-k-denniston-9025@ecf.pacerpro.com
- **Gail S Greenwood**     ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Michael J Hauser**     michael.hauser@usdoj.gov
- **Lydia A Hewett**     lydia.hewett@cpa.state.tx.us
- **John W Lucas**     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Mark E McKane**     mark.mckane@kirkland.com, mmckane@kirkland.com; alevin@kirkland.com; lydia-yale-8751@ecf.pacerpro.com
- **Christopher Minier**     becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David L. Neale**     dln@lnbyg.com
- **Victoria Newmark**     vnewmark@pszjlaw.com
- **Juliet Y. Oh**     jyo@lnbyg.com, jyo@lnbyb.com
- **Jason H Rosell**     jrosell@pszjlaw.com, mrenck@pszjlaw.com
- **Jeffrey Snyder**     eservice@bilzin.com, eservice@bilzin.com
- **Adam D Stein-Sapir**     info@pfllc.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **Michael J. Weiland**     mweiland@wgllp.com, kadele@wgllp.com; vrosales@wgllp.com; cbmeeker@gmail.com; lbracken@wgllp.com

2. **SERVED BY UNITED STATES MAIL**

| | | |
|---|---|---|
| Tyco Integrated Security LLC<br>Accounting<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | Tessco<br>Accounting<br>11126 McCormick Road<br>Hunt Valley, MD 21031 | PCM Link<br>Joseph Cronin<br>11999 San Vicente Blvd.<br>Los Angeles, CA 90049 |
| United Parcel Service<br>Accounting<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | DLS Worldwide<br>Accounting<br>PO Box 932721 RR<br>Donnelley<br>Cleveland, OH 44193 | Pinacle<br>Accounting<br>The Tower at PNC Plaza<br>300 Fifth Avenue<br>Pittsburgh, PA 15222 |
| Insight Direct USA, Inc.<br>Ken Lamneck<br>910 W. Carver Road<br>Suite 110<br>Tempe, AZ 85284 | Pandeta<br>Accounting<br>7108 S. Alton Way<br>Building H<br>Centennial, CO 80112-2123 | Phoenix AC & Heating Inc.<br>Mike Van Deren<br>23192 Verdugo Drive<br>Suite B<br>Laguna Hills, CA 92653 |
| Michael J Hauser<br>United States Trustee<br>411 W Fourth St Suite 7160<br>Santa Ana, CA 92701-4593 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                 **F 9013-**
**3.1.PROOF.SERVICE**

DOCS_SF:108460.1 38393/003

3. **SERVED BY EMAIL**

- **Motorola Solutions, Inc.**    brandon.brown@kirkland.com
- **Motorola Solutions Malaysia SDN.BHD**    brandon.brown@kirkland.com
- **SAF Tehnika JSC**    Vladimir.Rojas@saftehnika.com
- **TeleExpress Inc.**    craigw@telexpressinc.com
- **Exhibivent LLC**    info@exhibivent.com
- **CommScope Technologies LLC**    Soina.Adams@commscope.com
- **Times Microwave**    Linda.Parks@timesmicro.com
- **Service Communications**    Sales@Servicecommla.com
- **CDW Direct Accounting**    CustomerRelations@web.cdw.com
- **Panorama Antennas**    sales.nam@panorama-antennas.com
- **Samlex America, Inc.**    jason@samlexamerica.com
- **Seminole Wire & Cable Co., Inc.**    customer.service@seminolewire.com
- **Fiplex Communications, Inc.**    elizabeth@fiplex.com
- **Rapicom Communications, Inc.**    rapicom@comcast.net
- **Brunal Air Cargo**    mscanlon@brunalaircargo.co.uk
- **Adcom Worldwide, Inc.**    gcavallo@adcomworldwide.com
- **Expeditors Intl-LA**    kathleen.vogel@expeditors.com
- **K12 Prospects**    sales@k12Prospects.com
- **Echo Global Logistics Inc**.    James.Brill@echo.com
- **3E Tech**    Feng@DragonLingua.Com
- **Advertising Edge Inc.**    sales@advedge.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-**
**3.1.PROOF.SERVICE**

DOCS_SF:108460.1 38393/003